1  CRAIG H. MILLET, SBN 106027, CMillet@gibsondunn.com
2  SOLMAZ KRAUS, SBN 223117, SKraus@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
3  3161 Michelson Drive
   Irvine, California 92612-4412
4  Telephone: (949) 451-3800
   Facsimile: (949) 451-4220

**FILED & ENTERED**

MAR 11 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tolleson  DEPUTY CLERK

5  Proposed Attorneys for Debtors

8              UNITED STATES BANKRUPTCY COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                     RIVERSIDE DIVISION

12 | In re                                | CASE NO. 09-14254-MJ |
13 | FLEETWOOD ENTERPRISES, INC.,         | Chapter 11           |
14 |     Debtor.                          |                      |

16 | In re                                | CASE NO. 09-14255-MJ |
17 | FLEETWOOD HOLDINGS, INC.,            | Chapter 11           |
18 |     Debtor.                          |                      |

20 | In re                                | CASE NO. 09-14268-MJ |
21 | FLEETWOOD GENERAL PARTNER OF TEXAS, INC., | Chapter 11      |
23 |     Debtor.                          |                      |

25 | In re                                | CASE NO. 09-14282    |
26 | FLEETWOOD HOMES INVESTMENT, INC.,    | Chapter 11           |
27 |     Debtor.                          |                      |

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| In re<br><br>FLEETWOOD HOMES OF ARIZONA, INC.,<br><br>     Debtor. | CASE NO. 09-14293-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD HOMES OF CALIFORNIA, INC.,<br><br>     Debtor. | CASE NO. 09-14314-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD HOMES OF FLORIDA, INC.,<br><br>     Debtor. | CASE NO. 09-14319-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD HOMES OF GEORGIA, INC.,<br><br>     Debtor. | CASE NO. 09-14321-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD HOMES OF IDAHO, INC.,<br><br>     Debtor. | CASE NO. 09-14322-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD HOMES OF INDIANA, INC.,<br><br>     Debtor. | CASE NO. 09-14325-MJ<br><br>Chapter 11 |

Gibson, Dunn &
Crutcher LLP

| | |
|---|---|
| In re<br><br>FLEETWOOD HOMES OF KENTUCKY, INC.,<br><br>         Debtor. | CASE NO. 09-14327-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD HOMES OF NORTH CAROLINA, INC.,<br><br>         Debtor. | CASE NO. 09-14334-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD HOMES OF OREGON, INC.,<br><br>         Debtor. | CASE NO. 09-14337-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD HOMES OF PENNSYLVANIA, INC.,<br><br>         Debtor. | CASE NO. 09-14346-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD HOMES OF TENNESSEE, INC.,<br><br>         Debtor. | CASE NO. 09-14351-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD HOMES OF VIRGINIA, INC.,<br><br>         Debtor. | CASE NO. 09-14365-MJ<br><br>Chapter 11 |

| | |
|---|---|
| In re | CASE NO. 09-14371-MJ |
| FLEETWOOD HOMES OF WASHINGTON, INC., | Chapter 11 |
| Debtor. | |
| In re | CASE NO. 09-14374-MJ |
| FLEETWOOD INTERNATIONAL, INC., | Chapter 11 |
| Debtor. | |
| In re | CASE NO. 09-14382-MJ |
| FLEETWOOD MOTOR HOMES OF CALIFORNIA, INC., | Chapter 11 |
| Debtor. | |
| In re | CASE NO. 09-14383-MJ |
| FLEETWOOD MOTOR HOMES OF INDIANA, INC., | Chapter 11 |
| Debtor. | |
| In re | CASE NO. 09-14385-MJ |
| FLEETWOOD MOTOR HOMES OF PENNSYLVANIA, INC., | Chapter 11 |
| Debtor. | |
| In re | CASE NO. 09-14400-MJ |
| FLEETWOOD TRAVEL TRAILERS OF CALIFORNIA, INC., | Chapter 11 |
| Debtor. | |

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| In re<br><br>FLEETWOOD TRAVEL TRAILERS OF INDIANA, INC.,<br><br>       Debtor. | CASE NO. 09-14401-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD TRAVEL TRAILERS OF KENTUCKY, INC.,<br><br>       Debtor. | CASE NO. 09-14402-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD TRAVEL TRAILERS OF MARYLAND, INC.,<br><br>       Debtor. | CASE NO. 09-14403-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD TRAVEL TRAILERS OF OHIO, INC.,<br><br>       Debtor. | CASE NO. 09-14404-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD TRAVEL TRAILERS OF OREGON, INC.,<br><br>       Debtor. | CASE NO. 09-14406-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD TRAVEL TRAILERS OF TEXAS, INC.,<br><br>       Debtor. | CASE NO. 09-14407-MJ<br><br>Chapter 11 |

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| In re<br><br>GOLD SHIELD, INC.,<br><br>       Debtor. | CASE NO. 09-14411-MJ<br><br>Chapter 11 |
| In re<br><br>GOLD SHIELD OF INDIANA, INC.,<br><br>       Debtor. | CASE NO. 09-14408<br><br>Chapter 11 |
| In re<br><br>HAUSER LAKE LUMBER OPERATIONS, INC.,<br><br>       Debtor. | CASE NO. 09-14413-MJ<br><br>Chapter 11 |
| In re<br><br>CONTINENTAL LUMBER PRODUCTS, INC.,<br><br>       Debtor. | CASE NO. 09-14262-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD HOME CENTERS OF NEVADA, INC.,<br><br>       Debtor. | CASE NO. 09-14272-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD HOME CENTERS OF TEXAS, INC.,<br><br>       Debtor. | CASE NO. 09-14277-MJ<br><br>Chapter 11 |

Gibson, Dunn &
Crutcher LLP

| | |
|---|---|
| In re<br><br>FLEETWOOD HOMES OF MISSISSIPPI, INC.,<br>       Debtor. | CASE NO. 09-14330-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD RETAIL CORP.,<br>       Debtor. | CASE NO. 09-14415-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD RETAIL CORP. OF ILLINOIS,<br>       Debtor. | CASE NO. 09-14392-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD RETAIL CORP. OF WEST VIRGINIA,<br>       Debtor. | CASE NO. 09-14398-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD RETAIL CORP. OF CALIFORNIA,<br>       Debtor. | CASE NO. 09-14417-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD RETAIL CORP. OF NORTH CAROLINA,<br>       Debtor. | CASE NO. 09-14419-MJ<br><br>Chapter 11 |

| | |
|---|---|
| In re<br><br>FLEETWOOD RETAIL CORP. OF TENNESSEE,<br><br>      Debtor. | CASE NO. 09-14420-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD RETAIL CORP. OF VIRGINIA,<br><br>      Debtor. | CASE NO. 09-14421-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD CAPITAL TRUST,<br><br>      Debtor. | CASE NO. 09-14423-MJ<br><br>Chapter 11 |
| In re<br><br>TRENDSETTER HOMES, INC.,<br><br>      Debtor. | CASE NO. 09-14422-MJ<br><br>Chapter 11 |
| In re<br><br>FLEETWOOD HOMES OF TEXAS, L.P.,<br><br>      Debtor. | CASE NO. 09-14277-MJ<br><br>Chapter 11 |

**ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Upon consideration of the Motion Of Debtors For Order Directing Joint Administration Of Related Chapter 11 Cases (the "Motion") filed by Fleetwood Enterprises, Inc. and its affiliated debtors and debtors-in-possession (together, the "Debtors"), the Exhibits thereto, the authorities set forth and arguments made in the Motion, and the Declaration of Andrew M. Griffiths In Support of First Day Pleadings; and the Court having jurisdiction to consider the Motion and the relief requested

therein in accordance with 28 U.S.C. § § 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § § 1408 and 1409; and due and proper notice of the Motion having been provided; and further notice of the Motion not being required under Local Bankruptcy Rule 2081-1(g); and it appearing that the relief requested is in the best interests of the Debtors and their respective estates and creditors; and after due deliberation and good cause existing to grant the relief requested in the Motion,

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED.

2.  The Debtors' chapter 11 cases shall be jointly administered.

3.  A docket entry shall be made in each of the Debtors' chapter 11 cases substantially as follows: "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Fleetwood Enterprises, Inc. and its affiliated debtors, and the docket in the case of Fleetwood Enterprises, Inc. (Case No. 09-14254-MJ) should be consulted for all matters concerning such cases."

4.  The Clerk of the Court shall maintain a single pleadings docket under the case number assigned to Fleetwood Enterprises, Inc., which shall be the pleadings docket for all the Debtors' chapter 11 cases.

5.  The captions of the Debtors' cases shall be modified to reflect joint administration, in the form attached as <u>Exhibit A</u> to the Motion. All pleadings shall indicate which Debtor or Debtors are parties to, or are affected by, the particular matter.

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| 1 | 6. Separate claims registers shall be maintained for each Debtor by the Clerk of the |
| 2 | Court. |
| 3 | 7. The Debtors, their creditors, and other parties in interest are hereby authorized to serve |
| 4 | combined notices, pleadings and other papers as necessary to promote efficient administration of |
| 5 | these cases.                             #### |

DATED: March 11, 2009

_____
United States Bankruptcy Judge

Gibson, Dunn & Crutcher LLP

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| Fleetwood Enterprises, Inc. | Debtors: | CASE NUMBER | 09-14254-MJ |

**SERVICE LIST FOR THE ENTERED ORDER**

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

I.    **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of (*insert date of service*), the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

UNITED STATES TRUSTEE, ustpregion16rs.ecf@usdoj.gov
Attorney for Debtor, cmillet@gibsondunn.com

- Service information continued on attached page

II.    **SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

- Service information continued on attached page

III.    **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Available upon request to Claims Noticing Agent, FleetwoodInfo@kcclcc.com