LATHAM & WATKINS LLP
　Gregory O. Lunt (CA Bar No. 173297)
　Andrew A. Fayé (CA Bar No. 187913)
　Kimberly A. Posin (CA Bar No. 223091)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
gregory.lunt@lw.com
andrew.faye@lw.com
kim.posin@lw.com

Attorneys for Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>FLEETWOOD ENTERPRISES, INC.,<br><br>Debtor. | Case No. 6:09-bk-14254-MJ<br><br>Chapter 11<br><br>(Joint Administration Pending)<br><br>**NOTICE OF APPEARANCE**<br><br>[No Hearing Required] |

**TO THE HONORABLE MEREDITH A. JURY, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

　　　　**PLEASE TAKE NOTICE** that Bank of America, N.A. ("Bank of America"), by and through its counsel of record, hereby files this notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure in the above-referenced bankruptcy proceeding.

　　　　**PLEASE TAKE FURTHER NOTICE** that Bank of America does not consent to or waive any rights with respect to jurisdiction under Title 11 of the United States Code, and strictly reserves such rights, including (1) the right to trial by jury in any proceeding triable in this case or any case, controversy or proceeding related to this case, (2) the right to have final orders in noncore matters

entered only with *de novo* review by the District Court, and (3) the right to seek to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

DATED March 13, 2009

Respectfully submitted,

LATHAM & WATKINS LLP
  Gregory O. Lunt
  Andrew A. Fayé
  Kimberly A. Posin

By:\_\_\_\_/s/ Kimberly A. Posin\_\_\_\_
Kimberly A. Posin
Attorneys for Bank of America, N.A.