B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District Of California

In re Fleetwood Enterprises, Inc., 
          Debtor

Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Bank of America<br>55 S. Lake Avenue<br>Suite 900<br>Pasadena CA, 91101 | Todd Eggertsen<br>55 S. Lake Avenue<br>Suite 900<br>Pasadena, CA 91101<br><br>Phone: (626) 584-4520<br>Fax: | Letters of Credit | Contingent | $62,191,000 |
| Caspian Capital Partners, LP<br>500 Mamaroneck Ave<br>Harrison, NY 10528 | Adam S. Cohen<br>500 Mamaroneck Ave<br>Harrison, NY 10528<br><br>Phone: (914) 798-4234<br>Fax: | 6% Convertible Trust Preferred Securities | | $32,425,550 |
| Angelo, Gordon & Co., LP<br>245 Park Avenue<br>28th Floor<br>New York, NY 10167 | Todd Arden<br>245 Park Avenue<br>28th Floor<br>New York, NY 10167<br><br>Phone: (212) 692-2052<br>Fax: (212) 867-9328 | 6% Convertible Trust Preferred Securities | | $20,000,000 |
| Zazove Associates, LLC<br>1001 Tahoe Boulevard<br>Incline Village, NV 89451 | Gene T. Pretti<br>1001 Tahoe Boulevard<br>Incline Village, NV 89451<br><br>Phone: (775) 832-6250<br>Fax: (773) 832-6266 | 6% Convertible Trust Preferred Securities | | $12,970,200 |

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| Creditor | Contact | Description | Status | Amount |
|---|---|---|---|---|
| Riva Ridge Capital Management<br>55 5th Avenue<br>New York, NY 10003 | 55 5th Avenue<br>New York, NY 10003<br>Phone: (212) 206-0144<br>Fax: | 6% Convertible Trust Preferred Securities | | $9,000,000 |
| Goldman Sachs & Company, Inc.<br>One New York Plaza<br>New York, NY 10004 | Michelle Breyer<br>One New York Plaza<br>New York, NY 10004<br><br>Phone: (212) 357-5501<br>Fax: (212)357-1100 | 6% Convertible Trust Preferred Securities | | $8,268,900 |
| Ctfs - Citrus Park LLC<br>18012 Sky Park Circle<br>Suite 200<br>Irvine, CA 92614-6429 | Linda Weber<br>18012 Sky Park Circle<br>Suite 200<br>Irvine, CA 92614-6429<br><br>Phone: (949) 798-8100<br>Fax: (949) 798-5904 | Operating Leases | Contingent | $6,608,718 |
| Gabriel Capital, LP<br>450 Park Avenue<br>32nd Floor<br>New York, NY 10022 | Michael Autera<br>450 Park Avenue<br>32nd Floor<br>New York, NY 10022<br><br>Phone: (212) 838-7200<br>Fax: (212) 838-9603 | 6% Convertible Trust Preferred Securities | | $5,250,000 |
| Morgan Stanley & Co.<br>1585 Broadway<br>New York, NY 10036 | James Kemeny<br>1585 Broadway<br>New York, NY 10036<br><br>Phone: (212) 761-1536<br>Fax: (212) 761-0086 | 6% Convertible Trust Preferred Securities | | $5,200,000 |
| UMB Investment Advisors<br>1010 Grand Boulevard<br>Kansas City, MO 64106 | Gregory Jerzyk<br>1010 Grand Boulevard<br>Kansas City, MO 64106<br><br>Phone: (816) 860-7000<br>Fax: (816) 860-4642 | 6% Convertible Trust Preferred Securities | | $4,898,000 |
| Pershing Inc<br>One Pershing Plaza<br>Jersey City, NJ 07399 | Deniss Wallestad<br>One Pershing Plaza<br>Jersey City, NJ 07399<br><br>Phone: (201) 413-2000<br>Fax: (201) 413-0934 | 6% Convertible Trust Preferred Securities | | $4,882,250 |
| Mellon Bank<br>500 Grant Street<br>Pittsburgh, PA 15219 | 500 Grant Street<br>Pittsburgh, PA 15219<br><br>Phone: (412) 234-5000<br>Fax: (412) 234-4025 | 6% Convertible Trust Preferred Securities | | $4,500,000 |
| Oppenheimer & Co. Inc.<br>125 Broad Street<br>14th Floor<br>New York, NY 10004 | 125 Broad Street<br>14th Floor<br>New York, NY 10004<br><br>Phone: (212) 668-8000<br>Fax: (212) 943-8278 | 6% Convertible Trust Preferred Securities | | $3,504,050 |

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| Creditor | Contact | Description | Status | Amount |
|---|---|---|---|---|
| Oaktree Capital Management, LLC<br>333 South Grand Avenue<br>28th Floor<br>Los Angeles, CA 90071 | George Lukas<br>333 South Grand Avenue<br>28th Floor<br>Los Angeles, CA 90071<br><br>Phone: (213) 830-6433<br>Fax: (213) 830-6393 | 6% Convertible Trust Preferred Securities | | $3,500,000 |
| Royce & Associates LLC<br>1414 Avenue of Americas<br>New York, NY 10019 | Charles Royce<br>1414 Avenue of Americas<br>New York, NY 10019<br><br>Phone: (212) 486-1445<br>Fax: (212) 752-8875 | 6% Convertible Trust Preferred Securities | | $3,500,000 |
| Raven Investment Company Limited<br>21 Dai Fu Street Tai<br>Po Industrial Estate<br>New Territories<br>Honk Kong | 21 Dai Fu Street Tai<br>Po Industrial Estate<br>New Territories<br>Honk Kong<br><br>Phone:<br>Fax: | 6% Convertible Trust Preferred Securities | | $2,625,000 |
| Jefferies & Company, Iknc.<br>520 Madison Avenue<br>12th Floor<br>New York, NY 10022 | Robert Schenosky<br>520 Madison Avenue<br>12th Floor<br>New York, NY 10022<br>Phone: (212) 284-2120<br>Fax: (212) 284-2111 | 6% Convertible Trust Preferred Securities | | $2,565,000 |
| Parque Industrial El Dorado S.A.De C.V.<br>10.5 de la Carretera<br>a San Luis Rio Colorado<br>Mexacali Baja California<br>Mexico | Jose Luis Faus Sotelo<br>10.5 de la Carretera<br>a San Luis Rio Colorado<br>Mexacali Baja California<br>Mexico<br><br>Phone: (760) 690-1328<br>Fax: 011-686-842-71-42 | Guarantee | Contingent | $2,500,000 |
| Loeb Partners Corp<br>61 Broadway<br>2400<br>New York, NY 10006 | Frederick Fruitman<br>61 Broadway<br>2400<br>New York, NY 10006<br>Phone: (212) 483-7060<br>Fax: (212) 425-7090 | 6% Convertible Trust Preferred Securities | | $2,500,000 |
| GAMCO Investors, Inc.<br>One Corporate Center 401<br>Theodore Fremd Avenue<br>Rye, NY 10580 | William Selby<br>One Corporate Center 401<br>Theodore Fremd Avenue<br>Rye, NY 10580<br>Phone: (914) 921-5010<br>Fax: (914) 921-5392 | 6% Convertible Trust Preferred Securities | | $1,932,500 |

Date: March 17, 2009

_____
Debtor

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com