1  **PETER C. ANDERSON**
   UNITED STATES TRUSTEE
2  **TIMOTHY J. FARRIS,** State Bar No. 102678
   TRIAL ATTORNEY
3  **ELIZABETH A. LOSSING,** State Bar No. 144100
   TRIAL ATTORNEY
4  **United States Dept. Of Justice**
   **United States Trustee**
5  3685 Main Street, Suite 300
   Riverside, Ca.  92501-3839
6  Telephone (951) 276-6990
   Fax (951) 276-6973
7  Elizabeth.Lossing@usdoj.gov

8              UNITED STATES BANKRUPTCY COURT

9       CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

10

11  In re:                              Case No. 6:09-bk-14254-MJ
                                        Chapter 11
12  FLEETWOOD ENTERPRISES, INC.         APPOINTMENT AND NOTICE OF
                                        APPOINTMENT OF COMMITTEE OF
13              Debtor.                 UNSECURED CREDITORS

14

15

16       TO THE UNITED STATES BANKRUPTCY COURT AND ALL INTERESTED

17  PARTIES:

18       NOTICE IS HEREBY GIVEN that pursuant to 11 U.S.C. § 1102(a), the Office of the

19  United States Trustee hereby takes the following action in this case:

20     1.    This Appointment and Notice of Appointment relates to the following Committee
             in this case:

21
       a.    [X] Committee of Creditors Holding Unsecured Claims
22
       b.    [ ] Other (specify):
23
24     2.    [X] The persons and/or entities whose names and addresses are set forth in
             Paragraph 5 are hereby appointed to serve on the Committee set forth in Paragraph
             1 above.
25
26     3.    [ ] The following persons and/or entities are hereby added to and will serve on the
             Committee set forth in Paragraph 1 above (specify names and addresses):

27     4.    [ ] The following persons and/or entities are hereby removed from and will no
             longer serve on the Committee set forth in Paragraph 1 above (specify names and
28           addresses):

5.      Names, Addresses and Telephone Numbers of Current Committee Members:

| | |
|---|---|
| The Bank of New York<br>J. Chris Matthews, Vice President<br>601 Travis - 16th Floor<br>Houston, TX 77002<br>(713) 483-6267 | Esco Industries, Inc.<br>Wink Hallmark<br>185 Sink Hole Road<br>P O Box 1026<br>Douglas, GA 31354<br>(912) 384-1417 |

Giant RV
Peter Kravitz
9150 Benson Avenue
Montclair, CA 91763
(909) 981-0444

Mike Thompson's
RV Super Stores
Frank DeGelas
13940 Firestone Blvd.
Santa Fe Springs, CA 90670
(562) 921-0955

Arbutus RV & Marine
Craig Little
3430 Trans Canada Hwy RR2
Cobble Hill, BC VOR 1LO
(250) 743-3800

McGovern's RV Centre
Dwain McGovern
10725 117 Ave.
Grande Prairie, AB T8V 7N6
(780) 539-1814

Affordable RV
Chris Bugg
34595 Avenue "H"
Yucaipa, CA 92399
(909) 63-0-3459

Auto Gallery
Thomas Glen
609 Winnipeg Street
Regina, SK S4R 1H8
(306) 525-6700

Boundary RV &  Marine
Warren Lux
2405 50 Ave.
Lloydminster, SK S9V 1Z7
(306) 825-4481

6.    Name and Address of Debtor, Debtor's Attorney and Chapter 11 Trustee (if any):

Fleetwood Enterprises, Inc.
3125 Myers Street
Riverside, CA 92513


Craig Millet
Gibson, Dunn & Krutcher LLP
3161 Michelson Dr., Ste 1200
Irvine, CA 92612


Dated:        March 19, 2009

Respectfully submitted,
OFFICE OF THE UNITED STATES TRUSTEE

By:   /s/ Elizabeth A. Lossing
                Elizabeth A. Lossing

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Office of the U. S. Trustee
   3685 Main Street, Suite 300
   Riverside, CA 92501-2804

The foregoing document described as: <u>APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS</u>    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On <u>March 19, 2009</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
Craig Millet <u>cmillet@gibsondunn.com</u>

           ☐ Service information continued on attached page

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):
On <u>March 19, 2009</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

           ■ Service information continued on attached page

## III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on <u>March 19, 2009</u>, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
Judge: Hon. Meredith A. Jury,  in bin outside Courtroom <u>302</u>

          ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 19, 2009 | Bonita DeGrave | /s/ Bonita DeGrave |
|----------------|----------------|--------------------|
| *Date* | *Type Name* | *Signature* |

1

<u>Served by U. S. Mail:</u>

Esco Industries, Inc.
Wink Hallmark
185 Sink Hole Road
P O Box 1026
Douglas, GA 31354

2

Fleetwood Enterprises, Inc.
3125 Myers Street
3   Riverside, CA 92513

4   The Bank of New York
J. Chris Matthews, Vice President
5   601 Travis - 16th Floor
Houston, TX 77002

6

7   Giant RV
Peter Kravitz
8   9150 Benson Avenue
Montclair, CA 91763

9

10  Mike Thompson's
RV Super Stores
11  Frank DeGelas
13940 Firestone Blvd.
12  Santa Fe Springs, CA 90670

13

14  Arbutus RV & Marine
Craig Little
3430 Trans Canada Hwy RR2
15  Cobble Hill, BC VOR 1LO

16

17  McGovern's RV Centre
Dwain McGovern
10725 117 Ave.
18  Grande Prairie, AB T8V 7N6

19

20  Affordable RV
Chris Bugg
34595 Avenue "H"
21  Yucaipa, CA 92399

22

23  Auto Gallery
Thomas Glen
609 Winnipeg Street
24  Regina, SK S4R 1H8

25

26  Boundary RV &  Marine
Warren Lux
2405 50 Ave.
27  Lloydminster, SK S9V 1Z7

28