```
 1  Richard M. Pachulski (CA Bar No. 90073)
    Hamid R. Rafatjoo (CA Bar No. 181564)
 2  Mary D. Lane (CA Bar No. 071592)
    PACHULSKI STANG ZIEHL & JONES LLP
 3  10100 Santa Monica Blvd., 11th Floor
    Los Angeles, California 90067-4100
 4  Telephone: 310/277-6910
    Facsimile:  310/201-0760
 5
    [Proposed] Attorneys for Official Committee of Creditors
 6  Holding Unsecured Claims
```

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>FLEETWOOD ENTERPRISES, INC., et al.,<br><br>                Debtors. | Case No.: 6:09-bk-14254-MJ<br><br>Chapter 11<br><br>**APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL *NUNC PRO TUNC* AS OF MARCH 20, 2009, DECLARATION OF HAMID R. RAFATJOO IN SUPPORT THEREOF**<br><br>Date:    No Hearing Set<br>Time:<br>Place: |

**TO THE HONORABLE MEREDITH A. JURY, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE DEBTORS AND DEBTORS IN POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

      **PLEASE TAKE NOTICE** that the Official Committee of Creditors Holding Unsecured Claims (the "Committee") appointed in the bankruptcy cases of the above-named debtors and debtors in possession, Fleetwood Enterprises, Inc. and its affiliated debtors (collectively, the

28464-002\DOCS_LA:200195.2

"Debtors"), submits this application to employ Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), whose business offices are located at 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California 90067, as its counsel (the "Application").

This Application is brought pursuant to Section 1103 (a) of title 11 of the United States Code (the "Bankruptcy Code"),[1] Rule 2014 of the Federal Rules of Bankruptcy Procedure,[2] Local Bankruptcy Rule 2014-1 for an order authorizing the employment of the Firm. In support of this Application, the Committee respectfully represent as follows:

1. On March 10, 2009 (the "Petition Date"), Debtors commenced this chapter 11 case by filing a voluntary petition under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to Sections 1107(a) and 1108, of the Bankruptcy Code, the Debtors are continuing to operate their business and manage their financial affairs as debtors in possession.

2. The Committee was appointed pursuant to Section 1102(a)(1) of the Bankruptcy Code on March 19, 2009. The members of the Committee are:

    a. The Bank of New York
    b. Giant RV
    c. Mike Thompson's RV Super Stores
    d. Arbutus RV & Marine
    e. McGovern's RV Centre
    f. Affordable RV
    g. Auto Gallery
    h. Boundary RV & Marine
    i. Esco Industries, Inc.

3. The Committee has elected to retain PSZJ to serve as counsel to the Committee.

4. PSZJ is a firm of approximately 64 attorneys with a practice concentrated on reorganization, bankruptcy, litigation and commercial issues. PSZJ attorneys have extensive experience representing creditors' committees, debtors, creditors, trustees and others in a wide

---

[1] All references to "sections" herein are to sections of the Bankruptcy Code, 11 U.S.C. §§ 101-1530, as amended, unless otherwise noted.

[2] All references to "Bankruptcy Rules" herein are to the provisions of the Federal Rules of Bankruptcy Procedure.

variety of bankruptcy cases. Subject to further order of this Bankruptcy Court, PSZJ is expected to render, among other things, the following services to the Committee:

    (a)    to assist, advise and represent the Committee in its consultations with Debtors regarding the administration of these cases;

    (b)    to assist, advise and represent the Committee in analyzing Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

    (c)    to assist, advise and represent the Committee in any manner relevant to reviewing and determining Debtors' rights and obligations under leases and other executory contracts;

    (d)    to assist, advise and represent the Committee in investigating the acts, conduct, assets, liabilities and Debtors' financial condition, Debtors' business operation and the desirability of the continuance of any portion of the business, and any other matters relevant to these cases or to the formulation of a plan;

    (e)    to assist, advise and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation or reorganization;

    (f)    to provide advice to the Committee on the issues concerning the appointment of a trustee or examiner under Section 1104 of the Bankruptcy Code;

    (g)    to assist, advise and represent the Committee in the performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the Committee;

    (h)    to assist, advise and represent the Committee in the evaluation of claims and on any litigation matters; and

    (i)    to assist, advise and represent the Committee regarding such other matters and issues as may be necessary or requested by the Committee.

5.    The Committee has retained PSZJ for the primary purpose of attempting to maximize the amount of money that would be made available to be distributed to Debtors' creditors.

6. The Committee believes that PSZJ is well-qualified to render the foregoing services. A biography of the PSZJ attorneys representing the Committee is attached to the Declaration of Hamid R. Rafatjoo (the "Declaration"), filed concurrently herewith.

7. To the best of the Committee's knowledge, and based upon the Declaration hereto, neither PSZJ nor any of its attorneys have any connection with any party in interest, their attorneys or accountants, other than as set forth in the Declaration.

8. Except as provided in the Declaration, to the best of the Committee's knowledge, neither PSZJ, nor any of its attorneys represent any interest adverse to that of the Committee in the matters on which they are to be retained, and PSZJ's attorneys are disinterested persons under Section 101(14) of the Bankruptcy Code.

9. The Committee desires to employ PSZJ with reasonable fees to be determined by the Court. No compensation will be paid to the Firm except upon application to, and approval by, the Bankruptcy Court after notice and a hearing. The Firm has received no retainer in these cases. Neither the Committee nor any of its members (or their representatives) are or will be liable for any fees or costs incurred by PSZJ in its representation of the Committee. The current hourly rates of Richard M. Pachulski, Hamid R. Rafatjoo and Mary D. Lane, the primary attorneys likely to work on these cases, are $850.00, $525.00 and $550.00. Brief biographies of Richard M. Pachulski, Hamid R. Rafatjoo and Mary D. Lane, as well as the current hourly rates of each attorney and paraprofessional at the Firm is attached to the Declaration of Hamid R. Rafatjoo as Exhibits "A" and "B," respectively. The Firm will use such other professionals as it deems necessary.

10. Notice of Submission of this Application was provided, in the form attached hereto as Exhibit "A", to the Debtors, their counsel, the Office of the United States Trustee, and all parties requesting special notice.

11. It is contemplated that the Firm will seek compensation during the case, and final compensation at the conclusion of the case, as permitted by Sections 330 and 331 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure. The Firm understands that its compensation in this case is subject to the prior approval of the Bankruptcy Court, after notice and a hearing, in accordance with Sections 328(a), 330, and 331 of the Bankruptcy Code, Rule 2016 of the

1  FRBP, and the United States Trustee Notices and Guides. There is no agreement between the Firm
2  and any other entity for the sharing of compensation received or to be received for services rendered
3  in connection with the case, except among the partners and attorneys of the Firm.
4  **WHEREFORE**, the Committee requests that this Court approve the employment of PSZJ as
5  its counsel, *nunc pro tunc* as of March 20, 2009, to render services as described above with
6  compensation to be paid as an administrative expense in such amounts as this Court may hereafter
7  determine and allow.

OFFICIAL CREDITORS' COMMITTEE

Dated: April 17, 2009

By /s/ Peter Kravitz
Co-Chair

# EXHIBIT A

Richard M. Pachulski (CA Bar No. 90073)
Hamid R. Rafatjoo (CA Bar No. 181564)
Mary D. Lane (CA Bar No. 071592)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

[Proposed] Attorneys for Official Committee of Creditors
Holding Unsecured Claims

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtors. | Case No.: 6:09-bk-14254-MJ<br><br>Chapter 11<br><br>**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 2014-1(b) OF SUBMISSION OF APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL *NUNC PRO TUNC* AS OF MARCH 20, 2009**<br><br>(No Hearing Required) |

**TO THE TWENTY LARGEST UNSECURED CREDITORS, THE DEBTORS AND DEBTORS IN POSSESSION AND THEIR COUNSEL, THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS, ALL PARTIES WHO HAVE REQUESTED SPECIAL NOTICE, AND THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE,** that the Official Committee of Creditors Holding Unsecured Claims (the "Committee") of debtors and debtors in possession, Fleetwood Enterprises, Inc and

its affiliated debtors (collectively "Debtors"), has submitted the Application of the Official Committee to Employ Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") as its Counsel, *nunc pro tunc* as of March 20, 2009, (the "Application") to the United States Trustee and the United States Bankruptcy Court. Information on the Firm can be found on the Firm's website, at www.pszjlaw.com.

**PLEASE TAKE FURTHER NOTICE** that by the Application, the Committee seeks Court approval of the proposed employment of the Firm to, among other things, render the following services to the Committee: (a) to assist, advise and represent the Committee in its consultations with Debtors regarding the administration of these cases; (b) to assist, advise and represent the Committee in analyzing Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings; (c) to assist, advise and represent the Committee in any manner relevant to reviewing and determining Debtors' rights and obligations under leases and other executory contracts; (d) to assist, advise and represent the Committee in investigating the acts, conduct, assets, liabilities and Debtors' financial condition, Debtors' business operation and the desirability of the continuance of any portion of the business, and any other matters relevant to this case or to the formulation of a plan; (e) to assist, advise and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation or reorganization; (f) to provide advice to the Committee on the issues concerning the appointment of a trustee or examiner under Section 1104 of the Bankruptcy Code; (g) to assist, advise and represent the Committee in the performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the Committee; (h) to assist, advise and represent the Committee in the evaluation of

28464-002\DOCS_LA:200195.2

1  claims and on any litigation matters; and (i) to assist, advise and represent the Committee regarding

2  such other matters and issues as may be necessary or requested by the Committee.

3     **PLEASE TAKE FURTHER NOTICE** that the Committee desires to employ PSZJ with

4  reasonable fees to be determined by the Court. No compensation will be paid to the Firm except

5

6  upon application to, and approval by, the Court after notice and a hearing. The Firm has

7  received no retainer in these cases.

8     **PLEASE TAKE FURTHER NOTICE** that, pursuant to section 327 of the Bankruptcy

9  Code and Local Rule 2014-1(b)(1)(c), a hearing is not required in connection with the

10  Application unless requested by the United States Trustee, a party in interest, or otherwise

11  ordered by the Court. Pursuant to Local Rule 2014-1(b)(3), any objection to the proposed

12  Application and request for hearing must be in the form prescribed by Local Rule 9013-1(f) and

13

14  must be filed and served on the Committee, its proposed counsel and the Office of the United

15  States Trustee no later than fifteen (15) days from the date of service of this notice. A true and

16  correct copy of the Application can be obtained by contacting Jorge Rojas, Paralegal, at

17  Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 11th Floor, Los Angeles,

18  California 90067, Telephone: (310) 277-6910.

19

20  Dated: April _17_, 2009              PACHULSKI STANG ZIEHL &JONES LLP

21

22                                      By    /s/ *Hamid R. Rafatjoo*
                                             Hamid R. Rafatjoo (CA Bar No. 181564)
23                                           [Proposed] Attorneys for Official
                                             Unsecured Creditors Committee

28464-002\DOCS_LA:200195.2

| In re: FLEETWOOD ENTERPRISES, INC., et al. | CHAPTER 11 |
|---|---|
| Debtors. | CASE NUMBER: 6:09-14254-MJ |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 SANTA MONICA BLVD., SUITE 1100, LOS ANGELES, CA 90067

The foregoing document described as **APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL** *NUNC PRO TUNC* **AS OF MARCH 20, 2009**, will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 13, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

(SEE ATTACHED PAGE)

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On April 13, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

(SEE ATTACHED PAGE)

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 13, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Hon. Meredith A. Jury
3420 Twelfth Street, Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 17, 2009 | Joyce A. Higgins | /s/ Joyce A. Higgins |
|---|---|---|
| | | *Signature* |

28464-002\DOCS_LA:200809.1            1

| In re: FLEETWOOD ENTERPRISES, INC., et al. | CHAPTER 11 |
|---|---|
| Debtors. | CASE NUMBER: 6:09-14254-MJ |

# I. SERVED VIA NEF

| Company | Contact | E-mail |
|---|---|---|
| Fleetwood Enterprises Inc | Craig Millet | cmillett@gibsondunn.com |
| Fleetwood Enterprises Inc | Solmaz Kraus | skraus@gibsondunn.com |
| United States Trustee | Elizabeth A Lossing | elizabeth.lossing@usdoj.gov; ustpregion16.rs.ecf@usdoj.gov |