Richard M Pachulski (CA Bar No. 90073)
Hamid R. Rafatjoo (CA Bar No. 181564)
Mary D. Lane (CA Bar No. 71592)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: rpachulski@pszjlaw.com
       hrafatjoo@pszjlaw.com
       mlane@pszjlaw.com

[Proposed] Attorneys for Official Committee of Creditors
Holding Unsecured Claims

**FILED & ENTERED**

**MAY 22 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtors. | Case No.: 1: 6:09-bk-14254-MJ<br><br>Chapter 11<br><br>**[PROPOSED] ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL, NUNC PRO TUNC, AS OF MARCH 20, 2009**<br><br>(No Hearing Required) |

This Court has considered the *Application of the Official Committee of Creditors Holding Unsecured Claims for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel, nunc pro tunc, as of March 20, 2009* ("Application") and the Declaration of Hamid R. Rafatjoo ("Declaration"), filed in support thereof and, based upon the record before the Court, it appears that PSZJ does not hold or represent any interest adverse to the

28464-002\DOCS_LA:201844.1

Estate, that PSZJ is a disinterested person, that its employment is in the best interest of the Estate, and that no hearing on the Application is required pursuant to the Local Bankruptcy Rules.

Accordingly, it is hereby

ORDERED that the Application is granted, *nunc pro tunc*, as of March 20, 2009; and it is further

ORDERED that, in accordance with Bankruptcy Code §§ 1102, 1103, 328 and 504 and Bankruptcy Rules 2014, 2016 and 5002, the Committee is authorized to employ PSZJ on the terms set forth in the Application; and it is further

ORDERED that PSZJ shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of interim and final applications pursuant to the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court and such other procedures as may be fixed by order of this Court.

####

DATED: May 22, 2009

_____
United States Bankruptcy Judge

28464-002\DOCS_LA:201844.1

| In re: FLEETWOOD ENTERPRISES, INC., et al. | CHAPTER 11 |
|---|---|
| Debtors. | CASE NUMBER:  6:09-14254-MJ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10100 SANTA MONICA BLVD., SUITE 1100, LOS ANGELES, CA 90067

The foregoing document described as **[PROPOSED] ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL, NUNC PRO TUNC, AS OF MARCH 20, 2009,** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 15, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On May 15, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Via Federal Express**
Hon. Meredith A. Jury
3420 Twelfth Street, Courtroom 304
Riverside, CA 92501-3819

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 13, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 22, 2009 | Megan J. Wilson | */s/ Megan J. Wilson* |
|---|---|---|
| | | *Signature* |

28464-002\DOCS_LA:201844.1                                1

| In re: FLEETWOOD ENTERPRISES, INC., et al. | CHAPTER 11 |
|---|---|
| Debtors. | CASE NUMBER: 6:09-14254-MJ |

## II. SERVED VIA U.S. MAIL

Craig H. Millet
Solmaz Kraus
Gibson, Dunn & Crutcher
3161 Michelson Dr., Suite 1200
Irvine, CA 92612-4412

Affordable RV
11854 Mariposa Rd
Hesperia CA 92345

Ancira Motorhomes Inc
30500 Interstate 10
Boerne TX 78006

Angelo Gordon & Co LP
Attn: Todd Arden
245 Park Ave 28th Fl
New York NY 10167

Arbutus RV
3430 Trans Canada Hwy RR2
Cobble Hill BC V0R 1L0
CANADA

Attorney General
Attn: Eric Holder
DOJ/Ben Franklin Station
PO Box 683
Washington DC 20044

Auto Gallery 1994 Ltd
550 Winnipeg St
Regina SK S4R 1H8
CANADA

Ballard Spahr Andrews & Ingersoll LLP
Robert McL Boote
1735 Market St 51st Fl
Philadelphia PA 19103-7599

Ballard Spahr Andrews & Ingersoll LLP
Rebecca J. Winthrop

2029 Century Park East Suite 800
Los Angeles CA 90067-2909

Bank of America
Attn: Todd Eggertsen
55 S Lake Ave Ste 900
Pasadena CA 91101

Bank of America NA
Attn Todd R Eggertsen
55 S Lake Ave Ste 900
Pasadena CA 91101

Big Country RV
30 ERB Blvd Box 339
Oak Bluff MB R0G 1N0
CANADA

Boundary RV And Marine
2405 50 Ave
Lloydminster SK S9V 1Z7
CANADA

Broadmoor RV Truck Center Inc
9145 St Thomas Dr
PO Box 2384
Pasco WA 99302

Butler Auto & RV Center
142 Tranquille Rd
Kamloops BC V2B 3G1
CANADA

Camping World RV Sales
14303 Central Ave NW
Albuquerque NM 87121

Caravane Vaillancourt Inc
180 Boul Mgr Langlois
Valleyfield QC J6S 4V3
CANADA

Caspian Capital Management LCC
Attn Benoit Jacquin
745 Fifth Ave 28th Fl
New York NY 10151

Chisolm Trail RV
12020 Central SE
Albuquerque NM 87123

Coastal Marine Ltd
PO Box 1
Mount Pearl NL A1N 2C1
CANADA

Cranbrook Holiday RV
DBA Cranbrook Holiday RV Runners
2813 23rd St N
Cranbrook BC V1C 3N9
CANADA

Ctfs Citrus Park LLC
Linda Weber
18012 Sky Park Cir Ste 200
Irvine CA 92614-6429

Department of Defense
Robert Gates Secretary
1000 Defense Pentagon
Washington DC 20301

Deutsche Bank Trust Company Americas
Rodney Gaughan
60 Wall St MS NYC 60 2720 27th Fl
New York NY 10005-2858

Deutsche Bank Trust Company Americas
Attn: Stanley Burg
60 Wall St MS NYC 60 2720
New York NY 10005-2858

Dewey & LeBoeuf LLP
Allison Weiss & Peter Ivanick
1301 Avenue of the Americas
New York NY 10019

Dewey & LeBoeuf LLP
Todd Padnos
Paul S. Jasper
1950 University Ave Ste 500
Silicon Valley Office
East Palo Alto CA 94303

Duetsche Bank Trust Company Americas
Americas Trust & Securities Svs
Attn:  Stanley Burg
& Rodney Gaughan, CCTS
60 Wall St MS NYC 60 2710
New York NY 10005

Edson RV
7440 4th Ave
PO Box 7769
Edson AB T7E 1V8
CANADA

Emmet Marvin & Martin LLP
Attn Bayard S Chapin Esq
120 Broadway 32nd Fl
New York NY 10271

Employment Development Dept Bankruptcy Group
MIC 92E
PO Box 826880
Sacramento CA 94280-0001

Festival RV
Festival Ford
421 37400 Hwy 2
Red Deer AB T4E 1B9
CANADA

Fleetwood
Leonard J McGill Sr
3125 Myers St
Riverside CA 92503

Franchise Tax Board
Bankruptcy Unit
PO Box 2953
Sacramento CA 95812-2952

Frank Dunn Trailer Sales 1979
3601 4Th Ave
East Prince Albert SK S6W 1A3
CANADA

Freedom Roads DBA Ardell Brown RV
13153 S Minute Man Dr
Draper UT 84020

Gabriel Capital LP
Michael Autera
450 Park Ave 32nd Fl
New York NY 10022

GAMCO Investors Inc
William Selby
One Corporate Ctr
401 Theodore Fremd Ave
Rye NY 10580

GE Commercial Distribution Finance
2626 So Plz Dr Ste 201
Tempe AZ 85282

Goldman Sachs & Company Inc
Michelle Breyer
One New York Plaza
New York NY 10004

Great West Chrysler
1420 South Service Rd E
Swift Current SK S9H 3X6
CANADA

Great Western Auto Brokers/
Casper DBA Great Western Auto Plex
2100 Elk St
Rock Springs WY 82901

Grove RV & Leisure Inc
Box 3118
Spruce Grove AB T7X 3A4
CANADA

Guaranty RV Center
PO Box 279
Junction City OR 97448-0279

Holiday RV & Auto Centre
1800 South Hwy Dr S E
Redcliff AB T0J 2P0
CANADA

Hy Motors Ltd/Saskatoon RV Sup
3510 Idywyld Dr
North Saskatoon SK S7L 6G3
CANADA

Internal Revenue Service
PO Box 21126
Philadelphia PA 19114

Jefferies & Company Inc
Robert Schenosky
520 Madison Ave 12th Fl
New York NY 10022

Krieg DeVault LLP
C Daniel Motsinger
One Indiana Sq Ste 2800
Indianapolis MN 46204-2079

Kustom Koach RV Centre
26875 Fraser Hwy
Aldergrove BC V4W 3E4
CANADA

Lafayette Travel Trailer Sales
2651 State Rd 25 NE
Lafayette IN 47905

Latham & Watkins LLP
Attn Andrew Faye/Gregory O Lunt
355 S Grand Ave
Los Angeles CA 90017

Latham & Watkins LLP
Kimberly A. Posin
355 S Grand Ave Ste 100
Los Angeles CA 90071-1560

Lazy Days
6130 Lazy Days Blvd
Seffner FL 33584

Les V R Du Sud
55 Ave Du Saut
Breakeyville QC G0S 1E0
CANADA

Lewiston RV Center
3312 Hatwai Rd
Lewiston ID 83501

Loeb Partners Corp
Frederick Fruitman
61 Broadway
New York NY 10006

Lowes RV
3124 Lovington Hwy
Hobbs NM 88240

Veselka Bragg & Allen PC
Michael Reed
PO Box 1269
Round Rock TX 78680

McGoverns RV Centre
10725 117 Ave
Grande Praire AB T8V 7N6
CANADA

Mellon Bank
500 Grant St
Pittsburgh PA 15219

Mike Thompsons
13940 Firestone Blvd
Santa Fe Springs CA 90670

Morgan Stanley & Co
James Kemeny
1585 Broadway
New York NY 10036

National RV Direct Inc
11900 Carpenter Rd
Milan MI 48160

Oaktree Capital Management LLC
George Leiva
333 South Grand Ave 28th Fl
Los Angeles CA 90071

OConnor RV
PO Box 190
Chilliwack BC V2P 6J1
CANADA

Oppenheimer & Co Inc
125 Broad St 14th Fl
New York NY 10004

Owens Corning
Attn Karen Sprenger
1D 5 1 Owens Corning Pkwy
Toledo OH 43659

Palliser Chev Olds
4604 42Nd Ave
Innisfail AB T4G1P6
CANADA

Parklane RV Centre Ltd
1638 Cary Rd
Kelowna BC V1X 2B9
CANADA

Parkview RV Centre
DBA Parkview RV Centre
5110 56th St
Wetaskiwin AB T9A 1V9
CANADA

Parque Industrial El Dorado SA De C
Jose Luis Faus Sotelo
10 5 de la Carretera
a San Luis Rio Colorado
Mexicali 32471
MEXICO

Pershing Inc
Deniss Wallestad
One Pershing Plz
Jersey City NJ 07399

Pillsbury Winthrop Shaw Pittman LLP
Mark Houle & Craig Barbarosh
650 Town Center Dr Ste 700
Costa Mesa CA 92626-7122

Raes Trailer Sales & Service
291 French Fort Rd
Miramichi NB E1V 5N1
CANADA

Range Vehicle Center Inc
11626 Mariposa Rd
Hesperia CA 92345

Raven Investment Company Limited
21 Dai Fu St
Tai Po Industrial Estate
Taipo 312 HONG KONG

Red Deer RV Country Ltd
DBA Paradise RV
37417 Hwy 2 Gasoline Alley
Red Deer AB T4E 1B3
CANADA

Redwood Camper & Trailer Sales
850 S Redwood Rd
Salt Lake City UT 84104

Riva Ridge Capital Management
55 5th Ave
New York NY 10003

Riverside District Attorney
Attn Dale Hoy
4075 Main St
Riverside CA 92501

Roulotte Real Blouin Inc
32 Montee Morris
Riviere Au Renard QC G0E 2A0  CANADA

Royce & Associates LLC
Charles Royce
1414 Ave of Americas
New York NY 10019

RV World DBA RV World
5875 Gila Ridge Rd
Yuma AZ 85365

Securities and Exchange Commission
233 Broadway 13th Fl
New York NY 10279

Securities and Exchange Commission
5670 Wilshire Blvd 11th Fl
Los Angeles CA 90036

See Grins RVs & Farm Ranch
DBA See Grins RVs & Farm Ranch
13635 Sycamore Ave
San Martin CA 95046

Smith RV & Marine
Attn Cher Olsen
1255 N Holmes
Idaho Falls ID 83401-2001

Stettler RV
PO Box 1089
Stettler AB T0C 2L0
CANADA

Stones Superior Homes Ltd
255 Westville Rd
PO Box 621
New Glasgow NS B2H 2J6
CANADA

Sunridge RV DBA Sunridge RV
Hwy 16
Raddison SK S0K 3L0
CANADA

The Bank of New York Melon Trust Co
Attn Corporate Trust Administration
101 Barclay St 21 W
New York NY 10286

The Bank of New York Melon Trust Co
Attn Corporate Trust Administration
101 Barclay St Fl 8W
New York NY 10286

The Bank of New York Melon Trust Co
Attn Melanie Young VP
700 S Flower St Ste 500
Global Corporate Trust Corporate Unit
Los Angeles CA 90017

Tom Johnson
1885  Hwy 70 W
Marion NC 28752

Travel Time RVs
4035 10Th Ave
South Great Falls MT 59405

Travelers  
National Accounts  
Attn Chantel Pinnock  
1 Tower Sq 5MN  
Hartford CT 06183-4044  

UMB Investment Advisors  
Gregory Jerzyk  
1010 Grand Blvd  
Kansas City MO 64106  

United States Attorneys Office  
Civil Process Clerk  
300 N Los Angeles St  
Federal Bldg Rm 7516  
Los Angeles CA 90012  

United States Trustee  
Elizabeth A. Lossing  
3685 Main St Ste 300  
Riverside CA 92501  

United States Trustee  
3685 Main St Ste 300  
Riverside CA 92501  

US Bankruptcy Court  
Hon Meredith A Jury  
3420 Twelfth St  
Riverside CA 92501-3819  

Weyerhaeuser  
Todd Green  
810 Whittington Ave  
Hot Springs AR 71901  

Zazove Associates LLC  
Attn Chris Cook  
435 Pacific Ave 4th Fl  
San Francisco CA 94133  

IBM Corporation  
Attn: Beverly H. Shideler  
Two Lincoln Centre  
Oakbrook Terrace IL 60181  

Alan R. Brayton  
Christina C. Skubic  
Brayton Purcell LLP  
222 Rush Landing Road  
Novato CA 94945  

Linebarger Goggan Blair & Sampson LLP  
Attn: John P. Dillman  
PO Box 3064  
Houston TX 77253-3064  

Linebarger Goggan Blair & Sampson LLP  
The Terrace II, 2700 Via Fortuna Dr Ste 400  
PO Box 17428  
Austin TX 78760-7428  

Jeffrey T. Gwynn  
The Gwynn Law Firm, PC  
Attys for Dave Carter & Associates, Inc.  
455 W La Cadena Drive Ste 18  
Riverside CA 92501  

Ms. Ramona Neal  
Corporate Counsel  
Hewlett-Packard Company  
11311 Chinden Blvd.  
Mailstop 314  
Boise ID 83714-0021  

Ms. Esmeralda Vargas  
Hewlett-Packard Company  
Periferico Sur #6751  
Tlaquepaque, Jalisco 45060  
MEXICO  

Sharon Z. Weiss  
Richardson & Patel, LLP  
10900 Wilshire Blvd, Suite 500  
Los Angeles CA 90024  

Daniel R. Sovocool  
Louis J. Cisz, III  
Gina M. Fornario  
Nixon Peabody LLP  
One Embarcadero Center, 18th Floor  
San Francisco CA 94111-3600  

David R. Zaro  
Yale K. Kim  
Allen Matkins Leck Gamble Mallory  
& Natsis LLP

515 S. Figueroa St., 9th Floor
Los Angeles CA 90071-3309

John J. Rapisardi
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York NY 10281

Peter M. Friedman
Cadwalader Wickersham & Taft LLP
1201 F Street, N.W.
Washington DC 20004

Attorneys for Robert Meyers
Ryan D. Lapidus
Daniel C. Lapidus
Lapidus & Lapidus
177 South Beverly Drive
Beverly Hills CA 90212

Eric H. Gibbs
Dylan Hughes
Matthew B. George
Girard Gibbs LLP
601 California Street, 14th Floor
San Francisco CA 94108

GE Commercial Distro. Finance & GELCO
Corp. dba GE Capital Fleet Services
c/o Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Blvd., 17th Floor
Los Angeles CA 90048
Attn: Andrew K. Alper

Mark T. Young and Samuel R.W. Price
Donahoe & Young LLP
25152 Springfield Court, Suite 345
Valencia CA 91355-1096

| In re: FLEETWOOD ENTERPRISES, INC., et al. | CHAPTER 11 |
|---|---|
| Debtors. | CASE NUMBER: 6:09-14254-MJ |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **[PROPOSED] ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL 7 JONES LLP AS COUNSEL, NUNC PRO TUNC, AS OF MARCH 20, 2009** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.** **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING "NEF")**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 15, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

28464-002\DOCS_LA:201844.1         1

| | |
|---|---|
| In re: FLEETWOOD ENTERPRISES, INC., et al.<br><br>Debtors. | CHAPTER 11<br><br>CASE NUMBER: 6:09-14254-MJ |

# I. SERVED VIA NEF

Andrew K Alper on behalf of Creditor  GE Commercial Distribution Finance Corporation and GELCO Corporation dba GE Capital Fleet Services
aalper@frandzel.com,  efiling@frandzel.com;ekidder@frandzel.com

Hilary L Barnes on behalf of Interested Party  Courtesy NEF
hilary.barnes@quarles.com,  sybil.aytch@quarles.com

John J Bingham on behalf of Interested Party  Courtesy NEF
jbingham@dgdk.com

Mark S Blackman on behalf of Creditor  21st Mortgage Corporation
MBlackman@AlpertBarr.Com

Timothy  Bortz on behalf of Creditor Timothy Bortz
tbortz@state.pa.us

John A Boyd on behalf of Interested Party  Courtesy NEF
fednotice@tclaw.net

Louis J Cisz on behalf of Creditor  California Self-Insurers' Security Fund
lcisz@nixonpeabody.com

Peter A Davidson on behalf of Plaintiff Alicia Rice
pdavidson@ecjlaw.com

Matthew B George on behalf of Creditor Ronald Doud
mbg@girardgibbs.com

Jeffrey T Gwynn on behalf of Creditor  Dave Carter & Associates, Inc.
jgwynn@gwynn-law.com

Mark D Houle on behalf of Interested Party  New York Mellon Trust Co., N.A.
mark.houle@pillsburylaw.com

Paul  Jasper on behalf of Creditor  Deutsche Bank Trust Company Americas
pjasper@dl.com

Yale K Kim on behalf of Creditor  Whippoorwill Associates, Inc.
ykim@allenmatkins.com

Solmaz  Kraus on behalf of Debtor  Fleetwood Enterprises, Inc.
skraus@gibsondunn.com,  skraus@gibsondunn.com

Mary D Lane on behalf of Creditor Committee  Official Committee of Creditors Holding Unsecured Claims
mlane@pszjlaw.com

Daniel C Lapidus on behalf of Plaintiff Robert Myers
dan@lapiduslaw.com

Matthew A Lesnick on behalf of Creditor  AT&T Capital Services Inc.
matt@lesnicklaw.com

Elizabeth A Lossing on behalf of U.S. Trustee  United States Trustee (RS)
elizabeth.lossing@usdoj.gov

Donald K Ludman on behalf of Creditor  SAP America, Inc.
dludman@brownconnery.com

Gregory O Lunt on behalf of Creditor  Bank of America, N.A.
gregory.lunt@lw.com

Rose D Manos on behalf of Interested Party  Courtesy NEF
manos@nexsenpruet.com

David W. Meadows on behalf of Creditor  American Electric Power
david@davidwmeadowslaw.com

Craig  Millet on behalf of Debtor  Continental Lumber Products, Inc.
cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com

Byron Z Moldo on behalf of Plaintiff Alicia Rice
bmoldo@ecjlaw.com, tmelendez@ecjlaw.com

John D Monte on behalf of Creditor  Maytag Corporation
montelaw@earthlink.net

C Daniel Motsinger on behalf of Creditor  ProLiance Energy, LLC
cmotsinger@kdlegal.com

Leo D Plotkin on behalf of Creditor  Textron Financial Corporation
lplotkin@lsl-la.com

Kimberly A Posin on behalf of Creditor  Latham & Watkins LLP
kim.posin@lw.com

Samuel  Price on behalf of Creditor  National General Assurance Company
sprice@donahoeyoung.com

Hamid R Rafatjoo on behalf of Creditor Committee  Official Committee of Creditors Holding Unsecured Claims
hrafatjoo@pszjlaw.com, hrafatjoo@pszjlaw.com

Michael  Reed on behalf of Creditor  Bell County TAD, et al
kmorriss@mvbalaw.com, dgibson@mvbalaw.com;dgoff@mvbalaw.com

Martha E Romero on behalf of Creditor c/o Martha E. Romero Texas Taxing Authorities
Romero@mromerolawfirm.com

Mark C Schnitzer on behalf of Attorney Mark Schnitzer
mschnitzer@rhlaw.com

 United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Anne A Uyeda on behalf of Debtor  Fleetwood Enterprises, Inc.
auyeda@gibsondunn.com

Michael D Warner on behalf of Creditor  IDG USA LLC d/b/a Boring-Smith an Industrial Distribution Group, Inc. Company
echou@warnerstevens.com

Martha A Warriner on behalf of Creditor  Esco Industries, Inc.
mwarriner@rhlaw.com

Sharon Z Weiss on behalf of Creditor  LazyDays RV Supercenter, Inc.

28464-002\DOCS_LA:201844.1                                2

sweiss@richardsonpatel.com

Elizabeth Weller on behalf of Creditor Dallas County - Tarrant County
dallas.bankruptcy@publicans.com

Rebecca J Winthrop on behalf of Creditor Westchester Fire Insurance Company
winthropr@ballardspahr.com

## III. TO BE SERVED BY LODGING PARTY

Craig H. Millet
Solmaz Kraus
Gibson, Dunn & Crutcher
3161 Michelson Dr., Suite 1200
Irvine, CA 92612-4412

Affordable RV
11854 Mariposa Rd
Hesperia CA 92345

Ancira Motorhomes Inc
30500 Interstate 10
Boerne TX 78006

Angelo Gordon & Co LP
Attn: Todd Arden
245 Park Ave 28th Fl
New York NY 10167

Arbutus RV
3430 Trans Canada Hwy RR2
Cobble Hill BC V0R 1L0
CANADA

Attorney General
Attn: Eric Holder
DOJ/Ben Franklin Station
PO Box 683
Washington DC 20044

Auto Gallery 1994 Ltd
550 Winnipeg St
Regina SK S4R 1H8
CANADA

Ballard Spahr Andrews & Ingersoll LLP
Robert McL Boote
1735 Market St 51st Fl
Philadelphia PA 19103-7599

Ballard Spahr Andrews & Ingersoll LLP
Rebecca J. Winthrop
2029 Century Park East Suite 800
Los Angeles CA 90067-2909

Bank of America
Attn: Todd Eggertsen
55 S Lake Ave Ste 900
Pasadena CA 91101

Bank of America NA
Attn Todd R Eggertsen
55 S Lake Ave Ste 900
Pasadena CA 91101

Big Country RV
30 ERB Blvd Box 339
Oak Bluff MB R0G 1N0
CANADA

Boundary RV And Marine
2405 50 Ave
Lloydminster SK S9V 1Z7
CANADA

Broadmoor RV Truck Center Inc
9145 St Thomas Dr
PO Box 2384
Pasco WA 99302

Butler Auto & RV Center
142 Tranquille Rd
Kamloops BC V2B 3G1
CANADA

Camping World RV Sales
14303 Central Ave NW
Albuquerque NM 87121

Caravane Vaillancourt Inc
180 Boul Mgr Langlois
Valleyfield QC J6S 4V3
CANADA

Caspian Capital Management LCC
Attn Benoit Jacquin
745 Fifth Ave 28th Fl
New York NY 10151

Chisolm Trail RV
12020 Central SE
Albuquerque NM 87123

Coastal Marine Ltd
PO Box 1
Mount Pearl NL A1N 2C1
CANADA

Cranbrook Holiday RV
DBA Cranbrook Holiday RV Runners
2813 23rd St N
Cranbrook BC V1C 3N9
CANADA

Ctfs Citrus Park LLC
Linda Weber
18012 Sky Park Cir Ste 200
Irvine CA 92614-6429

Department of Defense
Robert Gates Secretary
1000 Defense Pentagon
Washington DC 20301

Deutsche Bank Trust Company Americas
Rodney Gaughan
60 Wall St MS NYC 60 2720 27th Fl
New York NY 10005-2858

Deutsche Bank Trust Company Americas
Attn: Stanley Burg
60 Wall St MS NYC 60 2720
New York NY 10005-2858

Dewey & LeBoeuf LLP
Allison Weiss & Peter Ivanick
1301 Avenue of the Americas
New York NY 10019

Dewey & LeBoeuf LLP
Todd Padnos
Paul S. Jasper
1950 University Ave Ste 500
Silicon Valley Office
East Palo Alto CA 94303

Duetsche Bank Trust Company Americas
Americas Trust & Securities Svs
Attn:  Stanley Burg
& Rodney Gaughan, CCTS
60 Wall St MS NYC 60 2710
New York NY 10005

Edson RV
7440 4th Ave
PO Box 7769
Edson AB T7E 1V8
CANADA

Emmet Marvin & Martin LLP
Attn Bayard S Chapin Esq
120 Broadway 32nd Fl
New York NY 10271

Employment Development Dept Bankruptcy Group
MIC 92E
PO Box 826880
Sacramento CA 94280-0001

Festival RV
Festival Ford
421 37400 Hwy 2
Red Deer AB T4E 1B9
CANADA

Fleetwood
Leonard J McGill Sr
3125 Myers St
Riverside CA 92503

Franchise Tax Board
Bankruptcy Unit
PO Box 2953
Sacramento CA 95812-2952

Frank Dunn Trailer Sales 1979
3601 4Th Ave

East Prince Albert SK S6W 1A3
CANADA

Freedom Roads DBA Ardell Brown RV
13153 S Minute Man Dr
Draper UT 84020

Gabriel Capital LP
Michael Autera
450 Park Ave 32nd Fl
New York NY 10022

GAMCO Investors Inc
William Selby
One Corporate Ctr
401 Theodore Fremd Ave
Rye NY 10580

GE Commercial Distribution Finance
2626 So Plz Dr Ste 201
Tempe AZ 85282

Goldman Sachs & Company Inc
Michelle Breyer
One New York Plaza
New York NY 10004

Great West Chrysler
1420 South Service Rd E
Swift Current SK S9H 3X6
CANADA

Great Western Auto Brokers/
Casper DBA Great Western Auto Plex
2100 Elk St
Rock Springs WY 82901

Grove RV & Leisure Inc
Box 3118
Spruce Grove AB T7X 3A4
CANADA

Guaranty RV Center
PO Box 279
Junction City OR 97448-0279

Holiday RV & Auto Centre
1800 South Hwy Dr S E
Redcliff AB T0J 2P0
CANADA

Hy Motors Ltd/Saskatoon RV Sup
3510 Idywyld Dr
North Saskatoon SK S7L 6G3
CANADA

Internal Revenue Service
PO Box 21126
Philadelphia PA 19114

Jefferies & Company Inc
Robert Schenosky
520 Madison Ave 12th Fl
New York NY 10022

Krieg DeVault LLP
C Daniel Motsinger
One Indiana Sq Ste 2800
Indianapolis MN 46204-2079

Kustom Koach RV Centre
26875 Fraser Hwy
Aldergrove BC V4W 3E4
CANADA

Lafayette Travel Trailer Sales
2651 State Rd 25 NE
Lafayette IN 47905

Latham & Watkins LLP
Attn Andrew Faye/Gregory O Lunt
355 S Grand Ave
Los Angeles CA 90017

Latham & Watkins LLP
Kimberly A. Posin
355 S Grand Ave Ste 100
Los Angeles CA 90071-1560

Lazy Days
6130 Lazy Days Blvd
Seffner FL 33584

Les V R Du Sud
55 Ave Du Saut
Breakeyville QC G0S 1E0
CANADA

Lewiston RV Center
3312 Hatwai Rd
Lewiston ID 83501

Loeb Partners Corp
Frederick Fruitman
61 Broadway
New York NY 10006

Lowes RV
3124 Lovington Hwy
Hobbs NM 88240

Veselka Bragg & Allen PC
Michael Reed
PO Box 1269
Round Rock TX 78680

McGoverns RV Centre
10725 117 Ave
Grande Praire AB T8V 7N6
CANADA

Mellon Bank
500 Grant St
Pittsburgh PA 15219

Mike Thompsons
13940 Firestone Blvd
Santa Fe Springs CA 90670

Morgan Stanley & Co
James Kemeny
1585 Broadway
New York NY 10036

National RV Direct Inc
11900 Carpenter Rd
Milan MI 48160

Oaktree Capital Management LLC
George Leiva
333 South Grand Ave 28th Fl
Los Angeles CA 90071

OConnor RV
PO Box 190
Chilliwack BC V2P 6J1
CANADA

Oppenheimer & Co Inc
125 Broad St 14th Fl
New York NY 10004

Owens Corning
Attn Karen Sprenger
1D 5 1 Owens Corning Pkwy
Toledo OH 43659

Palliser Chev Olds
4604 42Nd Ave
Innisfail AB T4G1P6
CANADA

Parklane RV Centre Ltd
1638 Cary Rd
Kelowna BC V1X 2B9
CANADA

Parkview RV Centre
DBA Parkview RV Centre
5110 56th St
Wetaskiwin AB T9A 1V9
CANADA


Parque Industrial El Dorado SA De C
Jose Luis Faus Sotelo
10 5 de la Carretera
a San Luis Rio Colorado
Mexicali 32471
MEXICO

Pershing Inc
Deniss Wallestad
One Pershing Plz
Jersey City NJ 07399

Pillsbury Winthrop Shaw Pittman LLP
Mark Houle & Craig Barbarosh
650 Town Center Dr Ste 700
Costa Mesa CA 92626-7122

Raes Trailer Sales & Service
291 French Fort Rd

Miramichi NB E1V 5N1
CANADA

Range Vehicle Center Inc
11626 Mariposa Rd
Hesperia CA 92345

Raven Investment Company Limited
21 Dai Fu St
Tai Po Industrial Estate
Taipo 312 HONG KONG

Red Deer RV Country Ltd
DBA Paradise RV
37417 Hwy 2 Gasoline Alley
Red Deer AB T4E 1B3
CANADA

Redwood Camper & Trailer Sales
850 S Redwood Rd
Salt Lake City UT 84104

Riva Ridge Capital Management
55 5th Ave
New York NY 10003

Riverside District Attorney
Attn Dale Hoy
4075 Main St
Riverside CA 92501

Roulotte Real Blouin Inc
32 Montee Morris
Riviere Au Renard QC G0E 2A0  CANADA

Royce & Associates LLC
Charles Royce
1414 Ave of Americas
New York NY 10019

RV World DBA RV World
5875 Gila Ridge Rd
Yuma AZ 85365

Securities and Exchange Commission
233 Broadway 13th Fl
New York NY 10279

Securities and Exchange Commission
5670 Wilshire Blvd 11th Fl
Los Angeles CA 90036

See Grins RVs & Farm Ranch
DBA See Grins RVs & Farm Ranch
13635 Sycamore Ave
San Martin CA 95046

Smith RV & Marine
Attn Cher Olsen
1255 N Holmes
Idaho Falls ID 83401-2001

Stettler RV
PO Box 1089
Stettler AB T0C 2L0
CANADA

Stones Superior Homes Ltd
255 Westville Rd
PO Box 621
New Glasgow NS B2H 2J6
CANADA

Sunridge RV DBA Sunridge RV
Hwy 16
Raddison SK S0K 3L0
CANADA

The Bank of New York Melon Trust Co
Attn Corporate Trust Administration
101 Barclay St 21 W
New York NY 10286

The Bank of New York Melon Trust Co
Attn Corporate Trust Administration
101 Barclay St Fl 8W
New York NY 10286

The Bank of New York Melon Trust Co
Attn Melanie Young VP
700 S Flower St Ste 500
Global Corporate Trust Corporate Unit
Los Angeles CA 90017

Tom Johnson
1885  Hwy 70 W
Marion NC 28752

Travel Time RVs
4035 10Th Ave
South Great Falls MT 59405

Travelers
National Accounts
Attn Chantel Pinnock
1 Tower Sq 5MN
Hartford CT 06183-4044

UMB Investment Advisors
Gregory Jerzyk
1010 Grand Blvd
Kansas City MO 64106

United States Attorneys Office
Civil Process Clerk
300 N Los Angeles St
Federal Bldg Rm 7516
Los Angeles CA 90012

United States Trustee
Elizabeth A. Lossing
3685 Main St Ste 300
Riverside CA 92501

United States Trustee
3685 Main St Ste 300
Riverside CA 92501

US Bankruptcy Court
Hon Meredith A Jury
3420 Twelfth St
Riverside CA 92501-3819

Weyerhaeuser
Todd Green
810 Whittington Ave
Hot Springs AR 71901

Zazove Associates LLC
Attn Chris Cook
435 Pacific Ave 4th Fl
San Francisco CA 94133

IBM Corporation
Attn: Beverly H. Shideler
Two Lincoln Centre
Oakbrook Terrace IL 60181

Alan R. Brayton
Christina C. Skubic
Brayton Purcell LLP
222 Rush Landing Road
Novato CA 94945

Linebarger Goggan Blair & Sampson LLP
Attn: John P. Dillman
PO Box 3064
Houston TX 77253-3064

Linebarger Goggan Blair & Sampson LLP
The Terrace II, 2700 Via Fortuna Dr Ste 400
PO Box 17428
Austin TX 78760-7428

Jeffrey T. Gwynn
The Gwynn Law Firm, PC
Attys for Dave Carter & Associates, Inc.
455 W La Cadena Drive Ste 18
Riverside CA 92501

Ms. Ramona Neal
Corporate Counsel
Hewlett-Packard Company
11311 Chinden Blvd.
Mailstop 314
Boise ID 83714-0021

Ms. Esmeralda Vargas
Hewlett-Packard Company
Periferico Sur #6751
Tlaquepaque, Jalisco 45060
MEXICO

Sharon Z. Weiss
Richardson & Patel, LLP
10900 Wilshire Blvd, Suite 500
Los Angeles CA 90024

Daniel R. Sovocool
Louis J. Cisz, III
Gina M. Fornario
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco CA 94111-3600

David R. Zaro
Yale K. Kim
Allen Matkins Leck Gamble Mallory
& Natsis LLP
515 S. Figueroa St., 9th Floor
Los Angeles CA 90071-3309

John J. Rapisardi
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York NY 10281

Peter M. Friedman
Cadwalader Wickersham & Taft LLP
1201 F Street, N.W.
Washington DC 20004

Attorneys for Robert Meyers
Ryan D. Lapidus
Daniel C. Lapidus
Lapidus & Lapidus

177 South Beverly Drive
Beverly Hills CA 90212

Eric H. Gibbs
Dylan Hughes
Matthew B. George
Girard Gibbs LLP
601 California Street, 14th Floor
San Francisco CA 94108

GE Commercial Distro. Finance & GELCO
Corp. dba GE Capital Fleet Services
c/o Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Blvd., 17th Floor
Los Angeles CA 90048
Attn:  Andrew K. Alper

Mark T. Young and Samuel R.W. Price
Donahoe & Young LLP
25152 Springfield Court, Suite 345
Valencia CA 91355-1096