UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

BANKRUPTCY MINUTES - GENERAL


FILED
JULY 15, 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

ADV. NO. RS
CASE NO. RS09-14254MJ           DATE JULY 15, 2009           **89**

TITLE: FLEETWOOD ENTERPRISES INC

DOCKET ENTRY: MOTION FOR ORDER DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE PERFORMANCE PURSUANT TO SECTION 366 OF THE BANKRUPTCY CODE
MTN/NTC FLD 6-1-09

PRESENT:
   HON. MEREDITH A. JURY, JUDGE

PRESENT FOR PLAINTIFFS/MOVANTS:      ATTORNEYS FOR DEFENDANTS/RESPONDENTS:

Millet

PROCEEDINGS:      Granted

( ) ORDER TO FOLLOW    ( ) TO BE LODGED    ( ) NO LODGEMENT NECESSARY

( ) WALK THROUGH    ( ) CLERK'S ORDER VAN 153    ( ) CHAMBER'S ORDER
                     [CHAPTER **13'S** ONLY]

GENMIN1