CRAIG H. MILLET, SBN 106027, CMillet@gibsondunn.com
SOLMAZ KRAUS, SBN 223117, SKraus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

Attorneys for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtors. | CASE NO. 09-14254-MJ<br><br>Chapter 11<br><br>[Jointly Administered]<br><br>**NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT TO PROSPECTIVE OVER BIDDER CMH MANUFACTURING WEST, INC.**<br><br>**Hearing:**<br>Date:  August 12, 2009<br>Time:  1:30 p.m.<br>Place:  Courtroom 302<br>        3420 Twelfth Street<br>        Riverside, CA 92501<br>Judge:  Honorable Meredith A. Jury |

**PLEASE TAKE NOTICE** that, on July 22, 2009, via U.S. mail through the Debtors' noticing agent, Kurtzman Carson Consultants LLC, the Debtors served you with the Notice of (I) Debtors' Intention to Assume, Assign and Sell Certain Contracts, (II) Debtors' Proposed Cure Amounts, and (III) Objection Deadline (the "Notice").  Capitalized terms not otherwise defined in this notice shall have the meanings given to such terms in the Notice.

The Debtors are informed that CMH Manufacturing West, Inc. ("CMH West") intends to submit an overbid for the Housing Assets pursuant to the bidding procedures contained in the Sale Procedures Order, as amended.  CMH West is an affiliate of CMH Manufacturing, Inc., which is a wholly-owned subsidiary of Clayton Homes, Inc. and an indirect subsidiary of Berkshire Hathaway. In the event that CMH West is the winning bidder for the Housing Assets, the Debtors intend to assume and assign the Contracts to CMH West on the same terms as provided in the Notice.

Gibson, Dunn &
Crutcher LLP

1

CMH West has indicated that it is ready, willing and able to perform the Contracts according to their terms to the extent they are Assumed Contracts and, therefore, has provided adequate assurance of future performance of the Contracts as required under the Bankruptcy Code.

If any Contract counterparty wishes to object regarding the ability or assurance of CMH West to perform under the applicable Contract(s), then such counterparty must, on or before the Sale Hearing (as defined below), file a written objection with the Court, serve such written objection upon (a) counsel to the Debtors: Gibson, Dunn & Crutcher LLP, attn: Craig H. Millet; fax: (949) 475-4651; email: cmillet@gibsondunn.com; (b) counsel to CMH West: Munger, Tolles & Olson LLP, attn: Todd Rosen, fax: (213) 683-4022; email: Todd.Rosen@mto.com; and (c) counsel for the Official Committee of Unsecured Creditors: Pachulski, Stang, Ziehl & Jones LLP, attn: Hamid R. Rafatjoo, fax: (310) 201-0760, email: hrafatjoo@pszjlaw.com, and deliver a courtesy copy of the objection to the Chambers of Judge Jury, United States Bankruptcy Court, 3420 Twelfth Street, Suite 345, Riverside, CA 92501. All objections must state the grounds therefor. Objections filed pursuant to these procedures shall be heard at the Sale Hearing (as defined below).

At any time prior to the Sale Hearing (as defined below), any Contract counterparty may contact counsel for the Debtors in order to discuss any objection regarding the assurances of CMH West's future performance under the applicable Contract(s). The Debtors will use their best efforts to negotiate a consensual resolution with any such counterparty.

**To the extent that any Contract counterparty does not timely serve an objection as set forth above, such counterparty shall be deemed (i) to have agreed that CMH West has provided adequate assurance of future performance of the applicable Contract(s) within the meaning of Bankruptcy Code section 365(b)(1)(C); and (ii) to have consented to the assumption and assignment to CMH West of the applicable Contract(s).**

**PLEASE TAKE FURTHER NOTICE** that a hearing to approve the proposed sale, including, without limitation, the assumption and assignment of the Contracts to CMH West or to the Successful Bidder (the "Sale Hearing"), shall be conducted before the Honorable Meredith A. Jury, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Central District of California, Riverside Division, Courtroom 302, 3420 Twelfth Street, Riverside, CA 92501 on **August 12, 2009 at 1:30 p.m. Pacific Time** or at such other time as the Bankruptcy Court permits.

Dated: August 6, 2009

CRAIG H. MILLET
SOLMAZ KRAUS
GIBSON, DUNN & CRUTCHER LLP

By:              /s/ Craig H. Millet
                    Craig H. Millet
Attorneys for Debtors and Debtors in Possession

100708094_1.DOC

2