# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### BANKRUPTCY MINUTES - GENERAL



FILED

AUG 12, 2009

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                Deputy Clerk

ADV. NO.  RS
CASE NO.  RS09-14254 MJ _____        DATE <u>AUG 12, 2009</u> _____        **82**

TITLE: <u>FLEETWOOD ENTERPRISES, INC</u>

---

DOCKET ENTRY:     BLUELINX CORPORATIONS MOTION FOR ALLOWANCE OF ADMINISTRATIVE
                  CLAIMS PURSUANT TO 11 U.S.C. SECTION 50-3(b)(9)
                  MTN FLD 7-17-09

---

PRESENT:
        HON. MEREDITH A. JURY, JUDGE


PRESENT FOR PLAINTIFFS/MOVANTS:        ATTORNEYS FOR DEFENDANTS/RESPONDENTS:




PROCEEDINGS:     **OFF CALENDAR AT REQUEST OF MOVANT - FILING AMENDED MTN
                 UNDER 9013**




( ) **ORDER TO FOLLOW**     ( ) **TO BE LODGED**     ( ) **NO LODGEMENT NECESSARY**

( ) **WALK THROUGH**        ( ) **CLERK'S ORDER VAN 153**     ( ) **CHAMBER'S ORDER**
                            **[CHAPTER <u>13'S</u> ONLY]**