UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

BANKRUPTCY MINUTES - GENERAL

FILED
AUG 19, 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY            Deputy Clerk

ADV. NO. RS
CASE NO. RS09-14254 MJ          DATE AUG 19, 2009          98

TITLE: FLEETWOOD ENTERPRISES INC

DOCKET ENTRY: REQUEST OF TRISTAR DISTRIBUTING INC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 503(b)(9)

REQUEST FLD 7-15-09

PRESENT:
HON. MEREDITH A. JURY, JUDGE

PRESENT FOR PLAINTIFFS/MOVANTS:        ATTORNEYS FOR DEFENDANTS/RESPONDENTS:

NG                                      POSIN
                                        WINTHROP
                                        MILLETT

PROCEEDINGS:    CONTINUED TO OCT 15, 2009 AT 11:00 AM

( X) ORDER TO FOLLOW    ( ) TO BE LODGED    ( ) NO LODGEMENT NECESSARY

( ) WALK THROUGH        ( ) CLERK'S ORDER VAN 153    ( ) CHAMBER'S ORDER
                            [CHAPTER 13'S ONLY]

GENMIN1