UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

BANKRUPTCY MINUTES - GENERAL



FILED
AUG 19, 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY           Deputy Clerk

ADV. NO. RS
CASE NO. RS09-14254 MJ          DATE AUG 19, 2009          97

TITLE: FLEETWOOD ENTERPRISES INC

DOCKET ENTRY: REQUEST OF CAST PRODUCTS CORPORATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 503(b)(9)

REQUEST FLD 7-15-09

PRESENT:
HON. MEREDITH A. JURY, JUDGE

PRESENT FOR PLAINTIFFS/MOVANTS:        ATTORNEYS FOR DEFENDANTS/RESPONDENTS:

NG                                     MILLETT
                                       RAFATJOO
                                       POSIN
                                       WINTHROP

PROCEEDINGS:    CONTINUED TO 10-15-09 AT 11:00 AM   W/SC

( ) ORDER TO FOLLOW   ( ) TO BE LODGED    ( ) NO LODGEMENT NECESSARY

( ) WALK THROUGH      ( ) CLERK'S ORDER VAN 153    ( ) CHAMBER'S ORDER
                          [CHAPTER 13'S ONLY]