| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| CRAIG H. MILLET, SBN 106027, CMillet@gibsondunn.com<br>KENNETH A. GLOWACKI, JR. SBN 217762, KGlowacki@gibsondunn.com<br>SOLMAZ KRAUS, SBN 223117, SKraus@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: (949) 451-3800<br>Facsimile: (949) 451-4220<br><br>*Attorneys for Debtors and Debtors in Possession* | **FILED & ENTERED**<br><br>AUG 27 2009<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** tolleson **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
FLEETWOOD ENTERPRISES, INC., et al.,

Debtors.

| FLEETWOOD ENTERPRISES, INC., et al., | CHAPTER 11 |
|---|---|
| Movant(s), | CASE NUMBER 09-14254-MJ |
| vs. | |
| N/A | |
| Respondent(s). | (No Hearing Required) |

## ORDER SHORTENING TIME

### [Local Bankruptcy Rule 9075-1(b)]

1. On the following date, Movant filed the following Motion together with a Motion to have the matter heard on shortened notice pursuant to Local Bankruptcy Rule 9075-1(b):

   a. *Specify date of filing of Motion:* 08/26/09

   b. *Specify the Title of the Motion*: Debtors' Motion for an Order Authorizing Debtors to Reject Motor Home Dealer Sales and Service Agreements and Joint Defense Agreements Related Thereto

2. Having considered the Motion for Order Shortening Time and declarations submitted in support thereof, the Motion for Order Shortening Time is:

   a. ☐ **Denied**: The underlying Motion may be brought on regular notice.

   b. ☒ **Granted**: It is further ordered as follows:

   (1) A hearing on the Motion will be held on the following date and time and in the specified location:

---

**Hearing Date: September 16, 2009     Time: 1:30 p.m.     Courtroom: 302     Floor:**

☐  **255 East Temple Street, Los Angeles**            ☐  **411 West Fourth Street, Santa Ana**

☐  **21041 Burbank Boulevard, Woodland Hills**        ☐  **1415 State Street, Santa Barbara**

☒  **3420 Twelfth Street, Riverside**

*(This Order is continued on the next page.)*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                         **F 9075-1**

| | |
|---|---|
| In re: FLEETWOOD ENTERPRISES, INC., et al., <br><br> Debtor(s). | CHAPTER: 11 <br><br> CASE NUMBER: 09-14254-MJ |

(2) Telephonic notice of the hearing shall be given to the following parties no later than the following date and time:

    a. *Specify deadline for giving of telephonic notice:*      Date:      Time:

    b. *Specify names of parties to be given telephonic notice:*      ☐ See Attached Page

(3) Written notice of the hearing shall be given to the following parties no later than the following date and time by the following method of delivery:

    a. ☒ Electronic Mail     or     ☒ Overnight Mail     ☐ First Class Mail

    b. *Specify deadline for giving of written notice:*      Date: 8-28-09      Time: 5:00 pm

    c. *Specify names of parties to be given written notice:*      ☒ See Attached Page

(4) ☒ The moving papers, declarations and other supporting documentation can be found on both the Court's website and KCC's website. A notice of all related pleadings shall be served on the following parties no later than the following date and time by the following method of delivery:

    a. ☒ Electronic Mail     ☐ Overnight Mail     ☒ First Class Mail

    b. *Specify deadline for giving of written notice:*      Date: 8/26/09      Time: 7:00 p.m.

    c. *Specify names of parties to be served:*      ☒ See Attached Page

(5) Any opposition to the Motion must be filed with the Court, a file-stamped copy delivered to the Judge's chambers, and served upon Movant no later than the following date and time by the following method of delivery:

    a. ☒ Electronic Mail     ☐ Overnight Mail     ☐ First Class Mail

    b. *Specify deadline for service of opposition:*      Date: 9-9-09      Time: 4:00 pm

(6) A declaration by Movant establishing that telephonic notice, written notice and service was completed as set forth above must be filed at or before the hearing.      ####

DATED: August 27, 2009

*[Signature]*

United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*      **F 9075-1**

| | | |
|---|---|---|
| In re: FLEETWOOD ENTERPRISES, INC., et al., | | CHAPTER: 11 |
| | Debtor(s). | CASE NUMBER: 09-14254-MJ |

I
Fleetwood Enterprises, Inc., et al.
Primary Service List Served via ECF

| Company | Contact | Email |
|---|---|---|
| AL-KO Kober Corporation | Michael J Heyman | michael.heyman@klgates.com |
| Allen Matkins Leek Gamble Mallory & Natsis LLP | Yale K Kim & David R Zaro | ykim@allenmatkins.com; dzaro@allenmatkins.com |
| Alpert Barr & Grant APLC | Mark S Blackman | Mblackman@AlpertBarr.com |
| American Electric Power | David W Meadows | david@davidwmeadowslaw.com |
| Ballard Spahr Andrews & Ingersoll LLP | Rebecca J Winthrop | winthropr@ballardspahr.com; boote@ballardspahr.com |
| Best Best & Krieger | Richard T Egger | richard.egger@bbklaw.com |
| Brown & Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Byron Z Moldo | | bmoldo@ecjlaw.com; tmelendez@ecjlaw.com |
| Counsel to Atwood Mobile Products | Caroline Djang | crd@jmbm.com |
| Counsel to Other Prof Greenhill & Co LLC | Howard Steinberg | hsteinberg@irell.com; awsmith@irell.com |
| Counsel to Peggy Richan | Sophie A Hubscher | sophie@korperlemonlaw.com |
| Cox Castle & Nicholson | Randy P Orlik | rorlik@coxcastle.com |
| Daniel C Lapidus | | dan@lapiduslaw.com |
| Danning Gill Diamond & Kollitz LLP | John J Bingham Jr | jbingham@dgdk.com |
| David M Poitras | | dpoitras@jmbm.com |
| Deutsche Bank Trust Company Americas | Todd Padnos | tpadnos@dl.com |
| Donahoe & Young LLP | Mark Young & Samuel Price | sprice@donahoeyoung.com; myoung@donahoeyoung.com |
| Fleetwood Enterprises Inc | Craig Millet, Solmaz Kraus | skraus@gibsondunn.com; cmillet@gibsondunn.com |
| Frandzel Robins Bloom & Csato LC | Andrew K Alper | aalper@frandzel.com |
| Gibson Dunn | Anne A Uyeda | auyeda@gibsondunn.com |
| Gibson Dunn | Jeffrey H Reeves | jreeves@gibsondunn.com |
| Girard Gibbs LLP | Matthew B George & Eric H Gibbs | mbg@girardgibbs.com |
| Gust Rosenfeld PLC | Madeline C Wanslee | mwanslee@gustlaw.com |
| Hewlett Packard Co | Ramona Neal | ramona.neal@hp.com |
| Julander Brown & Bollard LLP | William C Bollard | eal@jbblaw.com |
| Krieg DeVault LLP | C Daniel Motsinger | cmotsinger@kdlegal.com |
| Latham & Watkins LLP | Gregory O Lunt | gregory.lunt@lw.com |
| Latham & Watkins LLP | Kimberly A Posin | kim.posin@lw.com |
| Lesnick Law | Matthew A Lesnick | matt@lesnicklaw.com |
| Levy Small & Lallas | Leo D Plotkin | lplotkin@lsl-la.com |
| Linebarger Goggan Blair & Sampson LLP | Diane Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9075-1**

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – *Page 4*  **F 9075-1**

| | | |
|---|---|---|
| In re: FLEETWOOD ENTERPRISES, INC., et al., | CHAPTER: 11 | |
| Debtor(s). | CASE NUMBER: 09-14254-MJ | |

| Company | Contact | Email |
|---|---|---|
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Maytag Corporation | John D Monte | montelaw@earthlink.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | kmorriss@mvbalaw.com |
| Nexsen Pruet LLC | Rose D Manos | manos@nexsenpruet.com |
| Nixon Peabody LLP | Louis J Cisz III | lcisz@nixonpeabody.com |
| Pachulski Stang Ziehl & Jones LLP | Hamid Rafatjoo | hrafatjoo@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Mary D Lane | mlane@pszjlaw.com |
| Peter A Davidson | | pdavidson@ecjlaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Mark Houle & Craig Barbarosh | mark.houle@pillsburylaw.com; craig.barbarosh@pillsburylaw.com |
| Reid & Hellyer A Professional Corp | Mark C Schnitzer | mschnitzer@rhlaw.com |
| Reid & Hellyer A Professional Corp | Martha A Warriner | mwarriner@rhlaw.com |
| Richardson & Patel LLP | Sharon Z Weiss | sweiss@richardsonpatel.com |
| Romero Law Firm | Martha E Romero | Romero@mromerolawfirm.com |
| The Gwynn Law Law Firm PC | Jeffrey T Gwynn | jgwynn@gwynn-law.com |
| Thompson & Colgate LLP | John A Boyd | fednotice@tclaw.net |
| United States Trustee | Elizabeth A Lossing | elizabeth.lossing@usdoj.gov |
| United States Trustee | | ustpregion16.rs.ecf@usdoj.gov |
| Warner Stevens | Michael D Warner | echou@warnerstevens.com |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9075-1**

In re: FLEETWOOD ENTERPRISES, INC., et al.,

Debtor(s).

CHAPTER: 11

CASE NUMBER: 09-14254-MJ

II(a)
Fleetwood Enterprises, Inc., et al.
Primary Service List Served via First Class Mail

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Attorney General | Eric Holder | US DOJ Ben Franklin Station PO Box 683 | | Washington | DC | 20044 | USA |
| Brayton Purcell LLP | Alan R Brayton & Christina C Skubic | 222 Rush Landing Rd | | Novato | CA | 94945 | USA |
| Daniel R Shapiro | | 8304 Limonita Ave Ste D131 | | Riverside | CA | 92509 | USA |
| Department of Defense | Robert Gates Secretary | 1000 Defense Pentagon | | Washington | DC | 20301 | USA |
| Deutsche Bank Trust Co | Americas Trust & Securities Svs | 60 Wall St MS NYC 60 2710 | | New York | NY | 10005 | USA |
| Franchise Tax Board | Bankruptcy Unit | PO Box 2953 | | Sacramento | CA | 95812-2952 | USA |
| Howrey LLP | Richard J Burdge | 550 S Hope St | | Los Angeles | CA | 90071 | USA |
| IKON Office Solutions Inc | Katrina Rumph | 3920 Arkwright Rd Ste 400 | Recovery & Bankruptcy Group | Macon | GA | 31210 | USA |
| Internal Revenue Service | | PO Box 21126 | | Philadelphia | PA | 19114 | USA |
| Owens Corning | Attn Karen Sprenger 1D 5 | 1 Owens Corning Pkwy | | Toledo | OH | 43659 | USA |
| Perdue Brandon Fielder Collins & Mott LLP | John T Banks | 3301 Northland Dr Ste 505 | | Austin | TX | 78731 | USA |
| Securities and Exchange Commission | | 233 Broadway 13th Fl | | New York | NY | 10279 | USA |
| Securities and Exchange Commission | | 5670 Wilshire Blvd 11th Fl | | Los Angeles | CA | 90036 | USA |
| Tennessee Department of Revenue | c o TN Attorney Generals Office | PO Box 20207 | | Nashville | TN | 37202-0207 | USA |
| The Bank of New York Melon Trust Co | Attn Corporate Trust Administration | 101 Barclay St 21 W | | New York | NY | 10286 | USA |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

In re: FLEETWOOD ENTERPRISES, INC., et al.,

CHAPTER: 11

Debtor(s).

CASE NUMBER: 09-14254-MJ

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| The Bank of New York Melon Trust Co | Attn Corporate Trust Administration | 101 Barclay St Fl 8W | | New York | NY | 10286 | USA |
| Travelers | Attn Chantel Pinnock | 1 Tower Sq 5MN | National Accounts | Hartford | CT | 06183-4044 | USA |
| United States Attorneys Office | Civil Process Clerk | 300 N Los Angeles St | Federal Building Rm 7516 | Los Angeles | CA | 90012 | USA |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*   **F 9075-1**

| | | |
|---|---|---|
| In re: FLEETWOOD ENTERPRISES, INC., et al., | | CHAPTER: 11 |
| | Debtor(s). | CASE NUMBER: 09-14254-MJ |

III
Fleetwood Enterprises, Inc., et al.
Primary List Served via Email

| Company | Contact | Email |
|---|---|---|
| Ballard Spahr Andrews & Ingersoll LLP | Robert McL Boote | boote@ballardspahr.com |
| Bank of America NA | Attn Todd R Eggertsen | todd.r.eggertsen@bankofamerica.com |
| Cadwalader Wickersham & Taft LLP | John J Rapisardi Esq | john.rapisardi@cwt.com |
| Cadwalader Wickersham & Taft LLP | Peter M Friedman Esq | peter.friedman@cwt.com |
| City of Fort Worth | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| Comptroller of Public Accounts of Texas | Jay W Hurst | jay.hurst@oag.state.tx.us |
| Deutsche Bank Trust Company Americas | Rodney Gaughan | Rodney.Gaughan@db.com |
| Deutsche Bank Trust Company Americas | Stanley Burg | stan.burg@db.com |
| Dewey & LeBoeuf LLP | Allison Weiss & Peter Ivanick | pivanick@dl.com; aweiss@dl.com |
| Dewey & LeBoeuf LLP | Todd Padnos & Danielle Kennedy | tpadnos@dl.com; dkennedy@dl.com |
| Dunn Carney Allen Higgins & Tongue LLP | Daniel F Vidas | dfv@dunn-carney.com |
| Emmet Marvin & Martin LLP | Attn Bayard S Chapin Esq | bchapin@emmetmarvin.com |
| Employment Development Dept | Bankruptcy Group MIC 92E | Don.McKinney@edd.ca.gov |
| Fleetwood | Leonard J McGill Sr | Len.McGill@fleetwood.com |
| Hewlett Packard Co | Esmeralda Vargas | esmere.vargas@hp.com |
| IBM Corporation | Beverly H Shideler | bhshide@us.ibm.com |
| Latham & Watkins LLP | Andrew Faye Gregory Lunt | andrew.faye@lw.com; gregory.lunt@lw.com |
| Nixon Peabody LLP | Daniel Sovocool & Gina Fornario | dsovocool@nixonpeabody.com; gfornario@nixonpeabody.com |
| Nixon Peabody LLP | Victor G Milione | vmilione@nixonpeabody.com |
| Pachulski Stang Ziehl & Jones LLP | Hamid Rafatjoo | hrafatjoo@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Richard Pachulski | rpachulski@pszjlaw.com |
| Quarles & Brady LLP | John Collen | jcollen@quarles.com |
| Reading Bankruptcy & Compliance Unit | Timothy A Bortz | tbortz@state.pa.us |
| Riverside District Attorney | Attn Dale Hoy | dhoy@rivcoda.org |
| The Bank of New York Melon Trust Co | Attn J Chris Matthews | j.chris.matthews@bnymellon.com |
| United States Trustee | Attn Frank Cadigan & Elizabeth A Lossing | Frank.Cadigan@usdoj.gov; elizabeth.lossing@usdoj.gov |
| Weyerhaeuser | Todd Green | todd.green@weyerhaeuser.com |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9075-1**

| In re: FLEETWOOD ENTERPRISES, INC., et al., | |
|---|---|
| | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 09-14254-MJ |

IV
Fleetwood Enterprises, Inc., et al.
Dealers Served via First Class Mail

| Dealer | Dealer Principal Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| 1ST CHOICE RV | Doug Steil | 28451 Via Pasito | San Juan Capistrano | CA | 92675-6305 | USA |
| 1ST CHOICE RV INC (R) | Brandon Shah | 21831 Herencia | Mission Viejo | CA | 92692 | USA |
| 6649611 CANADA, INC. | Doris Gauthier | 600 Chemin Olivier | Saint-Nicolas | QC | G7A 2N6 | CANADA |
| A & S RV CENTER INC | LARRY ANDRE | 2375 N Opdyke Rd | Auburn Hills | MI | 48326-2440 | USA |
| ABC MOTORHOME RENTALS | A. John Marquardt | 3875 Old Intl Airport Rd | Anchorage | AK | 99502 | USA |
| ABEL RECREATIONAL SERVICES, INC. | John Battin/Jeff Ellingson/William Strehle | 1180 W Lake St | Bartlett | IL | 60103 | USA |
| ACCESS RV LTD. (S) | ACCESS RV LTD. | 1778 Alberni Hwy | Coombs | BC | V0R 1M0 | CANADA |
| ALABAMA MOTOR COACH INC | BILL ECHOLS | 3041 Wetumpka Hwy | Montgomery | AL | 36110 | USA |
| ALL SEASONS RV AND MARINE | John Richie | PO Box 5699 63195 Jamison St | Bend | OR | 97708 | USA |
| ALMADEN RV SERVICE (S) | ALMADEN RV SERVICE | 494 Phelan Ave | San Jose | CA | 95112 | USA |
| AMERICAN CARAVANING CENTER | | Obermarkersdorf 94 | Schrattenthal | | A-2073 | AUSTRIA |
| AMERICAN RV SALES/SERVICE INC | RON NEFF | 201 76th St SW | Grand Rapids | MI | 49548 | USA |
| ANCIRA MOTORHOMES INC | ERNESTO ANCIRA | 30500 IH 10 W | Boerne | TX | 78006 | USA |
| ANCIRA TRAVEL VILLA | ERNESTO ANCIRA | 5201 S I 35 W Exit 27 | Alvarado | TX | 76009 | USA |
| ANSLEY RV | ANSLEY & LEWIS INC | 1280 Route 764 | Duncansville | PA | 16635 | USA |
| AOK TRAILER SALES | KOA TRAILER SALES, INC | 5723 Frietag Dr | Menomonie | WI | 54751 | USA |
| APACHE VILLAGE RV CENTER | John Meyer | 9001 Dunn Rd | Hazelwood | MO | 63042 | USA |
| APOLLO MOTORHOME HOLIDAYS, LLC | Luke & Karl Trouchet | 14318 Lemoli Avenue | Hawthorne | CA | 90250 | USA |
| APPERSON'S TRAVEL TRAILERS | RICK/TERRY APPERSON | 34404 Constitution Hwy | Locust Grove | VA | 22508 | USA |
| ARBUTUS RV & MARINE SALES | Craig Little | 3430 Transcanada Hwy RR 2 | Cobble Hill | BC | V0R 1L0 | CANADA |
| ARIZONA RV CENTERS, LLC DBA EARNHARDT RV | Craig Jensen | 2222 E Main St | Mesa | AZ | 85213 | USA |
| AVALON RV & MARINE | Luther Luttrell | 1604 Medina Rd | Medina | OH | 44256-8118 | USA |
| BANKSTON MOTOR HOMES, INC. | HARRISON BANKSTON | 2191 Jordan Ln NW | Huntsville | AL | 35816 | USA |
| BANKSTON MOTOR HOMES/MONTGOMERY | Harrison Bankston | 701 N Eastern Blvd | Montgomery | AL | 36117 | USA |
| BANKSTON MOTOR HOMES/NASHVILLE | Harrison Bankston | 2622A Music Valley Dr | Nashville | TN | 37214 | USA |
| BATES INTL MOTOR HOME RENTAL SYSTEMS INC (R) | Sandra Bate | 3690 S Eastern Ave Ste 220 | Las Vegas | NV | 89109 | USA |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                     F 9075-1

| | | |
|---|---|---|
| In re: FLEETWOOD ENTERPRISES, INC., et al., | CHAPTER: 11 | |
| Debtor(s). | CASE NUMBER: 09-14254-MJ | |

| Dealer | Dealer Principal Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| BE FREE RV | Bruce Jeremiah | 8864 SE 82nd | Happy Valley | OR | 97086 | USA |
| BEAVER MOTORS, INC | Christopher, Timothy, Joseph, Michael, Andretta | 19689 Route 522 | Beaver Springs | PA | 17812 | USA |
| BERRYLAND CAMPERS | Thomas Fulmer | 42775 Pleasant Ridge Rd Ext. | Ponchatoula | LA | 70454 | USA |
| BIG COUNTRY RV | Alan Biggar & Tom Kleysen | Box 339 Erb Blvd | Oak Bluff | MB | R0G 1N0 | CANADA |
| BIG COUNTRY RV INC | Gary Craven | 3190 N Hwy 97 | Redmond | OR | 97756 | USA |
| BIG COUNTRY RV INC | GARY/KAY CRAVEN | 63500 NE Hwy 97 | Bend | OR | 97701 | USA |
| BLAINE JENSEN RV CENTER | Holiday Holdings Co. | 780 N 900 W | Kaysville | UT | 84037-4156 | USA |
| BRAMBILLAS INC | JACK BRAMBILLA | 550 Valley Park Dr S | Shakopee | MN | 55379-1811 | USA |
| BRAMBRILLA'S INC (R) | BRAMBILLA'S INC / RENTAL | 550 Valley Park Dr S | Shakopee | MN | 55379-1811 | USA |
| BRETZ RV & MARINE | Mark Bretz | 4800 Grant Creek Road | Missoula | MT | 59808-1454 | USA |
| BROADMOOR RV TRUCK CENTER INC | John Ramsey | PO Box 2384 9145 St Thomas Dr | Pasco | WA | 99302-2384 | USA |
| BROWN HILL GARAGE | BROWN HILL GARAGE | Old A46 Farndon Rd | Newark,Nottinghamshr | | | UNITED KINGDOM |
| BROWN'S SALES & LEASING | David Brown | 202 Hwy 52 South | Guttenberg | IA | 52052 | USA |
| BUCAR'S RV CENTRE | William Redmond | 262109 Range Road 10 | Balzac | AB | T0M 0E0 | CANADA |
| BULLYAN TRAILER SALES INC | Joe Bullyan | 4956 Miller Trunk Hwy | Duluth | MN | 55811 | USA |
| CAMP-A-RAMA | DAVID PURYEA/LORA KNIGHT | 1107 N. Geo. Wash. Hwy. | Chesapeake | VA | 23323 | USA |
| CAMPBELL RV, INC | Kevin Campbell | 617 Cattlemen Rd | Sarasota | FL | 34232 | USA |
| CAMPBELL RV, INC. - RENTAL | Kevin Campbell | 550 Cattlemen Rd | Sarasota | FL | 34232-6318 | USA |
| CAMPBELL RV, INC. (PARENT) | Kevin Campbell | 617 Cattleman Rd | Sarasota | FL | 34232 | USA |
| CAMPERS BARN OF THE HUDSON VALLEY, LLC | Charles Kane, President | 124 State Route 28 | Kingston | NY | 12401-7444 | USA |
| CAMPERS INN/KINGSTON | Jeff Hirsch | 146 Route 125 | Kingston | NH | 3848 | USA |
| CAMPERS WORLD INC (PARENT) | James Nichols | 8347 E 11th St | Tulsa | OK | 74112 | USA |
| CAMPING TIME RV CENTER INC | EDWARD CORREA | 505 Parkway 575 | Woodstock | GA | 30188 | USA |
| CAMPING TIME RV CENTER INC | JULIE COX | 4696 Smithson Blvd | Oakwood | GA | 30566-3302 | USA |
| CAMPING WORLD RV SALES | Alan Yost, GM | 6801 Colony | Bakersfield | CA | 93307 | USA |
| CAMPING WORLD RV SALES | Holiday Holding Co | 303 Sheek Rd | Greenwood | IN | 46143 | USA |
| CAMPING WORLD RV SALES | Marcus Lemonis | 225 WE Green Jr. Pkwy | Byron | GA | 31008 | USA |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009   F 9075-1

| | |
|---|---|
| In re: FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 09-14254-MJ |

| Dealer | Dealer Principal Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| CAMPING WORLD RV SALES | Paul Bull | 1580 W Overland Rd | Meridian | ID | 83642-2703 | USA |
| CAMPING WORLD RV SALES | Rand Thompson | RT. 176 at Darell Road | Island Lake | IL | 60042 | USA |
| CAMPING WORLD RV SALES | | 620 S Woodcreek drive | Bolingbrook | IL | 60440 | USA |
| CAMPING WORLD RV SALES - BURKE | Rand Thompson | 6195 Metro Dr | Burke | WI | 53532 | USA |
| CAMPING WORLD RV SALES - COUNCIL BLUFFS | Marcus Lemmis | 2802 S 21st St | Council Bluffs | IA | 51501 | USA |
| CAMPING WORLD RV SALES (R) | Holiday Holdings Co. | RT. 176 at Darell Road | Island Lake | IL | 60042 | USA |
| CAMPING WORLD RV SALES, LLC | Marcus Lemonis | 8198 Gander Way | Roanoke | VA | 24019 | USA |
| CAMPING WORLD RV SALES, LLC | | 9801 Diamond Dr | North Little Rock | AR | 72117 | USA |
| CAMP-LAND (R) | | 1171 Lions Dr | Burns Harbor | IN | 46304-8825 | USA |
| CANDAN RV CENTER | Dale Howes | 20257 Langley Bypass | Langley | BC | V3A 6K9 | CANADA |
| CANDAN RV CENTER | Dale Howes | 20257 Langley Bypass | Langley | BC | V3A 6K9 | CANADA |
| CARMAN'S USED CARS & TRUCKS | Marc Carman | 68 Standpipe Rd | Jackson | OH | 45640 | USA |
| CENTENNIAL RV & MARINE | Craig Porter | 2429 Highway 6 And 50 | Grand Junction | CO | 81505-1101 | USA |
| CENTRE DU VR. VICTORIAVILLE | Francois Langlois, Ghislain Labbe', Stephan Hamel | 2082 Route 122 | St-Albert | QC | J0A 1E0 | CANADA |
| CHARLIE'S CAMPING CENTER INC. | Charles Wilderman | 10100 Liberty Rd | Randallstown | MD | 21133 | USA |
| CHEEK & SHOCKLEY AUTO TRAILER SALES | FRANKIE SHOCKLEY | 2600 Mechanicsville Pike | Richmond | VA | 23223 | USA |
| CHESACO RV INC | AARON KLUTTZ | 911 Rt 40 E | Joppa | MD | 21085 | USA |
| CHILHOWEE TRAILER SALES (R) | | 4037 Airport Hwy | Lewisville | TN | 37777 | USA |
| CHILHOWEE TRAILER SALES INC | LELAND WAGNER | 4037 Airport Hwy | Louisville | TN | 37777 | USA |
| COMO AUTO SALES & SERVICE INC. | Richard Como | 1601 West Main St | Inverness | FL | 34450 | USA |
| COPLEN'S COLEMAN CAMPER CENTER (R) | Bob Coplen | 9810 Lima Rd | Fort Wayne | IN | 46818 | USA |
| CRABTREE RV CENTER INC | E. J. Crabtree/Adams | 400 Heather Ln | Alma | AR | 72921 | USA |
| CRAIG SMITH RV CENTER | Craig Smith | 315 -329 Gelsanliter Rd | Galion | OH | 44833 | USA |
| CRESTWOOD RV CENTER INC (R) | CRESTWOOD RV CENTER INC | 162 Main St | Tuckahoe | NY | 10707-2952 | USA |
| CROWLEY CHRYSLER PLYMOUTH INC | Kenneth Crowley | 9 Barber St. | Bristol | CT | 6010 | USA |
| CRUISE AMERICA INC (R) | CRUISE AMERICA (RENTAL) | 11 W Hampton Ave | Mesa | AZ | 85210-5258 | USA |
| CRUISE AMERICA/MESA (R) | | 11 W Hampton Ave | Mesa | AZ | 85210-5258 | USA |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009     F 9075-1

| | |
|---|---|
| In re: FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 09-14254-MJ |

| Dealer | Dealer Principal Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| CRUISE CANADA (R) | | 11 W Hampton Ave | Mesa | AZ | 85210-5258 | USA |
| CSRA CAMPERLAND INC | DOC ALLEN | 3844 Washington Rd | Martinez | GA | 30907-2370 | USA |
| CURREN RV SALES, INC. | Todd Curren | 1365 Pennsylvania Ave | Pine City | NY | 14871 | USA |
| DAN GAMEL CORP OFFICE (PARENT) | | 4080 W. Shaw Avenue | Fresno | CA | 93722 | USA |
| DAN GAMEL'S CAMP AMERICA | Waynes Barnes | 4080 West Shaw | Fresno | CA | 93722 | USA |
| DAN GAMEL'S FRESNO RV CENTER | Dan Gamel | 2448 E Central Ave | Fresno | CA | 93725-240 | USA |
| DAN GAMEL'S REDDING I-5 RV | | 3750 Auto Mall Dr | Anderson | CA | 96007 | USA |
| DEAN'S RV SUPERSTORE INC | Randy Coy | 9955 E 21st St | Tulsa | OK | 74129 | USA |
| DELMARVA RV CENTER INC | RYAN CLOUGH | 702 Milford Harrington Hwy # R14 | Milford | DE | 19963 | USA |
| DELMARVA RV CENTER, INC | George Kover | 25939 Camper's Lane | Seaford | DE | 19973 | USA |
| DEMONTROND AUTOMOTIVE GRP INC | GEORGE DEMONTROND/AL SOLIS | 14101 North Fwy | Houston | TX | 77090-6919 | USA |
| DEMONTROND CHEVROLET OLDS | | 3220 IH 45 N | Texas City | TX | 77591 | USA |
| DENNIS DILLON RV, LLC | Brad Dillon | 6560 W Targee | Boise | ID | 83709 | USA |
| DEW ENT INC/CAMPERS RV CENTER | John W. Evans | 7700 W 70th St | Shreveport | LA | 71129-2206 | USA |
| DICK GORE'S RV WORLD INC | DICK GORE'S RV WORLD INC | 14590 Duval Pl W | Jacksonville | FL | 32218-9409 | USA |
| DIXIE RV SUPERSTORES | Greg Lala & Dan Durham III | 10241 Destination Dr | Hammond | LA | 70403 | USA |
| DRIFTWOOD'S ATLANTIC RV CTR | | 6623 Black Horse Pike | Egg Harbor Township | NJ | 08234-4507 | USA |
| DUSTY'S CAMPER WORLD | Holiday Holdings Co. | 7400 State Road 60 E | Bartow | FL | 33830-9485 | USA |
| EL MONTE RV CENTER 44-R | EL MONTE RENTS | 12061 Valley Blvd | El Monte | CA | 91732 | USA |
| EL MONTE RV CENTER/WESTERN RV-R | WESTERN RV(EL MONTE DBA) | 4901 Coliseum Way | Oakland | CA | 94601 | USA |
| EL MONTE RV CENTER-R | EL MONTE RV | 12818 Firestone Blvd | Santa Fe Springs | CA | 90670 | USA |
| EL MONTE RV-R | EL MONTE R.V. CENTER | 6301 Scarlett Ct | Dublin | CA | 94568 | USA |
| EL MONTE RV-R | Ken Schork | 3401-B Tremley Point Rd | Linden | NJ | 7036 | USA |
| EL MONTE RV-R | Ken Schork | 3702 Rio Vista Ave | Orlando | FL | 32805 | USA |
| EMERALD COAST RV | Holiday Holdings Co. | 6240 Gulf Breeze Pkwy | Gulf Breeze | FL | 32561 | USA |
| EMERALD COAST RV | Holiday Holdings Co. | 2961 Ross Clark Circle SW Suite A | Dothan | AL | 36301-1119 | USA |
| EMERALD COAST RV CENTERS, LLC DBA CAMPING WORLD RV SALES | Holiday Holdings Co. | 21282 State Highway 59 | Robertsdale | AL | 36567-3732 | USA |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | | |
|---|---|---|
| In re: FLEETWOOD ENTERPRISES, INC., et al., | CHAPTER: 11 | |
| Debtor(s). | CASE NUMBER: 09-14254-MJ | |

| Dealer | Dealer Principal Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| EMERALD COAST RV CENTERS, LLC DBA: CAMPING WORLD RV SALES | Holiday Holdings Co. | 31300 Blue Star Highway US 90 | Midway | FL | 32343 | USA |
| EMERALD COAST RV CENTERS, LLC DBA: CAMPING WORLD RV SALES | Marcus Lemonis | 600 Bell Outlet Dr | St Augustine | FL | 32084 | USA |
| FAMILY RV, INC | Alan Cezar | 2828 Monterey Hwy | San Jose | CA | 95111-3156 | USA |
| FARNSWORTH CAMPING CENTER INC | Gary Farnsworth | 279 N Market St | Elysburg | PA | 17824 | USA |
| FINDLAY RV COMPANY | Michael Hohl/Clifford Findlay | 4530 Boulder Hwy | Las Vegas | NV | 89121 | USA |
| FREEDOM ROADS - HOLDING LOCATION | | 3630 Fernandina Rd | Columbia | SC | 29210 | USA |
| FREEDOM ROADS, LLC | | 3630 Fernandina Rd | Columbia | SC | 29210 | USA |
| FREEDOM RV RENTALS INC (R) | RONNY IPSON | 12141 Washington Hwy | Ashland | VA | 23005-7653 | USA |
| FUN COUNTRY RV'S & MARINE, INC | Dave Pool | P.O. Box 2640, 8800 S Desert Blvd | Anthony | TX | 79821 | USA |
| GENERAL RV CENTER INC. - PARENT | Robert Baidas | 12410 Dixie Hwy | Birch Run | MI | 48415 | USA |
| GENERAL RV CENTER, INC. - BIRCH RUN | Robert Baidas | 12410 Dixie Hwy | Birch Run | MI | 48415 | USA |
| GENERAL RV CENTER, INC. - BROWNSTOWN | | 17277 Racho Road | Brownstown | MI | 48192 | USA |
| GENERAL RV CENTER, INC. - MT CLEMENS | Robert Baidas | 24583 N River Rd | Mt. Clemens | MI | 48043 | USA |
| GENERAL RV CENTER, INC. - N CANTON | Robert Baidas | 3063 Greensburg Rd | N Canton | OH | 44720 | USA |
| GENERAL RV CENTER, INC. - WAYLAND | Robert Baidas | 476 Reno Drive | Wayland | MI | 49348 | USA |
| GENERAL RV CENTER, INC. - WIXOM | Robert Baidas | 48500 12 Mile Road | Wixom | MI | 48393 | USA |
| GEWEKE FORD & RV | LARRY GEWEKE | 248 E. Kettleman Lane | Lodi | CA | 95240 | USA |
| GIANT INLAND EMPIRE RV | Bob Barouti | 80-845 Hwy 111 | Indio | CA | 92201 | USA |
| GIANT INLAND EMPIRE RV | Bob Barouti | 24722 Madison Ave | Murrieta | CA | 92562-9726 | USA |
| GIANT RV | BOB BAROUTI/NASSER ETEBAR | 9150 Benson | Montclair | CA | 91763 | USA |
| GIANT RV | BOB BAROUTI/NASSER ETEBAR | 2200 Frontage Rd | Corona | CA | 92882 | USA |
| GIANT RV | BOB BAROUTI/NASSER ETEBAR | 1300 E Santo Antonio Dr | Colton | CA | 92324 | USA |
| GIANT RV | | 5400 Garden Grove Blvd | Westminster | CA | 92683 | USA |
| GIANT RV (PARENT) | Bob Barout | 1090 W Foothill Blvd | Upland | CA | 91786 | USA |
| GIBSON RV'S | | 2549 Highway 6 And 50 | Grand Junction | CO | 81501 | USA |
| GRAND AM RV INC | JIM MCALPIN | 147 Mastic Rd | Mastic Beach | NY | 11951-2412 | USA |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9075-1

In re: FLEETWOOD ENTERPRISES, INC., et al.,

Debtor(s).

CHAPTER: 11

CASE NUMBER: 09-14254-MJ

| Dealer | Dealer Principal Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| GRUMBINE'S RV CENTER | Holiday Holding Co | 7501 Allentown Blvd | Harrisburg | PA | 17112 | USA |
| GUARANTY RV CENTER | HERB NILL | 90855 Roberts Rd | Coburg | OR | 97408 | USA |
| GUARANTY RV SUPERCENTERS | Herbert Nill | 93636 Hwy 99 South | Junction City | OR | 97448 | USA |
| HANSEL RV CENTER | HENRY HANSEL | 1221 NORTH PETALUMA BLVD | Petaluma | CA | 94952 | USA |
| HAPPY HOLIDAYS MOTOR HOMES (R) | Kurt Schulz | PO Box 542 | Gibsons | BC | V0N1V0 | CANADA |
| HARBERSON RV-PINELLAS. LLC | Chester Harberson | 17028 US Highway 19 N | Clearwater | FL | 33764 | USA |
| HAROLD'S RV CENTER (R) | | 7514 Beth Bath Pike | Bath | PA | 18014 | USA |
| HARRISON RV INC | STEVE HARRISON | Hwy 4 N Box 189 | Jefferson | IA | 50129 | USA |
| HAWLEY'S CAMPING CENTER (R) | DAVID HAWLEY | 5117 US Highway 301 S | Hope Mills | NC | 28348-2529 | USA |
| HAWLEY'S CYCLE & CAMPING CTR | DAVID HAWLEY | 5117 US Highway 301 S | Hope Mills | NC | 28348-2529 | USA |
| HAWLEY'S CYCLE & CAMPING CTR | DAVID HAWLEY | 4904 Tv Tower Rd | Garner | NC | 27529 | USA |
| HAYES RV CENTER | DAVID HAYES | 5009 Judson Rd | Longview | TX | 75605-1047 | USA |
| HEIDI'S RV SUPERSTORE | Urs Buechin | Hwy 11 RR 2 | Hawkstone | ON | L0L 1T0 | CANADA |
| HOLIDAY KAMPER | Holiday Holding Co | 3630 Fernandina Rd | Columbia | SC | 29210 | USA |
| HOLIDAY KAMPER | Holiday Holding Co | 2295 Dick Pond Dr | Myrtle Beach | SC | 29575 | USA |
| HOLIDAY KAMPER | Holiday Holding Co | 1220 Morland Dr | Statesville | NC | 28687 | USA |
| HOLIDAY KAMPER - SPARTANBURG | | 114 Best Dr. | Spartanburg | SC | 29303 | USA |
| HOLIDAY KAMPER OF COLUMBIA, LLC DBA CAMPING WORLD RV SALES | Jack Erickson | 8155 Rivers Ave | N Charleston | SC | 29406 | USA |
| HOLIDAY RV | Dale Finch | 1903 N Mulberry St. Hwy 30 E | Jefferson | IA | 50129 | USA |
| HOLLAND MOTOR HOMES | Mike Dykstra/Jack Dykstra | 7490 Copley Park Place | San Diego | CA | 92111 | USA |
| HUFFY'S TRAILER SALES INC | Patrick Hufnagel | 2419 State Route 88 | Finleyville | PA | 15332 | USA |
| IMPERIAL CAMPER SALES | DICK DROEN | 1156 Hastings Ave | Newport | MN | 55055 | USA |
| J C'S RV'S, INC. | James Foreman | 958 E Airway Blvd | Livermore | CA | 94551 | USA |
| JC'S RV'S, INC. (RENTAL) | James Foreman | 958 E Airway Blvd | Livermore | CA | 94551 | USA |
| JIM'S RV CENTER | D. Scott Jewell | 67 Sacketts Creek Rd | Nichols | NY | 13812 | USA |
| JOHNNY BISHOP INC | JOHNNY BISHOP/KAREN BISHOP | 8971 Hwy 45 N | Columbus | MS | 39705 | USA |
| K & C RV CENTER, LLC | Holiday Holding Co | 14504 E I-25 Frontage Rd | Longmont | CO | 80504-9626 | USA |
| KAREN'S RV SERVICE | | 1850 Viking Dr | Anchorage | AK | 99501-1770 | USA |
| LAS VEGAS RV | Holiday Holding Co | 13175 Las Vegas Blvd S | Las Vegas | NV | 89044 | USA |
| LAZY DAYS RV CENTER, INC. | DON WALLACE | 6130 Lazy Days Blvd | Seffner | FL | 33584 | USA |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

In re: FLEETWOOD ENTERPRISES, INC., et al.,

CHAPTER: 11

Debtor(s).  CASE NUMBER: 09-14254-MJ

| Dealer | Dealer Principal Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| LEACH CAMPER SALES/COUNCIL BLF | EDD LEACH | 1629 Veterans Memorial Hwy | Council Bluffs | IA | 51501 | USA |
| LEACH CAMPER SLS OF LINCOLN IN | PAT LEACH | 2727 Cornhusker Hwy | Lincoln | NE | 68504-1516 | USA |
| LEISURE TIME R.V./WINTER GARDEN | KEN PRTISS | 14100 W Colonial Dr | Winter Garden | FL | 34787-4205 | USA |
| LEISURE TYME RV/PENSACOLA | Gayle Hill | 6428 Pensacola Blvd | Pensacola | FL | 32505 | USA |
| LES V R DU SUD | Steve Russ | 55 Avenue Du Saut | Breakeyville | QC | G0S 1E0 | CANADA |
| LEVEL 10 RV, INC. | Michael Jacque | 19380 Monterey St | Morgan Hill | CA | 95037-2605 | USA |
| LEWIE'S RV CENTER (R) | | 7324 Novotny Rd | Brainerd | MN | 56401 | USA |
| LEWISTON RV CENTER | Robert L. Copeland | 3312 Hatwai Rd | Lewiston | ID | 83501 | USA |
| LIFESTYLES RV | Barry Lawson/Chris Finke | 1100 NW Pamela Blvd. | Grain Valley | MO | 64029 | USA |
| LIGHTNIN RV SALES & SERVICE, LLC | Gary & Lori Lewis | 2555 University Parkway | Lawrenceville | GA | 30043 | USA |
| LIGHTNIN RV SALES & SERVICE, LLC (PARENT) | Gary & Lori Lewis | 2555 University Parkway | Lawrenceville | GA | 30043 | USA |
| LOCATION CARAVANE LEBLANC, INC. (R) | Marc Vallieres | 1305 Boulevard Des Laurentides | Laval | QC | H7M 2Y2 | CANADA |
| LOVEALL RV'S/COLUMBIA | C DAVID DUFFY | 8877 E I-70 NE | Columbia | MO | 65202 | USA |
| MALLALEY'S R.V. SALES, LTD. | Cliff Mallaley | 697 rue Principale | Beresford | NB | E8K 1W6 | CANADA |
| MARBLE RV INC | Jamie Fowlow | 341 O'Connell Dr | Corner Brook | NL | A2h 6C3 | CANADA |
| MARSHALL'S TRAVELAND | RANDY MCCLURE | 16611 IH 35 S | Buda | TX | 78610 | USA |
| MCGAUGH RV CENTER | JOHNNY MCGAUGH | 2650 Wagon Wheel Rd | Springdale | AR | 72762-7928 | USA |
| MCGOVERN'S RV CENTRE | Dwain McGovern | 10725 117 Ave | Grande Prairie | AB | T8V 7N6 | CANADA |
| MCMAHON'S RV - IRVINE | Brent McMahon | 6441 Burt Rd #10 | Irvine | CA | 92618-0901 | USA |
| MEDIA CAMPING CENTER | HADDEN SMITH | 1651 Bethlehem Pike | Hatfield | PA | 19440-1302 | USA |
| MENTOR RV, INC | Mike Preznso | 145 RW Parkway | Madison | OH | 44057 | USA |
| MESSNER RV RENTALS INC | Thomas R. & Angela M. Messner | 901 N Patricia G. Court | Tolleson | AZ | 85353 | USA |
| MEYER'S RV | Holiday Holdings | 169 Dover Rd | Chichester | NH | 3258 | USA |
| MEYER'S RV CENTER | Holiday Holding Co | 1359 River Ave | Lakewood | NJ | 8701 | USA |
| MEYER'S RV CENTER | Holiday Holdings Co. | 7030 Interstate Island Rd | Syracuse | NY | 13209-9712 | USA |
| MEYER'S RV SUPER STORES | Holiday Holdings | 1000 Sanford Rd N | Churchville | NY | 14488 | USA |
| MICHAEL HOHL RV CENTER | MICHAEL HOHL | 4455 S Carson St | Carson City | NV | 89701-6684 | USA |
| MIDWAY MOTORS INC (R) | Don Hankey | 200 N Vermont Ave | Los Angeles | CA | 90004 | USA |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009  F 9075-1

In re: FLEETWOOD ENTERPRISES, INC., et al.,

CHAPTER: 11

Debtor(s).    CASE NUMBER: 09-14254-MJ

| Dealer | Dealer Principal Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| MIDWAY SALES & SERV INC (R) | Bill Carey | 32101 Beaver Run Dr | Salisbury | MD | 21804-1774 | USA |
| MIKE THOMPSON'S RV COLTON | FRANK DEGELAS | 920 RV Center Dr Lots 6-9 | Colton | CA | 92324 | USA |
| MIKE THOMPSON'S RV FV | FRANK DEGELAS | 18240 Ward St | Fountain Valley | CA | 92708 | USA |
| MIKE THOMPSON'S RV SFS | FRANK DEGELAS | 13940 Firestone Blvd | Santa Fe Springs | CA | 90670 | USA |
| MILLER'S RV CENTER | Douglas K. Miller | 12912 Florida Blvd | Baton Rouge | LA | 70815 | USA |
| MISCELLANEOUS CUSTOMER | WARRANTY GOODWILL | 3663 OLD HIGHWAY 99 SOUTH | ROSEBURG | OR | 97470 | USA |
| MOIX RV | Frank Moix | 1213 Collier Dr | Conway | AR | 72032 | USA |
| MOUNTAIN HOME AUTO RANCH | Brad Dillon | 2800 American Legion Blvd | Mountain Home | ID | 83647 | USA |
| MYERS RV CENTER INC | JOHN MYERS | 12024 Central Ave SE | Albuquerque | NM | 87123-3002 | USA |
| NIEL'S MOTOR HOMES | TOM LINDSTROM | 8646 Sepulveda Blvd | North Hills | CA | 91343-5827 | USA |
| NORM'S RV (R) | Norman Snider | 12538 Poway Rd | Poway | CA | 92064 | USA |
| NORTH TRAIL RV CENTER | Albert Erp | 5270 Orange River Blvd | Fort Myers | FL | 33905 | USA |
| NORTH TRAIL RV CENTER (PARENT) | Albert Erp | 5270 Orange River Blvd | Fort Myers | FL | 33905 | USA |
| NORTH TRAIL RV SALES CO | ALBERT ERP | 5300 W COPANS RD | MARGATE | FL | 33063 | USA |
| NORTHSIDE RV'S | GARY ECKLER | 1630 N Broadway | Lexington | KY | 40505-1402 | USA |
| NORTHTOWN MOTOR HOMES | Nancy O'Neil | 10947 Northland Dr NE | Rockford | MI | 49341 | USA |
| OC RV INC. | Gary Hutton | 2222 Howell Ave | Anaheim | CA | 92806 | USA |
| O'CONNOR RV CENTRE | John O'Connor | 44430 Yale Rd W Box 190 | Chilliwack | BC | V2P 6J1 | CANADA |
| OLINGER RV CENTER, LLC. | Craig Jensen | 2400 NE Sandy Blvd | Wood Village | OR | 97060 | USA |
| OLINGER TRAVEL CENTER | Craig Jensen | 6503 SE Alexander St | Hillsboro | OR | 97123-8587 | USA |
| P. M. CARAVANES, INC. | | 6600 RTE 132 | STE CATHERINE | QC | J5C1B6 | USA |
| PAW PAW'S CAMPER CITY | PAW PAW'S CAMPER CITY | 123 Elm St | Picayune | MS | 39466 | USA |
| PETE'S RV CENTER (R) | | 4016 Williston Rd | South Burlington | VT | 05403-6055 | USA |
| PHARR'S 1 RV'S INC | Nick Pharr | 320 N Loop 289 | Lubbock | TX | 79403-2717 | USA |
| PIKE'S PEAK TRAVELAND INC | RANDY BILES | 4815 E Platte Ave | Colorado Springs | CO | 80915-3510 | USA |
| PISMO RV OUTLET INC | John Brewer Jr. | 444 SOUTH DOLLIVER | Pismo Beach | CA | 93449-3009 | USA |
| PONTIAC RV | KEN KAFER | 15481 E 2000 N Rd | Pontiac | IL | 61764 | USA |
| POULSBO RV EAST/EVERETT | Ken Wakazuru | 12218 Highway 99 | Everett | WA | 98204 | USA |
| POULSBO RV ON I-5 | Ken Wakazuru | 23051 Military Rd S | Kent | WA | 98032 | USA |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| In re: FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 09-14254-MJ |

| Dealer | Dealer Principal Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| POULSBO RV/AUBURN | Ken Wakazuru | 3905 Auburn Way N | Auburn | WA | 98002-1325 | USA |
| POULSBO RV/RIDGEFIELD | Ken Wakazuru | 17611 NE Union Rd | Ridgefield | WA | 98642 | USA |
| QUALITY RV RENTAL | Jeff Ramsey | 13209 East End | Chino | CA | 91710 | USA |
| QUEENSTOWN MOTOR CO INC | BEN KINNINGHAM | 9533 Baltimore Ave | College Park | MD | 20740 | USA |
| R 'N R HOLIDAY RV CENTER | Ray Bunney | 23203 E Knox Ave | Liberty Lake | WA | 99019-9542 | USA |
| R 'N R HOLIDAY RV CENTER (PARENT) | | 23203 E Knox Ave | Liberty Lake | WA | 99019-9542 | USA |
| RCD SALES CO LTD (R) | CHUCK & TOM HAIRE | 1990 Hebron Rd | Hebron | OH | 43025 | USA |
| RCD SALES COMPANY LTD | CHUCK/TOM HAIRE | 1990 Hebron Rd | Hebron | OH | 43025 | USA |
| RCRV INC DBA: RIVER CITY RV I-40 | Paul Minton | 10600 Maybelline Rd | North Little Rock | AR | 72117 | USA |
| RCRV, INC DBA: RIVER CITY RV | Paul Minton | 6721 Warden Rd | Sherwood | AR | 72120-5040 | USA |
| RECREATION PLANTATION INC | RECREATION PLANTATION INC | 19660 Stoney Island Ave | Lynwood | IL | 60411 | USA |
| REINES RV CENTER INC | LINDSEY REINES | 10850 Balls Ford Rd | Manassas | VA | 20109-2401 | USA |
| RELIABLE IMPORTS & MOTOR HOMES | Cecil Van Tuyl | 438 S Ingram Mill Rd | Springfield | MO | 65802 | USA |
| RENT MY RV, LLC (RENTAL) | Darryl Seefeldt | 2170 Condor Ct | Lodi | CA | 95240 | USA |
| RON HOOVER CO OF BOERNE, INC. | Ron Hoover | 29277 I-H 10 West | Boerne | TX | 78006 | USA |
| RON HOOVER CO OF HOUSTON, INC | Ron Hoover | 16465 Katy Freeway | Houston | TX | 77094 | USA |
| RON HOOVER CO OF ROCKPORT, INC. | Ron Hoover | 1510 W Market St | Rockport | TX | 78382 | USA |
| RON HOOVER COMPANY OF DONNA INC | Ron Hoover | 101 B Expressway 83 | Donna | TX | 78537-4301 | USA |
| ROSKOPF'S RV CENTER (R) | | W164N9306 Water St | Menomonee Falls | WI | 53051 | USA |
| RV AMERICA (PARENT) | Hari Sachanandani | 11808 W 44th Ave | Wheat Ridge | CO | 80033 | USA |
| RV AMERICA INC | Hari Sachanandani | 6701 Market Place Dr | Loveland | CO | 80537 | USA |
| RV AMERICA INC | | 11808 W 44th Ave | Wheat Ridge | CO | 80033 | USA |
| RV AMERICA LLC (R) | Hari Sach | 11808 W 44th Ave | Wheat Ridge | CO | 80033 | USA |
| RV NORTHWEST LLC | Ted Swyers/Becky Young | 4350 SW 142nd Ave | Beaverton | OR | 97005 | USA |
| RV WORLD | BILL GREEN | 5875 E Gila Ridge Rd | Yuma | AZ | 85365 | USA |
| RV WORLD CO INC/D & N CAMPER | DAVID DAVIS | 1145 E. Brooks Rd | Memphis | TN | 38116 | USA |
| RV WORLD INC | | 7405 Hwy 10 NW | Ramsey | MN | 55303 | USA |
| RV WORLD INC OF NOKOMIS | EDDIE DAVIDSON | 2110 Tamiami Trl N | Nokomis | FL | 34275 | USA |
| SAFFORD MOTORS DODGE | James Gramm | 6101 Mallard Road | Thornburg | VA | 22565 | USA |
| SAUNDERS RV RENTALS INC (R) | JOHN SAUNDERS | 601 S 93rd St | Milwaukee | WI | 53214-1212 | USA |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9075-1

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – Page 17    F 9075-1

In re: FLEETWOOD ENTERPRISES, INC., et al.,

CHAPTER: 11

Debtor(s).

CASE NUMBER: 09-14254-MJ

| Dealer | Dealer Principal Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| SETZER'S WORLD OF CAMPING (R) | SETZER'S WORLD OF CAMPING | 5319 Cherry Lawn Road | Huntington | WV | 25705 | USA |
| SETZER'S WORLD OF CAMPING INC | Lynn Butler | 5319 Cherry Lawn Rd | Huntington | WV | 25705 | USA |
| SHIPP'S RV CENTER | Holiday Holdings | 6728 Ringgold Rd | Chattanooga | TN | 37412-4230 | USA |
| SICARD HOLIDAY CAMPERS LTD. | Gary Sicard | 7526 Reg Rd #20 | Smithville | ON | L0R 2A0 | CANADA |
| SIERRA RV SUPER CENTER | Paul MacDonald | 9125 S Virginia St | Reno | NV | 89511 | USA |
| SIERRA RV SUPER CENTER (RENTAL) | Paul MacDonald | 9125 S Virginia St | Reno | NV | 89511 | USA |
| SIMMONS RV, INC. | Craig Simmons | 918 E 73rd Ave | Anchorage | AK | 99518-2821 | USA |
| SIRPILLA RV (R) | Holiday Holding Co | 1005 Interstate Pkwy | Akron | OH | 44312-5289 | USA |
| SIRPILLA RV CENTER | Holiday Holdings Co. | 1005 Interstate Pkwy | Akron | OH | 44312-5289 | USA |
| SMITH RV & MARINE | Stafford Smith | 1523 North 25th East | Idaho Falls | ID | 83401 | USA |
| SOUTH LAKE RV | Aaron & Krista Resnick, &  Allan & Lynda Hajdasz | 1931 S Main St | Rice Lake | WI | 54868-2919 | USA |
| STEWART'S MH RV'S | BOB STEWART | 50863 National Rd E | Saint Clairsville | OH | 43950 | USA |
| STIER'S RV CENTER OF VENTURA | Holiday Holdings Company | 3355 Ventura Rd | Ventura | CA | 93003-7260 | USA |
| STIER'S RV CENTERS LLC DBA CAMPING WORLD RV SALES | Holiday Holdings Co. | 5500 Wible Road | Bakersfield | CA | 93313 | USA |
| STONE'S SUPERIOR HOMES LTD | Kim Stone | Exit 23,  2689 Westville Rd | New Glasglow | NS | B2H 5E7 | CANADA |
| SUN CITY RV (R) | | 9045 NW Grand Ave | Peoria | AZ | 85345 | USA |
| SUNCOAST RV | Fred Hassan | 5244 Jewel Futch Rd | Lake Park | GA | 31636-3260 | USA |
| SUNCOAST RV | Fred Hassan | 730 George Roy Pkwy | Calera | AL | 35040 | USA |
| SUNCOAST RV, INC | Fred Hassan | 100 Suncoast Drive | Byron | GA | 31008 | USA |
| SUNCOAST RV, INC.-PARENT | | 10360 Beach Blvd | Jacksonville | FL | 32246 | USA |
| SUTER USA WOHNMOBILE | Nicky Uehlinger | Im Vorderasap 3 | oberglatt | | | SWITZERLAND |
| THE GREAT OUTDOORS REC CENTER | JERRY FITZPATRICK | 1122 County Route 57 | Fulton | NY | 13069-4530 | USA |
| THE NEW RIVER CITY RV (R) | | 6721 Warden Rd | Sherwood | AR | 72120-5040 | USA |
| THE R.V. CORRAL, INC. | Jerry McCall | 1890 Hwy 99 N | Eugene | OR | 97402 | USA |
| THE TURNING WHEEL RV CENTER | Marco Martinez | 169 Colt Industrial Ave | Mt Hope | WV | 25880 | USA |
| THE TURNING WHEEL RV CENTER | Marco Martinez | 3906 I 55 S | Jackson | MS | 39212-5202 | USA |
| THE TURNING WHEEL RV CENTER | Marco Martinez & John Murray | 4370 Rangeline Rd | Mobile | AL | 36619- | USA |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | | | | | | |
|---|---|---|---|---|---|---|
| In re: FLEETWOOD ENTERPRISES, INC., et al., | | | CHAPTER: 11 | | | |
| | | Debtor(s). | CASE NUMBER: 09-14254-MJ | | | |

| Dealer | Dealer Principal Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| | | | | | 9512 | |
| TOM JOHNSON CAMPING CENTER | GARY STROUD | 1885 US Hwy 70 W | Marion | NC | 28752 | USA |
| TOM JOHNSON CAMPING CENTER | MAXIE ROWELL | 6700 Speedway Blvd | Concord | NC | 28027-0120 | USA |
| TOM JOHNSON CAMPING CENTER (R) | | 6700 Speedway Blvd | Concord | NC | 28027-0120 | USA |
| TOM RAPER INC | Kenneth David Bane | 2250 Williamsburg Pike | Richmond | IN | 47374 | USA |
| TOM RAPER INC - FAIRFIELD/CINCINNATI | Kenneth David Bane | 5300 N Dixie Hwy | Fairfield | OH | 45014 | USA |
| TOM RAPER INC (PARENT) | Kenneth Dave Bane | 2250 Williamsburg Pike | Richmond | IN | 47374 | USA |
| TORONTO CAMPING CENTRE INC | Vito Carone | 1841 Hwy #7 | Concord/Toronto | ON | L4K 1V4 | CANADA |
| TRAVEL COUNTRY RV CENTER, INC. | Byrd Bon | 6441 Natures Way | Appling | GA | 30814 | USA |
| TRAVEL CRUISER CONCESSIONAIRES LTD | Robert Harold Edwards | Unit G Halesfield 14 | Telford | | TF7 4PL | UNITED KINGDOM |
| TRAVEL TIME RV'S | Bruce Aafedt | 4035 10th Ave S | Great Falls | MT | 59401 | USA |
| TRAVELAND LEISURE VEHICLES LTD | Dale Howes/Gordon Bird | 20529 Langley Bypass | Langley | BC | V3A 5E8 | CANADA |
| TRAVELAND LEISURE VEHICLES LTD (PARENT) | Dale Howes | 20529 Langley Bypass | Langley | BC | V3A 5E8 | CANADA |
| TRIPLE A RV CENTER | Gerald Weston | 938 Chevy Way | Medford | OR | 97504-4100 | USA |
| UNITED RECREATION & MH CENTER | Diane White | 5100 Airport Freeway | Fort Worth | TX | 76117 | USA |
| US ADVENTURE RV QUAD CITIES, LLC | John Dresselhaus | 5120 North Brady St | Davenport | IA | 52806 | USA |
| USA ENTERPRISE CV CORPORATE SRL | Davide Altobelh | Corso Francia n 29 E | Rivoli | | 10098 | ITALY |
| VAN BOXTEL RV SUPERMART LLC | Fred Koehne | 1956 Bond Street | Green Bay | WI | 54304 | USA |
| WESTGATE RV CENTRE LTD | Art Pike | 1460 Byland Rd | Kelowna | BC | V1Z 1A7 | CANADA |
| WHITED MOTORHOME AND RV | Robert Whited | 2160 Hotel Rd | Auburn | ME | 4210 | USA |
| WICHITA RV, INC. | Kent Algrim | 12828 SW Hwy 54 | Andover | KS | 67002 | USA |
| WILLISTON RV & MARINE | Daniel Porter | 14049 Hwy 2 West | Williston | ND | 58802 | USA |
| WISCONSIN RV WORLD | Christy Eagan & Brian Davidson | 5720 Haase Road | Beforest | WI | 53532 | USA |
| WOODY'S RV WORLD | Kevin Digness | 1702 49th Ave | Red Deer | AB | T4R 2N7 | CANADA |
| WOODY'S RV WORLD | Ron Gelowitz | 14510 St Albert Trail NW | Edmonton | AB | T6V 1H5 | CANADA |
| WOODY'S RV WORLD | WOODY PAYLOR | 11700 29th St SE | Calgary | AB | T2Z 3W9 | CANADA |
| YOUNGBLOOD'S CAPETOWN RV, INC. | Roger Youngblood | 229 Airport Rd & I-55 | Cape Girardeau | MO | 63701 | USA |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.