CRAIG H. MILLET, SBN 106027, CMillet@gibsondunn.com
JEFFREY H. REEVES, SBN, JReeves@gibsondunn.com
SOLMAZ KRAUS, SBN 223117, SKraus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

Attorneys for Debtors and Debtors in Possession

**FILED & ENTERED**

**SEP 17 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Hallock DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re | CASE NO. 09-14254-MJ |
| FLEETWOOD ENTERPRISES, INC., et al., | Chapter 11 |
| Debtors. | [Jointly Administered] |
| | **ORDER RE STIPULATION FOR CONTINUANCE OF HEARING ON MOTION OF GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION AND GE COMMERCIAL DISTRIBUTION FINANCE CANADA FOR RELIEF FROM THE AUTOMATIC STAY TO EXERCISE RIGHTS OF SET-OFF AND/OR RECOUPMENT** |
| | **Current Hearing:** |
| | Date: September 16, 2009 |
| | Time: 11:00 a.m. |
| | Place: Courtroom 302 |
| | Judge: Hon. Meredith Jury |
| | **Proposed New Hearing:** |
| | Date: Nov. 4, 2009 |
| | Time: 11:00 a.m. |
| | Place: Courtroom 302 |
| | Judge: Hon. Meredith Jury |

Gibson, Dunn &
Crutcher LLP

Upon consideration of the "Stipulation For Continuance Of Hearing On Motion Of GE Commercial Distribution Finance Corporation And GE Commercial Distribution Finance Canada For Relief From The Automatic Stay To Exercise Rights Of Set-Off And/Or Recoupment" (the "Stipulation") between Fleetwood Enterprises, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") and GE Commercial Distribution Finance Corporation and GE Commercial Distribution Finance Canada:

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved and the Motion may be further continued from the present hearing date of September 16, 2009 at 11:00 a.m. to November 4, 2009 at 11:00 a.m.

2. To the extent the Debtors have received or subsequently receive any payment from a dealer or other third party on account of products purchased by a dealer from the Debtors that were financed through GE flooring financing and for which the Debtors have not received payment from GE, the Debtors hereby agree to hold any such payments received in a segregated account and to retain such payments until the entry of an order of this Court as to the disposition of those payments.

3. Pending a further order of this Court, and except as otherwise may be ordered by the Court, the Debtors shall not take any further actions directed at any dealer or third party to recover payments from the dealer or third party on account of products purchased by a dealer from the Debtors that were financed through GE flooring financing and for which the Debtors have not received payment from GE, provided that nothing herein shall prevent the Debtors from taking any position or filing any matter before the Bankruptcy Court in support of the Debtors' opposition to the Motion or from stating the Debtors' position as to the liability of the dealers in a proposed disclosure statement filed pursuant to 11 U.S.C. § 1125.

DATED: September 17, 2009

_____
United States Bankruptcy Judge

| | |
|---|---|
| In re: Fleetwood Enterprises, Inc.     Debtors: | CHAPTER    11 <br> CASE NUMBER    09-14254-MJ |

**SERVICE LIST FOR THE ENTERED ORDER**

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER RE STIPULATION FOR CONTINUANCE OF HEARING ON MOTION OF GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION AND GE COMMERCIAL DISTRIBUTION FINANCE CANADA FOR RELIEF FROM THE AUTOMATIC STAY TO EXERCISE RIGHTS OF SET-OFF AND/OR RECOUPMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

I.     **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of (*insert date of service*), the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

*Andrew K Alper on behalf of Creditor GE Commercial Distribution Finance Corporation and GELCO Corporation dba GE Capital Fleet Services*
*aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com*

*Hilary L Barnes on behalf of Creditor LazyDays RV Supercenter, Inc.*
*hilary.barnes@quarles.com, sybil.aytch@quarles.com*

*John J Bingham on behalf of Interested Party Courtesy NEF*
*jbingham@dgdk.com*

*Mark S Blackman on behalf of Creditor 21st Mortgage Corporation*
*MBlackman@AlpertBarr.Com*

*Bradley D Blakeley on behalf of Defendant Gibraltar Insurance Company, Ltd., a corporation*
*bblakeley@blakeleyllp.com*

*William C Bollard on behalf of Debtor Fleetwood Enterprises, Inc.*
*eal@jbblaw.com*

*Timothy Bortz on behalf of Creditor Timothy Bortz*
*tbortz@state.pa.us*

*John A Boyd on behalf of Interested Party Courtesy NEF*
*fednotice@tclaw.net*

*Andrew W Caine on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims*
*acaine@pszyjw.com*

*Rebecca J Callahan on behalf of Plaintiff First American Trust Company, as Trustee of the Century Trust*
*rcallahan@callahanlaw.biz*

*Craig C Chiang on behalf of Interested Party Courtesy NEF*
*cchiang@buchalter.com*

*Louis J Cisz on behalf of Creditor California Self-Insurers' Security Fund*
*lcisz@nixonpeabody.com*

*Fred M Cohen on behalf of Creditor Sandra Dinsmore*
*fmcbktaxlaw@hotmail.com*

*Peter A Davidson on behalf of Plaintiff Alicia Rice*
*pdavidson@ecjlaw.com*

*Caroline Djang on behalf of Creditor Atwood Mobile Products LLC*
*crd@jmbm.com*

*Richard T Egger on behalf of Interested Party Courtesy NEF*
*richard.egger@bbklaw.com*

*Amanda N Ferns on behalf of Defendant Bluelinx Corporation*
*aferns@fernslaw.com*

*Donald L Gaffney on behalf of Interested Party Courtesy NEF*
*dgaffney@swlaw.com*

*Jeffrey K Garfinkle on behalf of Creditor Oracle USA, Inc.*
*bkgroup@buchalter.com, jgarfinkle@buchalter.com*

*Matthew B George on behalf of Creditor Ronald Doud*
*mbg@girardgibbs.com*

*Jeffrey T Gwynn on behalf of Creditor Dave Carter & Associates, Inc.*
*jgwynn@gwynn-law.com*

*Michael J Heyman on behalf of Creditor AL-KO Kober Corporation*
*michael.heyman@klgates.com*

*Mark D Houle on behalf of Interested Party New York Mellon Trust Co., N.A.*
*mark.houle@pillsburylaw.com*

*Sophie A Hubscher on behalf of Creditor Peggy Richan*
*sophie@korperlemonlaw.com*

*Jay W Hurst on behalf of Creditor Texas Comptroller of Public Accounts*
*jay.hurst@oag.state.tx.us*

*Yale K Kim on behalf of Creditor Brigade Capital Management, LLC*
*ykim@allenmatkins.com*

*Solmaz Kraus on behalf of Debtor Fleetwood Enterprises, Inc.*
*skraus@gibsondunn.com, skraus@gibsondunn.com*

*Mary D Lane on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims*
*mlane@pszjlaw.com*

*Daniel C Lapidus on behalf of Plaintiff Robert Myers*
*dan@lapiduslaw.com*

*Scott Lee on behalf of Creditor Philips Products, Inc.*

*slee@lbbslaw.com*

*Matthew A Lesnick on behalf of Creditor AT&T Capital Services Inc.*
*matt@lesnicklaw.com*

*Elizabeth A Lossing on behalf of U.S. Trustee United States Trustee (RS)*
*elizabeth.lossing@usdoj.gov*

*Donald K Ludman on behalf of Creditor SAP America, Inc.*
*dludman@brownconnery.com*

*Gregory O Lunt on behalf of Creditor Bank of America, N.A.*
*gregory.lunt@lw.com*

*Rose D Manos on behalf of Creditor FEMA Trailer*
*rmanos@nexsenpruet.com*

*Rose D Manos on behalf of Interested Party Courtesy NEF*
*manos@nexsenpruet.com*

*Frank F McGinn on behalf of Interested Party Courtesy NEF*
*ffm@bostonbusinesslaw.com*

*David W. Meadows on behalf of Creditor American Electric Power*
*david@davidwmeadowslaw.com*

*Craig Millet on behalf of Debtor Continental Lumber Products, Inc.*
*cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com*

*Christopher Minier on behalf of Creditor Courtesy Ford, Inc.*
*becky@ringstadlaw.com*

*Byron Z Moldo on behalf of Plaintiff Alicia Rice*
*bmoldo@ecjlaw.com, tmelendez@ecjlaw.com*

*John D Monte on behalf of Creditor Maytag Corporation*
*montelaw@earthlink.net*

*C Daniel Motsinger on behalf of Creditor ProLiance Energy, LLC*
*cmotsinger@kdlegal.com*

*Randall P Mroczynski on behalf of Defendant Fluor Corporation, a corporation*
*randym@cookseylaw.com*

*Randy P Orlik on behalf of Creditor ISIS Lending, LLC*
*rorlik@coxcastle.com*

*Todd L Padnos on behalf of Creditor Deutsche Bank Trust Company Americas*
*tpadnos@dl.com, dkennedy@dl.com;sholstrom@dl.com;rkeenan@dl.com;tboothe@dl.com*

*Leo D Plotkin on behalf of Creditor Textron Financial Corporation*
*lplotkin@lsl-la.com, dsmall@lsl-la.com*

*David M Poitras on behalf of Creditor Atwood Mobile Products LLC*
*dpoitras@jmbm.com*

*Kimberly A Posin on behalf of Creditor Latham & Watkins LLP*
*kim.posin@lw.com*

*Samuel Price on behalf of Creditor National General Assurance Company*
*sprice@donahoeyoung.com*

*Hamid R Rafatjoo on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims*
*hrafatjoo@pszjlaw.com, hrafatjoo@pszjlaw.com*

*Michael Reed on behalf of Creditor Bell County TAD, et al*
*othercourts@mvbalaw.com*

*Jeffrey H. Reeves on behalf of Plaintiff Fleetwood Enterprises, Inc.*
*jreeves@gibsondunn.com*

*Michael B Reynolds on behalf of Creditor Cavco Industries*
*mreynolds@swlaw.com, kcollins@swlaw.com*

*Christopher P Ridout on behalf of Creditor Conrad Budd*
*c.ridout@ridoutlyonlaw.com*

*Martha E Romero on behalf of Creditor San Bernardino County Tax Collector*
*Romero@mromerolawfirm.com*

*Diane W Sanders on behalf of Creditor McLennan County*
*austin.bankruptcy@publicans.com*

*Mark C Schnitzer on behalf of Attorney Mark Schnitzer*
*mschnitzer@rhlaw.com*

*Pamela E Singer on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims*
*psinger@pszjlaw.com, ksuk@pszjlaw.com*

*Howard Steinberg on behalf of Other Professional Greenhill & Co., LLC*
*hsteinberg@irell.com, awsmith@irell.com*

*United States Trustee (RS)*
*ustpregion16.rs.ecf@usdoj.gov*

*Anne A Uyeda on behalf of Debtor Fleetwood Enterprises, Inc.*
*auyeda@gibsondunn.com*

*Madeleine C Wanslee on behalf of Creditor Maricopa County Treasurer*
*mwanslee@gustlaw.com, rstein@gustlaw.com*

*Michael D Warner on behalf of Creditor IDG USA LLC d/b/a Boring-Smith an Industrial Distribution Group, Inc. Company*
*echou@warnerstevens.com*

*Martha A Warriner on behalf of Creditor Esco Industries, Inc.*
*mwarriner@rhlaw.com*

*Sharon Z Weiss on behalf of Creditor LazyDays RV Supercenter, Inc.*
*sweiss@richardsonpatel.com*

*Joseph M Welch on behalf of Creditor Morgan Buildings & Spas, Inc.*

*joseph.welch@bbklaw.com,*
*kenneth.burgess@bbklaw.com;bknotices@bbklaw.com;joseph.welch@bbklaw.com;arthur.johnston@bbklaw.com*

*Elizabeth Weller on behalf of Creditor Dallas County - Tarrant County*
*dallas.bankruptcy@publicans.com*

*Rebecca J Winthrop on behalf of Creditor Westchester Fire Insurance Company*
*winthropr@ballardspahr.com*

- Service information continued on attached page

II. **SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

- Service information continued on attached page

III. **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Available upon request to Claims Noticing Agent, FleetwoodInfo@kccllc.com

100726923_1.DOC