Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

CRAIG H. MILLET, SBN 106027, CMillet@gibsondunn.com
SOLMAZ KRAUS, SBN 223117, SKraus@gibsondunn.com
ANNE A. UYEDA, SBN 235306, Auyeda@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800/Facsimile: (949) 451-4220

*Attorney for Debtors Fleetwood Enterprises, Inc., et al.*

FOR COURT USE ONLY

**FILED & ENTERED**

**SEP 30 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tolleson   DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:
FLEETWOOD ENTERPRISES, INC., et al.,

Debtors.

FLEETWOOD ENTERPRISES, INC., et al.,

Movant(s),

vs.

N/A

Respondent(s).

CHAPTER 11

Jointly Administered

CASE NUMBER 09-14254-MJ

*(No Hearing Required)*

# ORDER SHORTENING TIME

# [Local Bankruptcy Rule 9075-1(b)]

1. On the following date, Movant filed the following Motion together with a Motion to have the matter heard on shortened notice pursuant to Local Bankruptcy Rule 9075-1(b):

   a. *Specify date of filing of Motion:* 9/29/09

   b. *Specify the Title of the Motion*: Debtors' Motion to Assume Certain Unexpired Real Property Leases

2. Having considered the Motion for Order Shortening Time and declarations submitted in support thereof, the Motion for Order Shortening Time is:

   a. ☐ **Denied**: The underlying Motion may be brought on regular notice.

   b. ☒ **Granted**: It is further ordered as follows:

   (1) A hearing on the Motion will be held on the following date and time and in the specified location:

| Hearing Date: 10-5-09 | Time: 11:00 AM | Courtroom: 302 | Floor: 3RD |
|---|---|---|---|
| ☐ **255 East Temple Street, Los Angeles** | | ☐ **411 West Fourth Street, Santa Ana** | |
| ☐ **21041 Burbank Boulevard, Woodland Hills** | | ☐ **1415 State Street, Santa Barbara** | |
| ☒ **3420 Twelfth Street, Riverside** | | | |

*(This Order is continued on the next page.)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

(2) Telephonic notice of the hearing shall be given to the following parties no later than the following date and time:

    a. *Specify deadline for giving of telephonic notice:*      *Date:*                *Time:*

    b. *Specify names of parties to be given telephonic notice:*      ☐ See Attached Page
    United States Trustee

(3) Written notice of the hearing shall be given to the following parties no later than the following date and time by the following method of delivery:

    a. ☒ **Personal Delivery or Facsimile OR E-MAIL  OR**    ☒ Overnight Mail    ☐ First Class Mail

    b. *Specify deadline for giving of written notice:*    ***Date: 9-30-09***    ***Time:  5:00 PM***

    c. *Specify names of parties to be given written notice:*    ☒ See Attached Page

(4) ☒ The moving papers, declarations and other supporting documentation shall be served on the following parties no later than the following date and time by the following method of delivery:

    a. ☒ **Personal Delivery or Facsimile**    ☒ **Overnight Mail**    ☐ First Class Mail

    b. *Specify deadline for giving of written notice:*    ***Date: 9/29/09***    ***Time:  8:00 p.m.***

    c. *Specify names of parties to be served:*    ☒ See Attached Page

(5) Any opposition to the Motion must be filed with the Court, a file-stamped copy delivered to the Judge's chambers, and served upon Movant no later than the following date and time by the following method of delivery:

    a. ☒ **Personal Delivery or Facsimile  OR E-MAIL**    ☐ Overnight Mail    ☐ First Class Mail

    b. *Specify deadline for service of opposition:*    ***Date: 10-5-09***    ***Time:  9:00 AM***

(6) A declaration by Movant establishing that telephonic notice, written notice and service was completed as set forth above must be filed at or before the hearing.

###

DATED: September 30, 2009                      _____
                                        United States Bankruptcy Judge

| Company | Contact | Email |
| --- | --- | --- |
| AL-KO Kober Corporation | Michael J Heyman | michael.heyman@klgates.com |
| Allen Matkins Leek Gamble Mallory & Natsis LLP | Yale K Kim & David R Zaro | ykim@allenmatkins.com; dzaro@allenmatkins.com |
| Alpert Barr & Grant APLC | Mark S Blackman | Mblackman@AlpertBarr.com |
| American Electric Power | David W Meadows | david@davidwmeadowslaw.com |
| Ballard Spahr Andrews & Ingersoll LLP | Rebecca J Winthrop | winthropr@ballardspahr.com; boote@ballardspahr.com |
| Best Best & Krieger | Richard T Egger | richard.egger@bbklaw.com |
| Brown & Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Byron Z Moldo | | bmoldo@ecjlaw.com; tmelendez@ecjlaw.com |
| Counsel to Atwood Mobile Products | Caroline Djang | crd@jmbm.com |
| Counsel to Other Prof Greenhill & Co LLC | Howard Steinberg | hsteinberg@irell.com; awsmith@irell.com |
| Counsel to Peggy Richan | Sophie A Hubscher | sophie@korperlemonlaw.com |
| Cox Castle & Nicholson | Randy P Orlik | rorlik@coxcastle.com |
| Daniel C Lapidus | | dan@lapiduslaw.com |
| Danning Gill Diamond & Kollitz LLP | John J Bingham Jr | jbingham@dgdk.com |
| David M Poitras | | dpoitras@jmbm.com |
| Deutsche Bank Trust Company Americas | Todd Padnos | tpadnos@dl.com |
| Donahoe & Young LLP | Mark Young & Samuel Price | sprice@donahoeyoung.com; myoung@donahoeyoung.com |
| Fleetwood Enterprises Inc | Craig Millet, Solmaz Kraus | skraus@gibsondunn.com; cmillet@gibsondunn.com |
| Frandzel Robins Bloom & Csato LC | Andrew K Alper | aalper@frandzel.com |
| Gibson Dunn | Anne A Uyeda | auyeda@gibsondunn.com |
| Gibson Dunn | Jeffrey H Reeves | jreeves@gibsondunn.com |
| Girard Gibbs LLP | Matthew B George & Eric H Gibbs | mbg@girardgibbs.com |
| Gust Rosenfeld PLC | Madeline C Wanslee | mwanslee@gustlaw.com |
| Hewlett Packard Co | Ramona Neal | ramona.neal@hp.com |
| Julander Brown & Bollard LLP | William C Bollard | eal@jbblaw.com |
| Krieg DeVault LLP | C Daniel Motsinger | cmotsinger@kdlegal.com |
| Latham & Watkins LLP | Gregory O Lunt | gregory.lunt@lw.com |
| Latham & Watkins LLP | Kimberly A Posin | kim.posin@lw.com |
| Lesnick Law | Matthew A Lesnick | matt@lesnicklaw.com |
| Levy Small & Lallas | Leo D Plotkin | lplotkin@lsl-la.com |
| Linebarger Goggan Blair & Sampson LLP | Diane Sanders | austin.bankruptcy@publicans.coc |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Maytag Corporation | John D Monte | montelaw@earthlink.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | kmorriss@mvbalaw.com |
| Nexsen Pruet LLC | Rose D Manos | manos@nexsenpruet.com |
| Nixon Peabody LLP | Louis J Cisz III | lcisz@nixonpeabody.com |
| Pachulski Stang Ziehl & Jones LLP | Hamid Rafatjoo | hrafatjoo@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Mary D Lane | mlane@pszjlaw.com |
| Peter A Davidson | | pdavidson@ecjlaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Mark Houle & Craig Barbarosh | mark.houle@pillsburylaw.com; craig.barbarosh@pillsburylaw.coc |
| Reid & Hellyer A Professional Corp | Mark C Schnitzer | mschnitzer@rhlaw.com |
| Reid & Hellyer A Professional Corp | Martha A Warriner | mwarriner@rhlaw.com |
| Richardson & Patel LLP | Sharon Z Weiss | sweiss@richardsonpatel.com |

| Romero Law Firm | Martha E Romero | Romero@mromerolawfirm.com |
|---|---|---|
| The Gwynn Law Law Firm PC | Jeffrey T Gwynn | jgwynn@gwynn-law.com |
| Thompson & Colgate LLP | John A Boyd | fednotice@tclaw.net |
| United States Trustee | Elizabeth A Lossing | elizabeth.lossing@usdoj.gov |
| United States Trustee | | ustpregion16.rs.ecf@usdoj.gov |
| Warner Stevens | Michael D Warner | echou@warnerstevens.com |

| Company | Contact | Email |
|---|---|---|
| Ballard Spahr Andrews & Ingersoll LLP | Robert McL Boote | boote@ballardspahr.com |
| Bank of America NA | Attn Todd R Eggertsen | todd.r.eggertsen@bankofamerica.com |
| Cadwalader Wickersham & Taft LLP | John J Rapisardi Esq | john.rapisardi@cwt.com |
| Cadwalader Wickersham & Taft LLP | Peter M Friedman Esq | peter.friedman@cwt.com |
| City of Fort Worth | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| Comptroller of Public Accounts of Texas | Jay W Hurst | jay.hurst@oag.state.tx.us |
| Deutsche Bank Trust Company Americas | Rodney Gaughan | Rodney.Gaughan@db.com |
| Deutsche Bank Trust Company Americas | Stanley Burg | stan.burg@db.com |
| Dewey & LeBoeuf LLP | Allison Weiss & Peter Ivanick | pivanick@dl.com; aweiss@dl.com |
| Dewey & LeBoeuf LLP | Todd Padnos & Danielle Kennedy | tpadnos@dl.com; dkennedy@dl.com |
| Dunn Carney Allen Higgins & Tongue LLP | Daniel F Vidas | dfv@dunn-carney.com |
| Emmet Marvin & Martin LLP | Attn Bayard S Chapin Esq | bchapin@emmetmarvin.com |
| Employment Development Dept | Bankruptcy Group MIC 92E | Don.McKinney@edd.ca.gov |
| Fleetwood | Leonard J McGill Sr | Len.McGill@fleetwood.com |
| Hewlett Packard Co | Esmeralda Vargas | esmere.vargas@hp.com |
| IBM Corporation | Beverly H Shideler | bhshide@us.ibm.com |
| Latham & Watkins LLP | Andrew Faye Gregory Lunt | andrew.faye@lw.com; gregory.lunt@lw.com |
| Nixon Peabody LLP | Daniel Sovocool & Gina Fornario | dsovocool@nixonpeabody.com; gfornario@nixonpeabody.com |
| Nixon Peabody LLP | Victor G Milione | vmilione@nixonpeabody.com |
| Pachulski Stang Ziehl & Jones LLP | Hamid Rafatjoo | hrafatjoo@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Richard Pachulski | rpachulski@pszjlaw.com |
| Quarles & Brady LLP | John Collen | jcollen@quarles.com |
| Reading Bankruptcy & Compliance Unit | Timothy A Bortz | tbortz@state.pa.us |
| Riverside District Attorney | Attn Dale Hoy | dhoy@rivcoda.org |
| The Bank of New York Melon Trust Co | Attn J Chris Matthews | j.chris.matthews@bnymellon.com |
| United States Trustee | Attn Frank Cadigan & Elizabeth A Lossing | Frank.Cadigan@usdoj.gov; elizabeth.lossing@usdoj.gov |
| Weyerhaeuser | Todd Green | todd.green@weyerhaeuser.com |

| | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Attorney General | Eric Holder | US DOJ Ben Franklin Station PO Box 683 | | Washington | DC | 20044 | USA |
| Brayton Purcell LLP | Alan R Brayton & Christina C Skubic | 222 Rush Landing Rd | | Novato | CA | 94945 | USA |
| Daniel R Shapiro | | 8304 Limonita Ave Ste D131 | | Riverside | CA | 92509 | USA |
| Department of Defense | Robert Gates Secretary | 1000 Defense Pentagon | | Washington | DC | 20301 | USA |
| Deutsche Bank Trust Co | Americas Trust & Securities Svs | 60 Wall St MS NYC 60 2710 | | New York | NY | 10005 | USA |
| Farrar Holliman & Butler | E Guy Holliman | PO Box 280 | | Lafayette | TN | 37083 | USA |
| Franchise Tax Board | Bankruptcy Unit | PO Box 2953 | | Sacramento | CA | 95812-2952 | USA |
| Howrey LLP | Richard J Burdge | 550 S Hope St | | Los Angeles | CA | 90071 | USA |
| IKON Office Solutions Inc | Katrina Rumph | 3920 Arkwright Rd Ste 400 | Recovery & Bankruptcy Group | Macon | CA | 31210 | USA |
| Internal Revenue Service | | PO Box 21126 | | Philadelphia | CA | 19114 | USA |
| Law Office of Dean P Sperling | Dean P Sperling | 201 E Sandpointe Ste 220 | | Santa Ana | CA | 92707 | USA |
| Owens Corning | Attn Karen Sprenger 1D 5 | 1 Owens Corning Pkwy | | Toledo | CA | 43659 | USA |
| Perdue Brandon Fielder Collins & Mott LLP | John T Banks | 3301 Northland Dr Ste 505 | | Austin | CA | 78731 | USA |
| Securities and Exchange Commission | | 233 Broadway 13th Fl | | New York | CA | 10279 | USA |
| Securities and Exchange Commission | | 5670 Wilshire Blvd 11th Fl | | Los Angeles | CA | 90036 | USA |
| Tennessee Department of Revenue | c o TN Attorney Generals Office | PO Box 20207 | | Nashville | CA | 37202-0207 | USA |
| The Bank of New York Melon Trust Co | Attn Corporate Trust Administration | 101 Barclay St 21 W | | New York | CA | 10286 | USA |
| The Bank of New York Melon Trust Co | Attn Corporate Trust Administration | 101 Barclay St Fl 8W | | New York | CA | 10286 | USA |
| Travelers | Attn Chantel Pinnock | 1 Tower Sq 5MN | National Accounts | Hartford | CA | 06183-4044 | USA |
| United States Attorneys Office | Civil Process Clerk | 300 N Los Angeles St | Federal Building Rm 7516 | Los Angeles | CA | 90012 | USA |

Mocksville Finch, LLC/CRICFW One, LLC
555 Pleasant Street, Unit 102
Attleboro MA 02703

John F. D. Jacobi, III
Coogan, Smith, McGahan, Lorinez, Jacobi & Shanley, LLP
1444 Bank Street
P.O. Box 2320
Attleboro MA 02703

F & R Fleetwood, LLC
2800 West March Lane No. 250
Stockton, CA 92512

MMF Fleetwood, LLC
1818 Grand Canal Blvd, Suite No. 4
Stockton, CA 95207