CRAIG H. MILLET, SBN 106027, CMillet@gibsondunn.com
KENNETH A. GLOWACKI, JR., SBN 217762, KGlowacki@gibsondunn.com
SOLMAZ KRAUS, SBN 223117, SKraus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

Attorneys for
Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtors. | CASE NO. 09-14254-MJ<br><br>Chapter 11<br><br>[Jointly Administered]<br><br>**NOTICE OF MOTION PURSUANT TO BANKRUPTCY RULE 9019(a) TO APPROVE SETTLEMENT BETWEEN FLEETWOOD ENTERPRISES, INC. AND THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT**<br><br>**[No Hearing Requested – L.B.R. 9013-1(o)]** |

TO THE HONORABLE MEREDITH A. JURY, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES ENTITLED TO NOTICE:

**PLEASE TAKE NOTICE** that Fleetwood Enterprises, Inc. ("FEI") and its affiliated debtors and debtors in possession (the "Debtors"), hereby move the Court for entry of an order, pursuant to section 105 of the Bankruptcy Code, and Rule 9019(a) of the Federal Rule of Bankruptcy Procedure ("Bankruptcy Rules"), approving a settlement (the "Settlement") by and between FEI, on the one hand, and the South Coast Air Quality Management District through the Office of the District Prosecutor (the "SCAQMD"), on the other hand (the "Motion"). The Settlement is memorialized in a stipulation (the "Stipulation") between the foregoing parties, a copy of which is attached as Exhibit A to the Declaration of Alan N. Bick (the "Bick Declaration") filed concurrently with the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Settlement resolves a prepetition Notice of Violation ("NOV") issued to FEI by the SCAQMD concerning the operation of spray booths at FEI's 5300 Via Ricardo facility in Riverside, California. The NOV includes five separate alleged violations of District Rule 3002 regarding the spray booths as well as an additional alleged violation for a late filing of a Clean Air Act semi-annual Title V report. Under California Health & Safety Code § 42400, *et seq.*, penalties are authorized for each alleged violation. A copy of the NOV which sets forth the SCAQMD allegations is appended to the Stipulation.

On April 10, 2009, the SCAQMD offered to fully and finally resolve the alleged violations contained in the NOV in exchange for an allowed unsecured non-priority claim against the estate of **FEI** in the amount of **$51,500** (*i.e.*, $50,000 for the five spray booth violations and $1,500 for the late filing of the Clean Air Act Title V report). FEI believes that entering into the Settlement on these terms is in the best interests of its estate given that FEI's potential liability under the NOV could exceed $100,000, plus attorney's fees and costs.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice, the Motion, Memorandum of Points and Authorities and the Bick Declaration filed concurrently with this Notice [Docket No. 1326], the record in this case, and all other matters of which this Court may take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence, and such other arguments or evidence as may be presented at any hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(o)(1), the Debtors may obtain an order granting the relief requested herein without a hearing, unless a hearing is specifically requested by filing and serving a written response and request for a hearing that complies with the Local Bankruptcy Rules within 15 days of the date of service of this Notice. Failure to timely file and serve a written response and request for hearing may be deemed by the Court to be a lack of objection to the relief requested in the Motion

**PLEASE TAKE FURTHER NOTICE** that any written response and request for a hearing filed in response to the Motion must be in writing and: (a) filed with the Clerk of the Court at 3420 Twelfth Street, Riverside, CA 92501; (b) served via facsimile or email upon counsel for the Debtors as follows: Attn: Craig H. Millet, fax: (949) 475-4651; email: cmillet@gibsondunn.com; (c) served via facsimile or email upon the Office of the United States Trustee as follows: Office of the United States Trustee, Attn: Frank Cadigan and Elizabeth A. Lossing, Loring Building, 3685 Main Street, Suite 300, Riverside, CA 92501, fax: (951) 276-6973, emails: Frank.Cadigan@usdoj.gov and elizabeth.lossing@usdoj.gov; (d) served via facsimile or email upon counsel for the Official Committee of Creditors Holding Unsecured Claims, Attn: Hamid R. Rafatjoo, fax: (310) 201-0760, email: hrafatjoo@pszjlaw.com; and (e) delivered as a courtesy copy to the Chambers of Judge Jury, United States Bankruptcy Court, 3420 Twelfth Street, Suite 345, Riverside, CA 92501.

Gibson, Dunn & Crutcher LLP

**PLEASE TAKE FURTHER NOTICE** that the Motion and the Bick Declaration are accessible at the Court's Internet site, www.cacb.uscourts.gov, through an account obtained from Pacer Service Center by dialing 1-800-676-6856 (from the United States) or (210) 301-6440 (from outside the United States). The Motion and the Bick Declaration can also be obtained free of charge from the website maintained by the Debtors' proposed claims and noticing agent, Kurtzman Carson Consultants, LLC, at www.kccllc.net/fleetwood or by calling 1-866-967-0262.

Dated: September 30, 2009

CRAIG H. MILLET
KENNETH A. GLOWACKI JR.
SOLMAZ KRAUS
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Craig H. Millet
      Craig H. Millet

Attorneys for Debtors and Debtors in Possession

100737031_1.DOC