**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**BANKRUPTCY MINUTES - GENERAL**



FILED
OCT 14, 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY              Deputy Clerk

ADV. NO.   RS
CASE NO.   RS09-14254 MJ                  DATE OCT 14, 2009                      61

TITLE: FLEETWOOD ENTERPRISES, INC

DOCKET ENTRY:   APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE FOR
                JEANEEN B. GOFF
                APPL FLD 7-13-09

PRESENT:
        HON. MEREDITH A. JURY, JUDGE

PRESENT FOR PLAINTIFFS/MOVANTS:         ATTORNEYS FOR DEFENDANTS/RESPONDENTS:

Goodrich                                Singer
Bergwall                                Millet

PROCEEDINGS:     Motion is denied

(XXX) ORDER TO FOLLOW    (XXX) TO BE LODGED    ( ) NO LODGEMENT NECESSARY

( ) WALK THROUGH         ( ) CLERK'S ORDER VAN 153    ( ) CHAMBER'S ORDER
                         [CHAPTER **13'S** ONLY]