FILED

NOV 1 8 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY            Deputy Clerk

ENTERED

NOV 1 8 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY            Deputy Clerk

LODGED

NOV 1 6 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY

1  IRELL & MANELLA LLP
   Howard J. Steinberg, SBN 89291
2  HSteinberg@irell.com
   1800 Avenue of the Stars, Suite 900
3  Los Angeles, California 90067-4276
   Telephone:   (310) 277-1010
4  Facsimile:   (310) 203-7199

5  Attorneys for
   Greenhill & Co., LLC

6

7

8              UNITED STATES BANKRUPTCY COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                   RIVERSIDE DIVISION

BY FAX

In re                                    CASE NO. 09-14254-MJ

FLEETWOOD ENTERPRISES, INC., et al.,     Chapter 11

        Debtors.                         [Jointly Administered]

                                         **ORDER APPROVING THE
                                         EMPLOYMENT AND RETENTION OF
                                         GREENHILL & CO., LLC AS
                                         INVESTMENT BANKER FOR DEBTORS
                                         IN POSSESSION *NUNC PRO TUNC* TO
                                         THE PETITION DATE**

                                         **Hearing Date:  October 27, 2009
                                         Time:  1:30 p.m.
                                         Courtroom:  302**

21         Upon consideration of the application (the "Application") filed by Fleetwood Enterprises,

22  Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), for an order

23  under sections 327(a) and 328(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the

24  "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the

25  "Bankruptcy Rules") approving their employment of Greenhill & Co., LLC ("Greenhill") as their

26  investment banker *nunc pro tunc* to March 10, 2009 (the "Petition Date") in their chapter 11 cases;

27  upon the Declaration of Martin F. Lewis in Support of the Application (the "Lewis Declaration"),

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2150549.2 03

1  the Supplemental Declaration of Martin F. Lewis, the Reply of Greenhill in Support of the

2  Application, and testimony introduced at the hearing; and it appearing that this Court has

3  jurisdiction to consider the Application; and it appearing that adequate notice has been given and

4  any objections to the Application having been overruled; and it appearing that Greenhill does not

5  hold or represent an interest adverse to the Debtors' estates, and is a disinterested person under

6  section 101(14) of the Bankruptcy Code; and the Court finding that the employment of Greenhill

7  is necessary and in the best interest of the Debtors and their estates and creditors; and after due

8  deliberation and sufficient cause appearing therefore,

9  **IT IS HEREBY ORDERED THAT:**

10  1.    The Application is granted in its entirety.

11  2.    Pursuant to sections 327(a) and 328 of the Bankruptcy Code, the Debtors'

12  employment of Greenhill as their investment banker *nunc pro tunc* to the Petition Date, in

13  accordance with the terms and conditions of the retention agreement dated February 5, 2009, and

14  attached as Exhibit A to the Lewis Declaration, is hereby approved.

15  3.    The terms and conditions of Greenhill's retention, including, without limitation,

16  Greenhill's compensation and the indemnity terms set forth in the Engagement Letter, are

17  approved pursuant to section 328 of the Bankruptcy Code and Greenhill is authorized to render

18  professional services to the Debtors as described in the Engagement Letter.

19  4.    The terms of the Engagement Letter are "reasonable" as such term is used in

20  section 328(a) of the Bankruptcy Code and Greenhill shall be compensated in accordance with the

21  terms of the Engagement Letter, pursuant to section 328(a) of the Bankruptcy Code.

22  5.    Greenhill's compensation in accordance with the terms of the Engagement Letter

23  shall not hereafter be subject to challenge except under the standard of review under section

24  328(a) of the Bankruptcy Code.

25  6.    Greenhill shall file applications to be compensated in accordance with the terms of

26  the Engagement Letter, the procedures set forth in sections 330 and 331 of the Bankruptcy Code

27  and all applicable Bankruptcy Rules, Local Rules of Bankruptcy Procedure of the United States

28  Bankruptcy Court of the Central District of California, guidelines promulgated by the Office of the

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2150549.2 03

- 2 -

1   United States Trustee, and further orders of the Court.  However, Greenhill and its professionals

2   shall be excused from maintaining time records in connection with the services to be rendered

3   pursuant to the Engagement Letter.

4           7.       Notwithstanding any prior Order of this Court in these cases relating to the

5   enforceability, priority or security of any prepetition or postpetition claim or interest carve-out,

6   any Sale Transaction Fee due under the Engagement Letter shall be paid from the proceeds of any

7   Sale Transaction (as a cost of such Sale Transaction), free and clear of any lien, claim or interest

8   that any creditor may possess in the relevant assets sold or the proceeds received in connection

9   with such Sale Transaction.

10          8.       The Debtors shall indemnify and hold harmless Greenhill and its affiliates, their

11  respective directors, officers, agents, attorneys, employees and controlling persons, and each of

12  their respective successors and assigns, in accordance with the terms of the Engagement Letter.

13

14

15  Dated:  November 18, 2009

UNITED STATES BANKRUPTCY JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2150549.2 03