1  Richard M. Pachulski (CA Bar No. 90073)
   Hamid R. Rafatjoo (CA Bar No. 181564)
2  Pamela E. Singer (CA Bar No. 224758)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd.
   11th Floor
4  Los Angeles, California  90067-4100
   Telephone: 310/277-6910
5  Facsimile:  310/201-0760
   Email: rpachulski@pszjlaw.com
6         hrafatjoo@pszjlaw.com
          psinger@pszjlaw.com
7
   Attorneys for Official Committee of Creditors Holding
8  Unsecured Claims

**FILED & ENTERED**

**NOV 30 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Hallock    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtors. | Case No.: 6:09-bk-14254-MJ<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR ORDER APPROVING INFORMATION ACCESS PROTOCOL UNDER SECTION 1102(B)(3) OF THE BANKRUPTCY CODE**<br><br>[*No hearing requested.*] |

Upon the *Motion of the Official Committee Of Creditors Holding Unsecured Claims for Order Approving Information Access Protocol Under Section 1102(B)(3) of the Bankruptcy Code* (the "Motion"), filed by the Official Committee of Creditors Holding Unsecured Claims (the "Committee") on October 14, 2009, and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and all other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it

28464-002\DOCS_SF:68717.1

1

appearing that no other or further notice need be provided; and any objections to the Motion having been resolved or overruled; and after due deliberation and sufficient cause appearing therefor,

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. The relief requested in the Motion is granted *nunc pro tunc* to March 19, 2009.

3. The Committee is authorized to withhold Confidential Information and Privileged Information as such terms are defined in the Motion.

4. The Committee shall satisfy its obligation to "provide access to information" under section 1102(b)(3)(A) of the Bankruptcy Code and to "solicit and receive comments" from its constituency under section 1102(b)(3)(B) of the Bankruptcy Code by creating and maintaining a web page accessible via Committee counsel's existing internet sit (or, if necessary, an alternate domain), dedicated to the *FEI Creditors' Committee*. This web page shall contain (a) links to public sources for pleadings and other case information (such as Pacer and this Court's internet site), (b) documents that can be downloaded or viewed using the Adobe Acrobat reader, (c) links to email addresses for Committee counsel to whom questions or information requests may be directed, and (d) periodic updates or reports to creditors generally. In each instance, of course, only non-confidential and non-privileged information shall be made available to unsecured creditors.

5. This Court shall retain exclusive jurisdiction to interpret and enforce the provisions of this Order in all respects and further to hear and determine all matters arising from the construction and implementation of this Order.

####

DATED: November 30, 2009

_____
United States Bankruptcy Judge

28464-002\DOCS_SF:68717.1

2

| In re:<br>    Fleetwood Enterprises, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:09-14254-MJ |

**NOTE TO USERS OF THIS FORM**:
1)  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2)  The title of the judgment or order and all service information must be filled in by the party lodging the order.
3)  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR ORDER APPROVING INFORMATION ACCESS PROTOCOL UNDER SECTION 1102(B)(3) OF THE BANKRUPTCY CODE** was entered on the date indicated as   Entered   on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 15,2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Pamela E. Singer
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒  Service information continued on attached page

**I SERVED BY THE COURT VIA NEF:**

- Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Dennis G Bezanson    dennis.bezanson@bbklaw.com, arthur.johnston@bbklaw.com;kenneth.burgess@bbklaw.com;bknotices@bbklaw.com;dennis.bezanson@bbklaw.com
- John J Bingham    jbingham@dgdk.com
- Mark S Blackman    MBlackman@AlpertBarr.Com
- Bradley D Blakeley    bblakeley@blakeleyllp.com
- William C Bollard    eal@jbblaw.com
- Timothy Bortz    tbortz@state.pa.us
- John A Boyd    fednotice@tclaw.net
- Bradley E Brook    bbrook@bbrooklaw.com
- Andrew W Caine    acaine@pszyjw.com
- Rebecca J Callahan    rcallahan@callahanlaw.biz
- Craig C Chiang    cchiang@buchalter.com
- Louis J Cisz    lcisz@nixonpeabody.com
- Fred M Cohen    fmcbktaxlaw@hotmail.com
- Sidney A Cotlar    scotlar@hhkc.com
- Peter A Davidson    pdavidson@ecjlaw.com
- Caroline Djang    crd@jmbm.com
- Lynsey M Eaton    leaton@gglts.com
- Richard T Egger    richard.egger@bbklaw.com
- Amanda N Ferns    aferns@fernslaw.com
- Travis W Feuerbacher    tfeuerbacher@gglts.com
- Wayne S Flick    wayne.s.flick@lw.com, colleen.rico@lw.com
- Donald L Gaffney    dgaffney@swlaw.com
- Jeffrey K Garfinkle    bkgroup@buchalter.com, jgarfinkle@buchalter.com
- Matthew B George    mbg@girardgibbs.com
- Kenneth A Glowacki    kglowacki@gibsondunn.com
- Jeffrey T Gwynn    jgwynn@gwynn-law.com
- Michael J Heyman    michael.heyman@klgates.com
- Mark D Houle    mark.houle@pillsburylaw.com
- Sophie A Hubscher    sophie@korperlemonlaw.com
- Jay W Hurst    jay.hurst@oag.state.tx.us
- Yale K Kim    ykim@allenmatkins.com
- Solmaz Kraus    skraus@gibsondunn.com, skraus@gibsondunn.com
- John F Kurtz    jkurtz@hawleytroxell.com
- Mary D Lane    mlane@pszjlaw.com
- Daniel C Lapidus    dan@lapiduslaw.com
- Scott Lee    slee@lbbslaw.com
- Matthew A Lesnick    matt@lesnicklaw.com
- Gabriel Liao    gliao@perkinscoie.com
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Donald K Ludman    dludman@brownconnery.com
- Gregory O Lunt    gregory.lunt@lw.com
- Rose D Manos    manos@nexsenpruet.com
- Rose D Manos    rmanos@nexsenpruet.com
- Frank F McGinn    ffm@bostonbusinesslaw.com
- David W. Meadows    david@davidwmeadowslaw.com
- Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Christopher Minier    becky@ringstadlaw.com
- Byron Z Moldo    bmoldo@ecjlaw.com, tmelendez@ecjlaw.com

Case 6:09-bk-14254-MJ    Doc 1584    Filed 11/30/09    Entered 11/30/09 11:14:30    Desc
Main Document    Page 5 of 7

| In re: | | CHAPTER 11 |
|---|---|---|
| Fleetwood Enterprises, Inc., | | |
| | Debtor(s). | CASE NUMBER 6:09-14254-MJ |

- John D Monte    montelaw@earthlink.net
- Randall P Mroczynski    randym@cookseylaw.com
- Randy P Orlik    rorlik@coxcastle.com
- Todd L Padnos    tpadnos@dl.com, dkennedy@dl.com;sholstrom@dl.com;rkeenan@dl.com;tboothe@dl.com
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- David M Poitras    dpoitras@jmbm.com
- Kimberly A Posin    kim.posin@lw.com
- Samuel Price    sprice@donahoeyoung.com
- Hamid R Rafatjoo    hrafatjoo@pszjlaw.com, hrafatjoo@pszjlaw.com
- Michael Reed    othercourts@mvbalaw.com
- Jeffrey H. Reeves    jreeves@gibsondunn.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Christopher P Ridout    c.ridout@ridoutlyonlaw.com
- Martha E Romero    Romero@mromerolawfirm.com
- Diane W Sanders    austin.bankruptcy@publicans.com
- Mark C Schnitzer    mschnitzer@rhlaw.com
- Pamela E Singer    psinger@pszjlaw.com, ksuk@pszjlaw.com
- Ramesh Singh    claims@recoverycorp.com
- Howard Steinberg    hsteinberg@irell.com, awsmith@irell.com
- Jason D Strabo    jstrabo@mwe.com, losangelestrialdocket@mwe.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Anne A Uyeda    auyeda@gibsondunn.com
- Gary R Wallace    gwallace@hbblaw.com
- Madeleine C Wanslee    mwanslee@gustlaw.com, rstein@gustlaw.com
- Michael D Warner    echou@warnerstevens.com
- Martha A Warriner    mwarriner@rhlaw.com
- Sharon Z Weiss    sweiss@richardsonpatel.com
- Joseph M Welch    joseph.welch@bbklaw.com, kenneth.burgess@bbklaw.com;bknotices@bbklaw.com;joseph.welch@bbklaw.com;arthur.johnston@bbklaw.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Rebecca J Winthrop    winthropr@ballardspahr.com

### III. TO BE SERVED BY THE LODGING PARTY:

| Ballard Spahr Andrews & Ingersoll LLP<br>Robert McL Boote<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103-7599 | Attorney General<br>Eric Holder<br>US DOJ Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 | City of Fort Worth<br>Christopher B Mosley<br>1000 Throckmorton St<br>Fort Worth TX 76102 |
|---|---|---|
| Brayton Purcell LLP<br>Alan R Brayton & Christina C Skubic<br>222 Rush Landing Rd<br>Novato, CA 94945 | Bank of America NA<br>Attn Todd R Eggertsen<br>55 S Lake Ave Ste 900<br>Pasadena CA 91101 | Deutsche Bank Trust Company Americas<br>Rodney Gaughan<br>60 Wall St MS 2720<br>New York, NY 10005 |
| Cadwalader Wickersham & Taft LLP<br>John J Rapisardi Esq<br>One World Financial Center<br>New York, NY 10281 | Cadwalader Wickersham & Taft LLP<br>Peter M Friedman Esq<br>1201 F St NW<br>Washington, DC 20004 US | Dewey & LeBoeuf LLP<br>Allison Weiss & Peter Ivanick<br>1301 Avenue of the Americas<br>New York, NY 10019 |

| In re: Fleetwood Enterprises, Inc., | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 6:09-14254-MJ |

| | | |
|---|---|---|
| Daniel R Shapiro<br>8304 Limonita Ave Ste D131<br>Riverside, CA 92509 | Deutsche Bank Trust Co Americas<br>Trust & Securities Svs<br>60 Wall St MS NYC 60 2710<br>New York, NY 10005 | Dunn Carney Allen Higgins &<br>Tongue LLP<br>Daniel F Vidas<br>851 SW 6th Ste 1500<br>Portland, OR 97204 |
| Department of Defense<br>Robert Gates Secretary<br>1000 Defense Pentagon<br>Washington, DC 20301 | Employment Development Dept<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | Farrar Holliman & Butler<br>E Guy Holliman<br>PO Box 280<br>Lafayette, TN 37083 |
| Deutsche Bank Trust Company<br>Americas<br>Stanley Burg<br>60 Wall St MS 2720<br>New York, NY 10005 | Howrey LLP<br>Richard J Burdge<br>550 S Hope St<br>Los Angeles, CA 90071 | Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 2953<br>Sacramento, CA 95812-2952 |
| Dewey & LeBoeuf LLP<br>Todd Padnos & Danielle Kennedy<br>1950 University Ave Ste 500<br>Silicon Valley Office<br>East Palo Alto, CA 94303 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Hewlett Packard Co<br>Esmeralda Vargas<br>Periferico Sur No 6751<br>Tlaquepaque, Jalisco 45060<br>Mexico |
| Emmet Marvin & Martin LLP<br>Attn Bayard S Chapin Esq<br>120 Broadway 32nd Fl<br>New York, NY 10271 | Law Office of Dean P Sperling<br>Dean P Sperling<br>201 E Sandpointe Ste 220<br>Santa Ana, CA 92707 | IBM Corporation<br>Beverly H Shideler<br>Two Lincoln Ctr<br>Oakbrook Terrace, IL 60181 |
| Fleetwood<br>Leonard J McGill Sr.<br>3125 Myers St<br>Riverside, CA 92503 US | Perdue Brandon Fielder Collins &<br>Mott LLP<br>John T Banks<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | Nixon Peabody LLP<br>Victor G Milione<br>100 Summer St<br>Boston, MA 02110 |
| Hewlett Packard Co<br>Ramona Neal<br>11311 Chinden Blvd MS 314<br>Boise, ID 83714-0021 | Pima County Treasurer<br>Patti Davidson<br>15 N Church Ave<br>Tucson, AZ 85701 | Quarles & Brady LLP<br>John Collen<br>300 N LaSalle St Ste 4000<br>Chicago, IL 60654 |
| IKON Office Solutions Inc<br>Katrina Rumph<br>3920 Arkwright Rd Ste 400<br>Recovery & Bankruptcy Group<br>Macon, GA 31210 US | Riverside District Attorney<br>Attn Dale Hoy<br>4075 Main St<br>Riverside, CA 92501 | Tennessee Department of Revenue<br>c/o TN Attorney Generals Office<br>PO Box 20207<br>Nashville, TN 37202-0207 |
| Linebarger Goggan Blair &<br>Sampson LLP<br>John P Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | Securities and Exchange<br>Commission<br>5670 Wilshire Blvd 11th Fl<br>Los Angeles, CA 90036 | The Bank of New York Melon Trust<br>Co<br>Attn J Chris Matthews<br>601 Travis St 16th Fl<br>BNY Mellon Trust Co NA<br>Houston, TX 77002 US |

| In re: Fleetwood Enterprises, Inc., Debtor(s). | CHAPTER 11 CASE NUMBER 6:09-14254-MJ |
|---|---|

| | | |
|---|---|---|
| Owens Corning<br>Attn Karen Sprenger<br>1D 5 1 Owens Corning Pkwy<br>Toledo, OH 43659 | The Bank of New York Melon Trust Co<br>Attn Corporate Trust Administration<br>101 Barclay St Fl 8W<br>New York, NY 10286 | Travelers<br>Attn Chantel Pinnock<br>1 Tower Sq 5MN<br>National Accounts<br>Hartford, CT 06183-4044 |
| Securities and Exchange Commission<br>233 Broadway 13th Fl<br>New York, NY 10279 | Weyerhaeuser<br>Rusty Boldin<br>810 Whittington Ave<br>Hot Springs, AR 71901 | US Bankruptcy Court<br>Hon Meredith A Jury<br>3420 Twelfth St<br>Riverside CA 92501-3819 |
| The Bank of New York Melon Trust Co<br>Attn Corporate Trust Administration<br>101 Barclay St 21 W<br>New York, NY 10286 | United States Attorneys Office<br>Civil Process Clerk<br>300 N Los Angeles St<br>Federal Building Rm 7516<br>Los Angeles, CA 90012 | |