CRAIG H. MILLET, SBN 106027, CMillet@gibsondunn.com
KENNETH A. GLOWACKI, JR., SBN 217762, KGlowacki@gibsondunn.com
SOLMAZ KRAUS, SBN 223117, SKraus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

Attorneys for
Debtors and Debtors in Possession

FILED & ENTERED

JAN 08 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Hallock    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtors. | CASE NO. 09-14254-MJ<br><br>Chapter 11<br><br>[Jointly Administered]<br><br>**ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1121(d) FURTHER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH ONLY THE DEBTORS MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**<br><br>**Hearing:**<br>Date:    January 6, 2010<br>Time:   1:30 p.m.<br>Place:   Courtroom 302<br>            3420 Twelfth Street<br>            Riverside, CA 92501<br>Judge:  Honorable Meredith A. Jury |

Upon consideration of the motion ("Motion") of Fleetwood Enterprises, Inc., and its affiliated debtor entities, as debtors and debtors in possession in the above-captioned jointly administered chapter 11 cases (collectively, the "Debtors" or "Fleetwood"), pursuant to section 1121(d) of the Bankruptcy Code and Bankruptcy Rule 3016, for an order extending the exclusive periods during which only the Debtors may file a plan and solicit acceptances thereof, and the Declaration of Andrew M. Griffiths in

Support of the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors and all parties in interest; and no objections to the Motion having been made; and upon all of the proceedings, including the hearing on the Motion, had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted in its entirety.

2. Pursuant to Bankruptcy Code section 1121(d)(1), the Debtors' exclusive filing period under section 1121(b), during which time only the Debtors may file a proposed chapter 11 plan or plans, is extended up to and including **April 5, 2010**, and the Debtors' solicitation period under section 1121(c)(3), during which time only the Debtors may obtain acceptances of their chapter 11 plan or plans, is extended up to and including **June 6, 2010**.

3. The Debtors are authorized, but not required, to file a joint chapter 11 plan with the Committee of Creditors Holding Unsecured Claims during the Debtors' extended exclusive periods, and such joint action shall neither waive nor adversely affect the Debtors' exclusivity rights and protections under the Bankruptcy Code.

4. This Order is without prejudice to the Debtors' rights to seek further extensions of such exclusive periods.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

1
2    7.    The Court retains jurisdiction with respect to all matters arising from or related to the
3  implementation of this Order.
4                                         ####
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  DATED: January 8, 2010
_____
United States Bankruptcy Judge
27
28

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| Fleetwood Enterprises, Inc. | Debtors: | CASE NUMBER | 09-14254-MJ |

## SERVICE LIST FOR THE ENTERED ORDER

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1121(d) FURTHER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH ONLY THE DEBTORS MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

I.      **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of (*insert date of service*), the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

*Andrew K Alper on behalf of Creditor GE Commercial Distribution Finance Corporation and GELCO Corporation dba GE Capital Fleet Services*
*aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com*

*Dennis G Bezanson on behalf of Creditor Flexsteel Industries, Inc.*
*dennis.bezanson@bbklaw.com,*
*arthur.johnston@bbklaw.com;kenneth.burgess@bbklaw.com;bknotices@bbklaw.com;dennis.bezanson@bbklaw.com*

*Mark S Blackman on behalf of Creditor 21st Mortgage Corporation*
*MBlackman@AlpertBarr.Com*

*Bradley D Blakeley on behalf of Defendant Gibraltar Insurance Company, Ltd., a corporation*
*bblakeley@blakeleyllp.com*

*William C Bollard on behalf of Debtor Fleetwood Enterprises, Inc.*
*eal@jbblaw.com*

*Timothy Bortz on behalf of Creditor Timothy Bortz*
*tbortz@state.pa.us*

*John A Boyd on behalf of Interested Party Courtesy NEF*
*fednotice@tclaw.net*

*Bradley E Brook on behalf of Attorney Bradley Brook*
*bbrook@bbrooklaw.com, jimmy@bbrooklaw.com*

*Andrew W Caine on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims*
*acaine@pszyjw.com*

*Rebecca J Callahan on behalf of Plaintiff First American Trust Company, as Trustee of the Century Trust*
*rcallahan@callahanlaw.biz*

*Craig C Chiang on behalf of Interested Party Courtesy NEF*
*cchiang@buchalter.com*

*Louis J Cisz on behalf of Creditor California Self-Insurers' Security Fund*
*lcisz@nixonpeabody.com*

*Fred M Cohen on behalf of Creditor Sandra Dinsmore*
*fmcbktaxlaw@hotmail.com*

*Sidney A Cotlar on behalf of Creditor Conrad Budd*
*scotlar@hhkc.com*

*Peter A Davidson on behalf of Plaintiff Alicia Rice*
*pdavidson@ecjlaw.com*

*Caroline Djang on behalf of Creditor Atwood Mobile Products LLC*
*crd@jmbm.com*

*Lynsey M Eaton on behalf of Creditor Cast Products Corporation*
*leaton@gglts.com*

*Richard T Egger on behalf of Interested Party Courtesy NEF*
*richard.egger@bbklaw.com*

*Amanda N Ferns on behalf of Defendant Bluelinx Corporation*
*aferns@fernslaw.com*

*Travis W Feuerbacher on behalf of Defendant Cast Products Corporation*
*tfeuerbacher@gglts.com*

*Wayne S Flick on behalf of Creditor Bank of America, N.A.*
*wayne.s.flick@lw.com, colleen.rico@lw.com*

*Donald L Gaffney on behalf of Interested Party Courtesy NEF*
*dgaffney@swlaw.com*

*Jeffrey K Garfinkle on behalf of Creditor Oracle USA, Inc.*
*bkgroup@buchalter.com, jgarfinkle@buchalter.com*

*Matthew B George on behalf of Creditor Ronald Doud*
*mbg@girardgibbs.com*

*Kenneth A Glowacki on behalf of Debtor Fleetwood Enterprises, Inc.*
*kglowacki@gibsondunn.com*

*Jeffrey T Gwynn on behalf of Creditor Dave Carter & Associates, Inc.*
*jgwynn@gwynn-law.com*

*Michael J Heyman on behalf of Creditor AL-KO Kober Corporation*
*michael.heyman@klgates.com*

*Mark D Houle on behalf of Interested Party New York Mellon Trust Co., N.A.*
*mark.houle@pillsburylaw.com*

*Sophie A Hubscher on behalf of Creditor Peggy Richan*
*sophie@korperlemonlaw.com*

*Jay W Hurst on behalf of Creditor Texas Comptroller of Public Accounts*

jay.hurst@oag.state.tx.us

Yale K Kim on behalf of Creditor Brigade Capital Management, LLC
ykim@allenmatkins.com

Alan J Kornfeld on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
akornfeld@pszjlaw.com, akornfeld@pszjlaw.com

Solmaz Kraus on behalf of Debtor Fleetwood Enterprises, Inc.
skraus@gibsondunn.com, skraus@gibsondunn.com

John F Kurtz on behalf of Creditor Boise Cascade, L.L.C.
jkurtz@hawleytroxell.com

Mary D Lane on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
mlane@pszjlaw.com

Daniel C Lapidus on behalf of Plaintiff Robert Myers
dan@lapiduslaw.com

Scott Lee on behalf of Creditor Philips Products, Inc.
slee@lbbslaw.com

Matthew A Lesnick on behalf of Creditor AT&T Capital Services Inc.
matt@lesnicklaw.com

Gabriel Liao on behalf of Creditor CRIC YUMA, LLC
gliao@perkinscoie.com

Elizabeth A Lossing on behalf of U.S. Trustee United States Trustee (RS)
elizabeth.lossing@usdoj.gov

Donald K Ludman on behalf of Creditor SAP America, Inc.
dludman@brownconnery.com

Gregory O Lunt on behalf of Creditor Bank of America, N.A.
gregory.lunt@lw.com

Rose D Manos on behalf of Creditor FEMA Trailer
rmanos@nexsenpruet.com

Rose D Manos on behalf of Defendant Allen Dailet
manos@nexsenpruet.com

Frank F McGinn on behalf of Interested Party Courtesy NEF
ffm@bostonbusinesslaw.com

David W. Meadows on behalf of Creditor American Electric Power
david@davidwmeadowslaw.com

Craig Millet on behalf of Debtor Continental Lumber Products, Inc.
cmillet@gibsondunn.com, pcrawford@gibsondunn.com;

Christopher Minier on behalf of Creditor Courtesy Ford, Inc.
becky@ringstadlaw.com

*Byron Z Moldo on behalf of Plaintiff Alicia Rice*
*bmoldo@ecjlaw.com, tmelendez@ecjlaw.com*

*John D Monte on behalf of Creditor Maytag Corporation*
*montelaw@earthlink.net*

*Harvey M Moore on behalf of Interested Party Progressive Casualty Insurance Company*
*hmoore@bidnakeys.com*

*Randall P Mroczynski on behalf of Defendant Fluor Corporation, a corporation*
*randym@cookseylaw.com*

*Randy P Orlik on behalf of Creditor ISIS Lending, LLC*
*rorlik@coxcastle.com*

*Todd L Padnos on behalf of Creditor Deutsche Bank Trust Company Americas*
*tpadnos@dl.com, dkennedy@dl.com;sholstrom@dl.com;rkeenan@dl.com;tboothe@dl.com*

*Leo D Plotkin on behalf of Creditor Textron Financial Corporation*
*lplotkin@lsl-la.com, dsmall@lsl-la.com*

*David M Poitras on behalf of Creditor Atwood Mobile Products LLC*
*dpoitras@jmbm.com*

*Kimberly A Posin on behalf of Creditor Latham & Watkins LLP*
*kim.posin@lw.com*

*Samuel Price on behalf of Creditor National General Assurance Company*
*sprice@donahoeyoung.com*

*Hamid R Rafatjoo on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims*
*hrafatjoo@pszjlaw.com, hrafatjoo@pszjlaw.com*

*Michael Reed on behalf of Creditor Bell County TAD, et al*
*othercourts@mvbalaw.com*

*Jeffrey H. Reeves on behalf of Defendant Fleetwood Enterprises, Inc.*
*jreeves@gibsondunn.com*

*Michael B Reynolds on behalf of Creditor Cavco Industries*
*mreynolds@swlaw.com, kcollins@swlaw.com*

*Christopher P Ridout on behalf of Creditor Conrad Budd*
*c.ridout@ridoutlyonlaw.com*

*Martha E Romero on behalf of Creditor San Bernardino County Tax Collector*
*Romero@mromerolawfirm.com*

*Diane W Sanders on behalf of Creditor McLennan County*
*austin.bankruptcy@publicans.com*

*Mark C Schnitzer on behalf of Creditor Esco Industries, Inc.*
*mschnitzer@rhlaw.com*

*Pamela E Singer on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims*
*psinger@pszjlaw.com, ksuk@pszjlaw.com*

*Ramesh Singh on behalf of Interested Party Courtesy NEF*
*claims@recoverycorp.com*

*Howard Steinberg on behalf of Other Professional Greenhill & Co. LLC*
*hsteinberg@irell.com, awsmith@irell.com*

*Jason D Strabo on behalf of Creditor Power Gear, a division of Actuant Corporation*
*jstrabo@mwe.com, losangelestrialdocket@mwe.com*

*United States Trustee (RS)*
*ustpregion16.rs.ecf@usdoj.gov*

*Anne A Uyeda on behalf of Debtor Fleetwood Enterprises, Inc.*
*auyeda@gibsondunn.com*

*Gary R Wallace on behalf of Creditor Shaw Industries, Inc.*
*gwallace@hbblaw.com*

*Madeleine C Wanslee on behalf of Creditor Maricopa County Treasurer*
*mwanslee@gustlaw.com, rstein@gustlaw.com*

*Michael D Warner on behalf of Creditor IDG USA LLC d/b/a Boring-Smith an Industrial Distribution Group, Inc. Company*
*echou@warnerstevens.com*

*Martha A Warriner on behalf of Creditor Esco Industries, Inc.*
*mwarriner@rhlaw.com*

*Sharon Z Weiss on behalf of Creditor LazyDays RV Supercenter, Inc.*
*sweiss@richardsonpatel.com*

*Joseph M Welch on behalf of Creditor Flexsteel Industries, Inc.*
*joseph.welch@bbklaw.com,*
*kenneth.burgess@bbklaw.com;bknotices@bbklaw.com;joseph.welch@bbklaw.com;arthur.johnston@bbklaw.com*

*Elizabeth Weller on behalf of Creditor Dallas County - Tarrant County*
*dallas.bankruptcy@publicans.com*

*Rebecca J Winthrop on behalf of Creditor Westchester Fire Insurance Company*
*winthropr@ballardspahr.com*

II.    **SERVED BY THE COURT VIA U.S. MAIL**:  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

- Service information continued on attached page

III.    **TO BE SERVED BY THE LODGING PARTY**:  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**I.**
**Via U.S. Mail**

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Attorney General | Eric Holder | US DOJ Ben Franklin Station PO Box 683 | | Washington | DC | 20044 | US |
| Brayton Purcell LLP | Alan R Brayton & Christina C Skubic | 222 Rush Landing Rd | | Novato | CA | 94945 | US |
| Daniel R Shapiro | | 8304 Limonita Ave Ste D131 | | Riverside | CA | 92509 | US |
| Department of Defense | Robert Gates Secretary | 1000 Defense Pentagon | | Washington | DC | 20301 | US |
| Deutsche Bank Trust Co | Americas Trust & Securities Svs | 60 Wall St MS NYC 60 2710 | | New York | NY | 10005 | US |
| Farrar Holliman & Butler | E Guy Holliman | PO Box 280 | | Lafayette | TN | 37083 | US |
| Franchise Tax Board | Bankruptcy Unit | PO Box 2953 | | Sacramento | CA | 95812-2952 | US |
| Howrey LLP | Richard J Burdge | 550 S Hope St | | Los Angeles | CA | 90071 | US |
| IKON Office Solutions Inc | Katrina Rumph | 3920 Arkwright Rd Ste 400 | Recovery & Bankruptcy Group | Macon | GA | 31210 | US |
| Internal Revenue Service | | PO Box 21126 | | Philadelphia | PA | 19114 | US |
| Law Office of Dean P Sperling | Dean P Sperling | 201 E Sandpointe Ste 220 | | Santa Ana | CA | 92707 | US |
| Owens Corning | Attn Karen Sprenger 1D 5 | 1 Owens Corning Pkwy | | Toledo | OH | 43659 | US |
| Perdue Brandon Fielder Collins & Mott LLP | John T Banks | 3301 Northland Dr Ste 505 | | Austin | TX | 78731 | US |
| Securities and Exchange Commission | | 233 Broadway 13th Fl | | New York | NY | 10279 | US |
| Securities and Exchange Commission | | 5670 Wilshire Blvd 11th Fl | | Los Angeles | CA | 90036 | US |
| Tennessee Department of Revenue | c o TN Attorney Generals Office | PO Box 20207 | | Nashville | TN | 37202-0207 | US |
| The Bank of New York Melon Trust Co | Attn Corporate Trust Administration | 101 Barclay St 21 W | | New York | NY | 10286 | US |
| The Bank of New York Melon Trust Co | Attn Corporate Trust Administration | 101 Barclay St Fl 8W | | New York | NY | 10286 | US |
| Travelers | Attn Chantel Pinnock | 1 Tower Sq 5MN | National Accounts | Hartford | CT | 06183-4044 | US |
| United States Attorneys Office | Civil Process Clerk | 300 N Los Angeles St | Federal Building Rm 7516 | Los Angeles | CA | 90012 | US |
| US Bankruptcy Court | Hon Meredith A Jury | 3420 Twelfth St | | Riverside | CA | 92501-3819 | US |

**II. Via Email**

| Company | Contact | Email |
|---|---|---|
| Ballard Spahr Andrews & Ingersoll LLP | Robert McL Boote | boote@ballardspahr.com |
| Bank of America NA | Attn Todd R Eggertsen | todd.r.eggertsen@bankofamerica.com |
| Cadwalader Wickersham & Taft LLP | John J Rapisardi Esq | john.rapisardi@cwt.com |
| Cadwalader Wickersham & Taft LLP | Peter M Friedman Esq | peter.friedman@cwt.com |
| City of Fort Worth | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| Comptroller of Public Accounts of Texas | Jay W Hurst | jay.hurst@oag.state.tx.us |
| Deutsche Bank Trust Company Americas | Rodney Gaughan | Rodney.Gaughan@db.com |
| Deutsche Bank Trust Company Americas | Stanley Burg | stan.burg@db.com |
| Dewey & LeBoeuf LLP | Allison Weiss & Peter Ivanick | pivanick@dl.com; aweiss@dl.com |
| Dewey & LeBoeuf LLP | Todd Padnos & Danielle Kennedy | tpadnos@dl.com; dkennedy@dl.com |
| Dunn Carney Allen Higgins & Tongue LLP | Daniel F Vidas | dfv@dunn-carney.com |
| Emmet Marvin & Martin LLP | Attn Bayard S Chapin Esq | bchapin@emmetmarvin.com |
| Employment Development Dept | Bankruptcy Group MIC 92E | Don.McKinney@edd.ca.gov |
| Fleetwood | Leonard J McGill Sr | Len.McGill@fleetwood.com |

| | | |
|---|---|---|
| Hewlett Packard Co | Esmeralda Vargas | esmere.vargas@hp.com |
| IBM Corporation | Beverly H Shideler | bhshide@us.ibm.com |
| Latham & Watkins LLP | Andrew Faye Gregory Lunt | andrew.faye@lw.com; gregory.lunt@lw.com |
| Nixon Peabody LLP | Daniel Sovocool & Gina Fornario | dsovocool@nixonpeabody.com; gfornario@nixonpeabody.com |
| Nixon Peabody LLP | Victor G Milione | vmilione@nixonpeabody.com |
| Pachulski Stang Ziehl & Jones LLP | Hamid Rafatjoo | hrafatjoo@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Richard Pachulski | rpachulski@pszjlaw.com |
| Pima County Treasurer | Patti Davidson | pcaocvbk@pcao.pima.gov |
| Quarles & Brady LLP | John Collen | jcollen@quarles.com |
| Reading Bankruptcy & Compliance Unit | Timothy A Bortz | tbortz@state.pa.us |
| Reid & Hellyer A Professional Corp | Martha A Warriner | mwarriner@rhlaw.com |
| Riverside District Attorney | Attn Dale Hoy | dhoy@rivcoda.org |
| The Bank of New York Melon Trust Co | Attn J Chris Matthews | j.chris.matthews@bnymellon.com |
| United States Trustee | Attn Frank Cadigan & Elizabeth A Lossing | Frank.Cadigan@usdoj.gov; elizabeth.lossing@usdoj.gov |
| Weyerhaeuser | Rusty Boldin | rusty.boldin@weyerhaeuser.com |