Richard M Pachulski (CA Bar No. 90073)
Hamid R. Rafatjoo (CA Bar No. 181564)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: rpachulski@pszjlaw.com
         hrafatjoo@pszjlaw.com

Attorneys for the Official Committee of Creditors
Holding Unsecured Claims

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| re:<br><br>FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtors | 6:09-bk-14254-MJ<br><br>Chapter 11<br><br>**NOTICE OF HEARING REGARDING THE FEE APPLICATIONS OF PACHULSKI STANG ZIEHL & JONES LLP, XROADS SOLUTIONS GROUP, LLC, FOCALPOINT SECURITIES, LLC AND GRANT THORNTON, LLP FOR INTERIM APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Date: March 3, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom 301<br>         3420 Twelfth Street<br>         Riverside, CA 92501 |

**PLEASE TAKE NOTICE** that a hearing will be held on March 3, 2010 at 1:30 p.m. in Courtroom 301, 3420 Twelfth Street, Riverside, California, before the Honorable Meredith A. Jury for the Court to consider and act upon the First Interim Fee Application Requests filed by Professionals in the above referenced case.  In accordance with the *Order Establishing*

28464-002\DOCS_LA:215510.1

*Procedure for Interim Compensation and Reimbursement of Expenses of Professionals* entered by the Court on May 13, 2009, Pachulski Stang Ziehl & Jones LLP ("PSZJ") has filed its *First Application of Pachulski Stang Ziehl & Jones LLP for Interim Approval of Compensation and Reimbursement of Expenses as Attorneys for the Official Committee of Creditors Holding Unsecured Claims (March 20, 2009 through December 31, 2009)* [Docket No. 1833]. XRoads Solutions Group, LLC ("XRoads") has filed its *First Interim Application of XRoads Solutions Group, LLC for Allowance and Payment of Interim Compensation and Reimbursement of Expenses as Financial Advisors and Consultants to the Creditors Committee for the Period of April 1, 2009 through October 8, 2009* [Docket No. 1809]. FocalPoint Securities, LLC ("FocalPoint") has filed its *First Application of FocalPoint Securities, LLC for Interim Approval of Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors (May 7, 2009 through February 6, 2010)* [Docket No. 1822]. Grant Thornton LLP ("GT") has filed its *First Interim Application of Grant Thornton LLP for Allowance and Payment of Interim Compensation and Reimbursement of Expenses as Financial Advisor and Accountant to the Fleetwood Enterprises, Inc. Official Committee of Unsecured Creditors for the period from October 10, 2009 through January 31, 2010* [Docket No. 1832] (collectively the "Applications").

**PLEASE TAKE NOTICE** that PSZJ seeks interim compensation in the amount of $1,561,443.94, consisting of $1,475,124.50 in fees and $86,319.44 in costs incurred during the Application Period.

**PLEASE TAKE FURTHER NOTICE** that XRoads seeks interim compensation in the amount of $446,712.12, consisting of $443,396.25 in fees and $3,315.87 in costs incurred during the Application Period.

**PLEASE TAKE FURTHER NOTICE** that FocalPoint seeks interim compensation in the amount of $616,108.83, consisting of $610,000.00 in fees and $6,108.83 in costs incurred during the Application Period.

28464-002\DOCS_LA:215510.1

**PLEASE TAKE FURTHER NOTICE** that GT seeks interim compensation in the amount of $543,259.37, consisting of $537,174.50 in fees and $6,084.87 in costs incurred during the Application Period.

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications are available for inspection during the Court's normal business hours and may also be obtained upon request to Jorge Rojas, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067, telephone: (310) 277-6910, facsimile:  (310) 201-0760, email: jrojas@pszjlaw.com.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2016-1, any opposition to the Applications must be in writing and (a) filed with the Clerk of the Court at 3420 Twelfth Street, Riverside, CA 92501; (b) served via facsimile or email upon counsel for the Official Committee of Creditors Holding Unsecured Claims, Attn: Hamid R. Rafatjoo, fax: (310) 201-0760, email hrafatjoo@pszjlaw.com; (c) served via facsimile or email upon counsel for the Debtors, Attn: Craig H. Millet, fax (949) 475-4651, email cmillet@gibsondunn.com; (d) served via facsimile or email upon counsel for the Office of the United States Trustee, Attn: Frank Cadigan and Elizabeth A. Lossing, Loring Building, 3685 Main Street, Suite 300, Riverside, CA 92501, fax: (951) 276-6973, emails: frank.cadigan@usdoj.gov and elizabeth.lossing@usdoj.gov; and (e) delivered as a courtesy copy to Chambers of Judge Jury, United States Bankruptcy Court, Twelfth Street, Suite 345, Riverside, CA 92501, no later than fourteen (14) days before the hearing.

Dated:  February 11, 2010              PACHULSKI STANG ZIEHL &JONES LLP

                                       By    */s/ Hamid R. Rafatjoo*
                                             Hamid R. Rafatjoo (CA Bar No. 181564)
                                             Attorneys for the Official Committee of
                                             Creditors Holding Unsecured Claims

3

28464-002\DOCS_LA:215510.1

| In re: | CHAPTER 11 |
|---|---|
| FLEETWOOD ENTERPRISES, INC., et al., Debtor(s). | CASE NUMBER: 6:09-bk-14254-MJ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Pachulski Stang Ziehl & Jones, LLP, 10100 Santa Monica Blvd., Suite 1100, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **NOTICE OF HEARING REGARDING THE FEE APPLICATIONS OF PACHULSKI STANG ZIEHL & JONES LLP, XROADS SOLUTIONS GROUP, LLC, FOCALPOINT SECURITIES, LLC AND GRANT THORNTON, LLP FOR INTERIM APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 11, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **February 11, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
Hon. Meredith A. Jury
United States Bankruptcy Court
3420 Twelfth Street, Courtroom 304
Riverside, CA 92501-3819

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 11, 2010 | Patricia Caprilli | /s/ Patricia Caprilli |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| | |
|---|---|
| In re:<br>FLEETWOOD ENTERPRISES, INC., et al.,<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 6:09-bk-14254-MJ |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Andrew K Alper on behalf of Creditor GE Commercial Distribution Finance Corporation and GELCO Corporation dba GE Capital Fleet Services
aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com

Dennis G Bezanson on behalf of Creditor Flexsteel Industries, Inc.
dennis.bezanson@bbklaw.com,
arthur.johnston@bbklaw.com;kenneth.burgess@bbklaw.com;bknotices@bbklaw.com;dennis.bezanson@bbklaw.com

Mark S Blackman on behalf of Creditor 21st Mortgage Corporation
MBlackman@AlpertBarr.Com

Bradley D Blakeley on behalf of Defendant Gibraltar Insurance Company, Ltd., a corporation
bblakeley@blakeleyllp.com

William C Bollard on behalf of Debtor Fleetwood Enterprises, Inc.
eal@jbblaw.com

Timothy Bortz on behalf of Creditor Timothy Bortz
tbortz@state.pa.us

John A Boyd on behalf of Interested Party Courtesy NEF
fednotice@tclaw.net

Bradley E Brook on behalf of Attorney Bradley Brook
bbrook@bbrooklaw.com, jimmy@bbrooklaw.com

Andrew W Caine on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
acaine@pszyjw.com

Rebecca J Callahan on behalf of Plaintiff First American Trust Company, as Trustee of the Century Trust
rcallahan@callahanlaw.biz

Craig C Chiang on behalf of Interested Party Courtesy NEF
cchiang@buchalter.com

Louis J Cisz on behalf of Creditor California Self-Insurers' Security Fund
lcisz@nixonpeabody.com

Fred M Cohen on behalf of Creditor Sandra Dinsmore
fmcbktaxlaw@hotmail.com

Sidney A Cotlar on behalf of Creditor Conrad Budd
scotlar@hhkc.com

28464-002\DOCS_LA:215510.1

| In re:<br>FLEETWOOD ENTERPRISES, INC., et al.,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 6:09-bk-14254-MJ |
|---|---|

Peter A Davidson on behalf of Plaintiff Alicia Rice
pdavidson@ecjlaw.com

Caroline Djang on behalf of Creditor Atwood Mobile Products LLC
crd@jmbm.com

Lynsey M Eaton on behalf of Creditor Cast Products Corporation
leaton@gglts.com

Richard T Egger on behalf of Interested Party Courtesy NEF
richard.egger@bbklaw.com

Amanda N Ferns on behalf of Defendant Bluelinx Corporation
aferns@fernslaw.com

Travis W Feuerbacher on behalf of Defendant Cast Products Corporation
tfeuerbacher@gglts.com

Wayne S Flick on behalf of Creditor Bank of America, N.A.
wayne.s.flick@lw.com, colleen.rico@lw.com

Donald L Gaffney on behalf of Interested Party Courtesy NEF
dgaffney@swlaw.com

Jeffrey K Garfinkle on behalf of Creditor Oracle USA, Inc.
bkgroup@buchalter.com, jgarfinkle@buchalter.com

Matthew B George on behalf of Creditor Ronald Doud
mbg@girardgibbs.com

Kenneth A Glowacki on behalf of Debtor Fleetwood Enterprises, Inc.
kglowacki@gibsondunn.com

Jeffrey T Gwynn on behalf of Creditor Dave Carter & Associates, Inc.
jgwynn@gwynn-law.com

Michael J Heyman on behalf of Creditor AL-KO Kober Corporation
michael.heyman@klgates.com

Mark D Houle on behalf of Interested Party New York Mellon Trust Co., N.A.
mark.houle@pillsburylaw.com

Sophie A Hubscher on behalf of Creditor Peggy Richan
sophie@korperlemonlaw.com

| In re:<br>FLEETWOOD ENTERPRISES, INC., et al.,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 6:09-bk-14254-MJ |
|---|---|

Jay W Hurst on behalf of Creditor Texas Comptroller of Public Accounts
jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Yale K Kim on behalf of Creditor Brigade Capital Management, LLC
ykim@allenmatkins.com

Alan J Kornfeld on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
akornfeld@pszjlaw.com, akornfeld@pszjlaw.com

Solmaz Kraus on behalf of Debtor Fleetwood Enterprises, Inc.
skraus@gibsondunn.com, skraus@gibsondunn.com

John F Kurtz on behalf of Creditor Boise Cascade, L.L.C.
jkurtz@hawleytroxell.com

Mary D Lane on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
mlane@pszjlaw.com

Daniel C Lapidus on behalf of Plaintiff Robert Myers
dan@lapiduslaw.com

Scott Lee on behalf of Creditor Philips Products, Inc.
slee@lbbslaw.com

Matthew A Lesnick on behalf of Creditor AT&T Capital Services Inc.
matt@lesnicklaw.com

Gabriel Liao on behalf of Creditor CRIC YUMA, LLC
gliao@perkinscoie.com

Elizabeth A Lossing on behalf of U.S. Trustee United States Trustee (RS)
elizabeth.lossing@usdoj.gov

Donald K Ludman on behalf of Creditor SAP America, Inc.
dludman@brownconnery.com

Gregory O Lunt on behalf of Creditor Bank of America, N.A.
gregory.lunt@lw.com

Rose D Manos on behalf of Creditor FEMA Trailer
rmanos@nexsenpruet.com

Rose D Manos on behalf of Defendant Allen Dailet
manos@nexsenpruet.com

Frank F McGinn on behalf of Interested Party Courtesy NEF

28464-002\DOCS_LA:215510.1

| In re:<br>FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 6:09-bk-14254-MJ |
|---|---|

ffm@bostonbusinesslaw.com

David W. Meadows on behalf of Creditor American Electric Power
david@davidwmeadowslaw.com

Craig Millet on behalf of Debtor Continental Lumber Products, Inc.
cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com

Christopher Minier on behalf of Creditor Courtesy Ford, Inc.
becky@ringstadlaw.com

Byron Z Moldo on behalf of Plaintiff Alicia Rice
bmoldo@ecjlaw.com, tmelendez@ecjlaw.com

John D Monte on behalf of Creditor Maytag Corporation
montelaw@earthlink.net

Harvey M Moore on behalf of Interested Party Progressive Casualty Insurance Company
hmoore@bidnakeys.com

Randall P Mroczynski on behalf of Defendant Fluor Corporation, a corporation
randym@cookseylaw.com

Randy P Orlik on behalf of Creditor ISIS Lending, LLC
rorlik@coxcastle.com

Todd L Padnos on behalf of Creditor Deutsche Bank Trust Company Americas
tpadnos@dl.com, dkennedy@dl.com;sholstrom@dl.com;rkeenan@dl.com;tboothe@dl.com

Leo D Plotkin on behalf of Creditor Textron Financial Corporation
lplotkin@lsl-la.com, dsmall@lsl-la.com

David M Poitras on behalf of Creditor Atwood Mobile Products LLC
dpoitras@jmbm.com

Kimberly A Posin on behalf of Creditor Latham & Watkins LLP
kim.posin@lw.com

Samuel Price on behalf of Creditor National General Assurance Company
sprice@donahoeyoung.com

Hamid R Rafatjoo on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
hrafatjoo@pszjlaw.com, hrafatjoo@pszjlaw.com

Michael Reed on behalf of Creditor Bell County TAD, et al
othercourts@mvbalaw.com

28464-002\DOCS_LA:215510.1

| In re:<br>FLEETWOOD ENTERPRISES, INC., et al.,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 6:09-bk-14254-MJ |
|---|---|

Jeffrey H. Reeves on behalf of Defendant Fleetwood Enterprises, Inc.
jreeves@gibsondunn.com

Michael B Reynolds on behalf of Creditor Cavco Industries
mreynolds@swlaw.com, kcollins@swlaw.com

Christopher P Ridout on behalf of Creditor Conrad Budd
c.ridout@ridoutlyonlaw.com

Martha E Romero on behalf of Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com

Diane W Sanders on behalf of Creditor McLennan County
austin.bankruptcy@publicans.com

Mark C Schnitzer on behalf of Creditor Esco Industries, Inc.
mschnitzer@rhlaw.com

Pamela E Singer on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
psinger@pszjlaw.com, ksuk@pszjlaw.com

Ramesh Singh on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

Howard Steinberg on behalf of Other Professional Greenhill & Co. LLC
hsteinberg@irell.com, awsmith@irell.com

Jason D Strabo on behalf of Creditor Power Gear, a division of Actuant Corporation
jstrabo@venable.com, losangelestrialdocket@mwe.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Anne A Uyeda on behalf of Debtor Fleetwood Enterprises, Inc.
auyeda@gibsondunn.com

Gary R Wallace on behalf of Creditor Shaw Industries, Inc.
gwallace@hbblaw.com

Madeleine C Wanslee on behalf of Creditor Maricopa County Treasurer
mwanslee@gustlaw.com, rstein@gustlaw.com

Michael D Warner on behalf of Creditor IDG USA LLC d/b/a Boring-Smith an Industrial Distribution Group, Inc. Company
echou@warnerstevens.com

28464-002\DOCS_LA:215510.1

| In re:<br>FLEETWOOD ENTERPRISES, INC., et al., | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 6:09-bk-14254-MJ |

Martha A Warriner on behalf of Creditor Esco Industries, Inc.
mwarriner@rhlaw.com

Sharon Z Weiss on behalf of Creditor LazyDays RV Supercenter, Inc.
sweiss@richardsonpatel.com

Joseph M Welch on behalf of Creditor Flexsteel Industries, Inc.
joseph.welch@bbklaw.com,
kenneth.burgess@bbklaw.com;bknotices@bbklaw.com;joseph.welch@bbklaw.com;arthur.johnston@bbklaw.com

Elizabeth Weller on behalf of Creditor Dallas County - Tarrant County
dallas.bankruptcy@publicans.com

Rebecca J Winthrop on behalf of Creditor Westchester Fire Insurance Company
winthropr@ballardspahr.com


**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

| | | |
|---|---|---|
| Ballard Spahr Andrews & Ingersoll LLP<br>Robert McL Boote<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103-7599 | Attorney General<br>Eric Holder<br>US DOJ Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 | City of Fort Worth<br>Christopher B Mosley<br>1000 Throckmorton St<br>Fort Worth TX 76102 |
| Brayton Purcell LLP<br>Alan R Brayton & Christina C Skubic<br>222 Rush Landing Rd<br>Novato, CA 94945 | Bank of America NA<br>Attn Todd R Eggertsen<br>55 S Lake Ave Ste 900<br>Pasadena CA 91101 | Deutsche Bank Trust Company Americas<br>Rodney Gaughan<br>60 Wall St MS 2720<br>New York, NY 10005 |
| Cadwalader Wickersham & Taft LLP<br>John J Rapisardi Esq<br>One World Financial Center<br>New York, NY 10281 | Cadwalader Wickersham & Taft LLP<br>Peter M Friedman Esq<br>1201 F St NW<br>Washington, DC 20004 US | Dewey & LeBoeuf LLP<br>Allison Weiss & Peter Ivanick<br>1301 Avenue of the Americas<br>New York, NY 10019 |
| Daniel R Shapiro<br>8304 Limonita Ave Ste D131<br>Riverside, CA 92509 | Deutsche Bank Trust Co Americas<br>Trust & Securities Svs<br>60 Wall St MS NYC 60 2710<br>New York, NY 10005 | Dunn Carney Allen Higgins & Tongue LLP<br>Daniel F Vidas<br>851 SW 6th Ste 1500<br>Portland, OR 97204 |

28464-002\DOCS_LA:215510.1

| In re:<br>FLEETWOOD ENTERPRISES, INC., et al., | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER:  6:09-bk-14254-MJ |

| | | |
|---|---|---|
| Department of Defense<br>Robert Gates Secretary<br>1000 Defense Pentagon<br>Washington, DC 20301 | Employment Development Dept<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento,  CA 94280-0001 | Farrar Holliman & Butler<br>E Guy Holliman<br>PO Box 280<br>Lafayette, TN 37083 |
| Deutsche Bank Trust Company Americas<br>Stanley Burg<br>60 Wall St MS 2720<br>New York, NY 10005 | Howrey LLP<br>Richard J Burdge<br>550 S Hope St<br>Los Angeles, CA 90071 | Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 2953<br>Sacramento, CA 95812-2952 |
| Dewey & LeBoeuf LLP<br>Todd Padnos & Danielle Kennedy<br>1950 University Ave Ste 500<br>Silicon Valley Office<br>East Palo Alto, CA 94303 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Hewlett Packard Co<br>Esmeralda Vargas<br>Periferico Sur No 6751<br>Tlaquepaque, Jalisco 45060<br>Mexico |
| Emmet Marvin & Martin LLP<br>Attn Bayard S Chapin Esq<br>120 Broadway 32nd Fl<br>New York,  NY 10271 | Law Office of Dean P Sperling<br>Dean P Sperling<br>201 E Sandpointe Ste 220<br>Santa Ana, CA 92707 | IBM Corporation<br>Beverly H Shideler<br>Two Lincoln Ctr<br>Oakbrook Terrace, IL 60181 |
| Fleetwood<br>Leonard J McGill Sr.<br>3125 Myers St<br>Riverside, CA 92503 US | Perdue Brandon Fielder Collins & Mott LLP<br>John T Banks<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | Nixon Peabody LLP<br>Victor G Milione<br>100 Summer St<br>Boston, MA 02110 |
| Hewlett Packard Co<br>Ramona Neal<br>11311 Chinden Blvd MS 314<br>Boise, ID 83714-0021 | Pima County Treasurer<br>Patti Davidson<br>15 N Church Ave<br>Tucson, AZ 85701 | Quarles & Brady LLP<br>John Collen<br>300 N LaSalle St Ste 4000<br>Chicago, IL 60654 |
| IKON Office Solutions Inc<br>Katrina Rumph<br>3920 Arkwright Rd Ste 400<br>Recovery & Bankruptcy Group<br>Macon, GA 31210 US | Riverside District Attorney<br>Attn Dale Hoy<br>4075 Main St<br>Riverside, CA 92501 | Tennessee Department of Revenue<br>c/o TN Attorney Generals Office<br>PO Box 20207<br>Nashville, TN 37202-0207 |
| Linebarger Goggan Blair & Sampson LLP<br>John P Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | Securities and Exchange Commission<br>5670 Wilshire Blvd 11th Fl<br>Los Angeles, CA 90036 | The Bank of New York Melon Trust Co<br>Attn J Chris Matthews<br>601 Travis St 16th Fl<br>BNY Mellon Trust Co NA<br>Houston, TX 77002 US |
| Owens Corning<br>Attn Karen Sprenger<br>1D 5 1 Owens Corning Pkwy<br>Toledo, OH 43659 | The Bank of New York Melon Trust Co<br>Attn Corporate Trust Administration<br>101 Barclay St Fl 8W<br>New York, NY 10286 | Travelers<br>Attn Chantel Pinnock<br>1 Tower Sq 5MN<br>National Accounts<br>Hartford, CT 06183-4044 |

28464-002\DOCS_LA:215510.1

| In re:<br>FLEETWOOD ENTERPRISES, INC., et al., | Debtor(s). | CHAPTER 11<br>CASE NUMBER: 6:09-bk-14254-MJ |
|---|---|---|

| | | |
|---|---|---|
| Securities and Exchange Commission<br>233 Broadway 13th Fl<br>New York, NY 10279 | Weyerhaeuser<br>Rusty Boldin<br>810 Whittington Ave<br>Hot Springs, AR 71901 | Nixon Peabody LLP<br>Daniel Sovocool<br>Gina Fornario<br>Louis J. Cisz III<br>1 Embarcadero Ctr 18th Fl<br>San Francisco, CA 94111-3600 |
| The Bank of New York Melon Trust Co<br>Attn Corporate Trust Administration<br>101 Barclay St 21 W<br>New York, NY 10286 | United States Attorneys Office<br>Civil Process Clerk<br>300 N Los Angeles St<br>Federal Building Rm 7516<br>Los Angeles, CA 90012 | Pillsbury Winthrop Shaw Pittman LLP<br>Mark Houle<br>Craig Barbarosh<br>650 Town Center Dr Ste 700<br>Costa Mesa, CA 92626-7122 |
| United States Trustee<br>Attn Frank Cadigan<br>Elizabeth A Lossing<br>3685 Main St Ste 300<br>Riverside, CA 92501 | Danning Gill Diamond & Kollitz LLP<br>John J. Bingham Hr.<br>2029 Century Park E., Third Fl.<br>Los Angeles, CA 90067 | Deutsche Bank Trust Co.<br>Americas Trust & Securities Svs.<br>60 Wall St MS NYC 60 2710<br>New York, NY 10005 |
| Donahoe & Young<br>Mark Young & Samuel Price<br>25152 Springfield Ct Ste 345<br>Valencia, CA 91355 | Girarg Gibbs LLP<br>Matthew B. George & Eric H. Gibbs<br>601 California Street, 14th Fl<br>San Francisco, CA 94108 | Latham & Watkins LLP<br>Andrew Faye<br>Gregory Lunt<br>Kimberly A. Posin<br>355 S. Grande Ave., Ste 100<br>Los Angeles, CA 90071 |
| Diane Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | US Bankruptcy Court<br>Hon Meredith A Jury<br>3420 Twelfth St<br>Riverside CA 92501-3819 | |

28464-002\DOCS_LA:215510.1