B210
(12/04)

# In the United States Bankruptcy Court

### For the Central District of California, Riverside Division

In re: FLEETWOOD ENTERPRISES, INC., et al.    Case No. 09-14254-MJ

Debtor.    Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| Southpaw Koufax LLC<br>Name of Transferee | Lasalle Bristol, LP<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Southpaw Koufax LLC<br>2 West Greenwich Office Park, 1st Floor<br>Greenwich, CT 06831<br>Attn:    Jeffrey H. Cohen<br>           Howard Golden<br>Phone: (203) 862-6208<br>Last Four Digits of Acct #: _____ | Court Record Address of Transferor<br>(Court Use Only)<br><br><br><br><br><br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above)<br><br><br><br>Phone: _____<br><br>Last Four Digits of Acct #: _____ | Name and Current Address of Transferor<br>Lasalle Bristol, LP<br>601 Country Road 17<br>Elkhart, IN 46515-9568<br>Attn: Charles Babcock<br><br>Last Four Digits of Acct. #: _____ |

Court Claim # (if known):
Date Claim Filed:  August 25, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: March 1, 2010
     Jeff Cohen

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____    _____
                              **CLERK OF THE COURT**