# Evidence of Transfer of Claim
# Part 1 of 2

## EVIDENCE OF TRANSFER OF CLAIM

TO:          THE DEBTOR AND THE BANKRUPTCY COURT

Claim #:       5377, 5378, 5379, 5380, 5381, 5382, 5383, 5384, 5385, 5386, 5388, 5390

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, **LaSalle Bristol, LP** (the "Seller") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto **Southpaw Koufax LLC** its successors and assigns (the "Buyer"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with the administrative claim pursuant to 11 U.S.C. §503(b)(b) in the amount of $141,382.52 (the "Claim") against Fleetwood Enterprises, Inc. and its affiliated debtors (collectively the "Debtor") in the Chapter 11 bankruptcy case entitled In re Fleetwood Enterprises, Inc., et al., Case No. 09-14254 (Jointly Administered) pending in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court"), as reflected in the Notice of Debtor's 503(b)(9) Report and Debtors' 503(b)(9) Report, as amended, by that certain Notice of Filing of Debtors' Further Amended Exhibit A and Amended Exhibit B to Debtors' 503(b)(9) Report and Debtors' Further Amended Exhibit A and Amended Exhibit B, and requests filed by Seller in respect thereof.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*(The remainder of this page has been intentionally left blank)*

*(Signature page to follow)*

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 11, 2010.

LASALLE BRISTOL, LP                    SOUTHPAW KOUFAX, LLC

By: _____            By: _____
Name: ROBIN L. ROBB                     Name:
Title: VP - CONTROLLER                  Title:

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 11, 2010.

**LASALLE BRISTOL, LP**

By: _____
Name:
Title:

**SOUTHPAW KOUFAX, LLC**

By: _____
Name: Kevin Wyman
Title: Member

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY FOR THE COURT CENTRAL DISTRICT OF CALIFORNIA In re Fleetwood Enterprises, Inc. et al. Case No. 14254-MJ (Jointly Administered) | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Fleetwood Homes of California, Inc. | Case Number: 09-14314 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): LASALLE BRISTOL   LP | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:   NameID: 7853841 <br><br> **FILED** <br> **AUG 25 2009** <br> CLERK US BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY_____DEPUTY CLERK <br><br> LASALLE BRISTOL PO BOX 98 ELKHART, IN 46515 <br> Telephone number: | Court Claim Number: _____ *(If known)* <br><br> Filed on: _____ |
| Name and address where payment should be sent (if different from above): <br> LaSalle Bristol, LP Charles Babcock 601 CR 17 Elkhart, IN 46516 <br> Telephone number:   574-295-4400 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br> ☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**   $ 2,983.07 <br><br> If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4. <br> If all or part of your claim is entitled to priority, complete Item 5. <br> ☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.** <br><br> Specify the priority of the claim. |
| **2. Basis for Claim:**   Goods sold <br> (See Instruction #2 on reverse side.) | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **3. Last four digits of any number by which creditor identifies debtor:**   1024 <br> 3a. Debtor may have scheduled account as: _____ <br> (See Instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4). |
| **4. Secured Claim (See Instruction #4 on reverse side.)** <br> Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. <br><br> Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other <br> Describe: <br><br> Value of Property: $_____   Annual Interest Rate _____% <br><br> Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____   Basis for perfection: _____ <br><br> Amount of Secured Claim: $_____   Amount Unsecured: $ 2,983.07   * | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5). <br><br> ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(8). <br><br> ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See Instruction 7 and definition of "redacted" on reverse side.)* <br><br> DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. <br> *Per instructions from debtor's counsel, If the documents are not available, please explain: the above amount includes the sum of $2,983.07 as a 503(b)(9) administrative expense. Also per the bar date order, the claimant will deliver copies of all documents supporting this claim upon request. | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__). <br><br> Amount entitled to priority: <br><br> $_____ <br><br> *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date:   8/14/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. <br><br> Charles Babcock, Corporate Credit Manager | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

6686

The Debtor has listed your claim on Schedule F as a General Unsecured claim in the amount of $2,237.08. If you agree with this characterization and amount, you do not need to complete and return this form. If you disagree, please complete and return this form accordingly.

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY FOR THE COURT CENTRAL DISTRICT OF CALIFORNIA<br>In re Fleetwood Enterprises, Inc., et al.,<br>Case No. 14254-MJ (Jointly Administered) | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Fleetwood Homes of Idaho, Inc. | Case Number:<br>09-14322 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>LASALLE BRISTOL LP | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:    NameID: 7853841<br><br>LASALLE BRISTOL<br>PO BOX 98<br>ELKHART, IN 46515<br>Telephone number:    **FILED   AUG 25 2009**   CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK | Court Claim Number: _____<br>(If known)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br>LaSalle Bristol, LP<br>Charlie Babcock<br>601 CR 17<br>Elkhart, IN 46516<br>Telephone number:  574-295-4400 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
| 1. Amount of Claim as of Date Case Filed:   $ 2,237.08<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐  Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim. |
| 2. Basis for Claim:  Goods sold<br>    (See instruction #2 on reverse side.) | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 3. Last four digits of any number by which creditor identifies debtor:   3408<br><br>3a. Debtor may have scheduled account as: _____<br>    (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4). |
| 4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>Describe:<br><br>Value of Property: $_____    Annual Interest Rate _____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br>if any: $_____    Basis for perfection: _____<br><br>Amount of Secured Claim: $_____    Amount Unsecured: $ 2,237.08 * | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(8).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__). |
| 7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: *Per instructions from debtor's counsel, the above amount includes the sum of $2,237.08 as a 503 (b) (9) administrative expense. Also per the bar date order, the claimant will deliver copies of all documents supporting this claim upon request.* | Amount entitled to priority:<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| Date: 8/14/09   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Charles Babcock, Corporate Credit Manager | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

6688

0914322090708114100005808

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY FOR THE COURT CENTRAL DISTRICT OF CALIFORNIA. In re Fleetwood Enterprises, Inc., et al, Case No. 14254-MJ (Jointly Administered) | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Fleetwood Homes of Pennsylvania, Inc. | Case Number: 09-14346 |
|---|---|

**NOTE:** *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
LASALLE BRISTOL LP

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:    NameID: 7853841

**FILED**

**AUG 25 2009**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

LASALLE BRISTOL
PO BOX 98
ELKHART, IN 46515
Telephone number:

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
LaSalle Bristol LP
Charles Babcock
601 CR 17
Elkhart, IN  46516
Telephone number:    574-295-4400

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**    $6,186.94

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** __Goods sold__
(See Instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** ____0464____

   3a.   Debtor may have scheduled account as: _____
      (See instruction #3a on reverse side.)

**4. Secured Claim** (See Instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,

If any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $__6,186.94 *__

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(8).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: *Per instructions from debtor's counsel, the above amount includes the sum of $4,036.80 as a 503(b)(9) administrative expense. Also per the bar date order, the claimant will deliver copies of all documents supporting this claim upon request.*

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 8/14/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Charles Babcock, Corporate Credit Manager | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

6691

0 9 1 4 3 3 4 6 0 9 0 7 0 8 1 1 4 1 0 0 0 0 6 6 4 1

The Debtor has listed your claim on Schedule F as a General Unsecured claim in the amount of $1,377.32. If you agree
with this characterization and amount, you do not need to complete and return this form. If you disagree, please
complete and return this form accordingly.

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY FOR THE COURT CENTRAL DISTRICT OF CALIFORNIA<br>In re Fleetwood Enterprises, Inc., et al.<br>Case No. 14254-MJ (Jointly Administered) | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Fleetwood Homes of Arizona, Inc. | Case Number:<br>09-14293 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>LASALLE BRISTOL  LP | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:   NameID: 7853841<br><br><br>    LASALLE BRISTOL<br>    PO BOX 98<br>    ELKHART, IN 46515<br>Telephone number:<br>          **FILED**<br>          **AUG 25 2009**<br>          CLERK U.S. BANKRUPTCY COURT<br>          CENTRAL DISTRICT OF CALIFORNIA<br>          BY | Court Claim Number: _____<br>*(If known)*<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br>    LaSalle Bristol, LP<br>    Charles Babcock<br>    601 CR 17<br>    Elkhart, IN  46516<br>Telephone number:  574-295-4400 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| 1. Amount of Claim as of Date Case Filed:        $ 1,520.12<br><br>If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.<br><br>If all or part of your claim is entitled to priority, complete Item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim. |
| 2. Basis for Claim:   Goods sold<br>(See Instruction #2 on reverse side.) | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 3. Last four digits of any number by which creditor identifies debtor:   0992<br><br>3a.   Debtor may have scheduled account as: _____<br>(See Instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4). |
| 4. Secured Claim (See Instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe:<br><br>Value of Property: $_____       Annual Interest Rate _____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br>if any: $_____       Basis for perfection: _____<br><br>Amount of Secured Claim: $_____   Amount Unsecured: $ 1,520.12  * | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(8).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__). |
| 7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See Instruction 7 and definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain:   *Per instructions from debtor's counsel, the above amount includes the sum of $1,520.12 as a 503(b)(9) administrative expense. Also per the bar date order, the claimant will deliver copies of all documents supporting this claim upon request.* | Amount entitled to priority:<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date: 8/14/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Charles Babcock, Corporate Credit Manager  | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

6685

0 9 1 4 2 9 3 0 9 0 7 0 8 1 1 4 1 0 0 0 0 4 5 5 4

The Debtor has listed your claim on Schedule F as a General Unsecured claim in the amount of $13,678.30. If you agree with this characterization and amount, you do not need to complete and return this form. If you disagree, please complete and return this form accordingly.

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY FOR THE COURT CENTRAL DISTRICT OF CALIFORNIA<br>In re Fleetwood Enterprises, Inc., et al.,<br>Case No. 14254-MJ (Jointly Administered) | PROOF OF CLAIM |
|---|---|
| Name of Debtor:<br>Fleetwood Homes of Virginia, Inc. | Case Number:<br>09-14365 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>LASALLE BRISTOL LP | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:   NameID: 7853841<br><br>FILED<br>AUG 25 2009<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY                    Date /25/11<br><br>LASALLE BRISTOL<br>PO BOX 98<br>ELKHART, IN 46515<br>Telephone number: | Court Claim Number: _____<br>(If known)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br>LaSalle Bristol, LP<br>Charles Babcock<br>601 CR 17<br>Elkhart, IN 46516<br>Telephone number: 574-295-4400 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
| 1. Amount of Claim as of Date Case Filed:   $ 13,678.30<br><br>If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete Item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.<br><br>2. Basis for Claim:  Goods sold<br>(See instruction #2 on reverse side.)<br><br>3. Last four digits of any number by which creditor identifies debtor:  0656<br><br>3a.  Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side.)<br><br>4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe:<br><br>Value of Property: $_____   Annual Interest Rate _____ %<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>If any: $_____   Basis for perfection: _____<br><br>Amount of Secured Claim: $_____   Amount Unsecured: $ 13,678.30 *<br><br>6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain:  *Per instructions from debtor's counsel, the above amount includes the sum of $13,678.30 as a 503 (b)(9) administrative expense. Also per the bar date order, the claimant will deliver copies of all documents supporting this claim upon request. | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).<br><br>☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).<br><br>☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(8).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).<br><br>☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).<br><br>Amount entitled to priority:<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| Date: 8/14/09   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Charles Babcock, Corporate Credit Manager | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

6694

0 9 1 4 3 6 5 0 9 0 7 0 8 1 1 4 1 0 0 0 0 8 2 0 0

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY FOR THE COURT CENTRAL DISTRICT OF CALIFORNIA In re Fleetwood Enterprises, Inc., et al., Case No. 14254-MJ (Jointly Administered) | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Fleetwood Homes of Texas, L.P. | Case Number: 09-14359 |
|---|---|

**NOTE:** *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): LASALLE BRISTOL LP | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:   NameID: 7853841 <br><br> FILED <br> AUG 25 2009 <br><br> LASALLE BRISTOL <br> PO BOX 98 <br> ELKHART, IN 46515 <br> Telephone number: | Court Claim Number: _____ (*If known*) <br><br> Filed on: _____ |
| Name and address where payment should be sent (if different from above): <br> LaSalle Bristol, LP <br> 601 CR 17 <br> Elkhart, IN 46516 <br> Attn: Charles Babcock <br> Telephone number: 574-295-4400 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br><br> ☐ Check this box if you are the debtor or trustee in this case. |
| 1. Amount of Claim as of Date Case Filed:        $ 61,068.01 <br><br> If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. <br><br> If all or part of your claim is entitled to priority, complete item 5. <br><br> ☐  Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. <br><br> 2. Basis for Claim:  __Goods sold__ <br> (See instruction #2 on reverse side.) <br><br> 3. Last four digits of any number by which creditor identifies debtor:  __0784__ <br><br>   3a.  Debtor may have scheduled account as: _____ <br>    (See instruction #3a on reverse side.) <br><br> 4. Secured Claim (See instruction #4 on reverse side.) <br> Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. <br><br> Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other <br> Describe: <br><br> Value of Property: $_____   Annual Interest Rate _____% <br><br> Amount of arrearage and other charges as of time case filed included in secured claim, <br> if any: $_____      Basis for perfection: _____ <br><br> Amount of Secured Claim: $_____   Amount Unsecured: $ 61,068.01 * | 5.  Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. <br><br> Specify the priority of the claim. <br><br> ☐  Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). <br><br> ☐  Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4). <br><br> ☐  Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5). <br><br> ☐  Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(8). <br><br> ☐  Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8). <br><br> ☐  Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__). <br><br> Amount entitled to priority: <br><br> $_____ |
| 6.  Credits:  The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | |
| 7.  Documents:  Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)* <br><br> DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. <br><br> If the documents are not available, please explain:  *Per instructions from debtor's counsel the above amount includes the sum of $61,068.01 as a 503 (b)(9) administrative expense.  Also per the bar date order, the claimant will deliver copies of all documents supporting this claim upon request.* | *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
| Date: 8/14/09   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. <br><br> Charles Babcock, Corporate Credit Manager | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

6693

0 9 1 4 3 5 9 0 9 0 7 0 8 1 1 4 1 0 0 0 0 7 6 6 5