Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900

## UNITED STATES BANKRUPTCY COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

In re:  )  CASE NO. 09-14254-MJ

CHAPTER 11

FLEETWOOD ENTERPRISES INC, et al.

Debtor.

Fleetwood Motor Homes of Indiana Inc
09-14383

NOTICE OF TRANSFER OF CLAIM
OTHER THAN FOR SECURITY AND
WAIVER OF NOTICE

Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of PARAMOUNT PLASTICS INC ("Transferor") against the Debtor in the amount of **$1,544.93**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all other claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than **$1,544.93** and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**PARAMOUNT PLASTICS INC**
**2810 JEANWOOD DR  ELKHART IN 46514**

Print Name  Jessie Prugh    Title  Sec/Tres

Signature  Jessie Prugh    Date  3-22-10

Updated Address (if needed) _____

Phone 574-264-2143   Fax 574-262-8208   E-Mail ptstovee@yahoo.com

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature:  /s/ Whatnall
Andrew Whatnall

Mail Ref# 1-154
2676725