CRAIG H. MILLET, SBN 106027, CMillet@gibsondunn.com
KENNETH A. GLOWACKI, JR., SBN 217762, KGlowacki@gibsondunn.com
SOLMAZ KRAUS, SBN 223117, SKraus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

Attorneys for
Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtors. | CASE NO. 09-14254-MJ<br><br>Chapter 11<br><br>[Jointly Administered]<br><br>**NOTICE OF FIRST AMENDED JOINT PLAN OF LIQUIDATION OF FLEETWOOD ENTERPRISES, INC. AND ITS AFFILIATED DEBTORS AND THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS DATED APRIL 12, 2010**<br><br>**Hearing On Disclosure Statement:**<br>Date:    April 14, 2010<br>Time:   2:30 p.m.<br>Place:   Courtroom 301<br>            3420 Twelfth Street<br>            Riverside, CA 92501<br><br>Judge:   Honorable Meredith A. Jury |

Gibson, Dunn &
Crutcher LLP

TO THE HONORABLE MEREDITH A. JURY, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES ENTITLED TO NOTICE:

**PLEASE TAKE NOTICE** that on March 3, 2010, Fleetwood Enterprises, Inc. and its affiliated debtors and debtors in possession (the "Debtors" or "Fleetwood") and the Official Committee of Creditors Holding Unsecured Claims (the "Creditors' Committee," together with the Debtors, the "Plan Proponents"), filed: (i) the *Disclosure Statement Describing Joint Plan Of Liquidation Of Fleetwood Enterprises, Inc. And Its Affiliated Debtors And The Official Committee of Creditors Holding Unsecured Claims Dated March 3, 2010* [Docket No. 1868] (the "Disclosure Statement"); (ii) the *Joint Plan of Liquidation Of Fleetwood Enterprises, Inc. And Its Affiliated Debtors And the Official Committee Of Creditors Holding Unsecured Claims Dated March 3, 2010* [Docket No. 1867] (the "Plan"); and (iii) a motion for approval of the Disclosure Statement and the solicitation procedures and dates regarding Plan confirmation [Docket No. 1869] (the "Motion").

**PLEASE TAKE NOTICE** that, as a result of the Plan Proponents' ongoing negotiations with multiple creditors and parties in interest, as well as in response to objections filed in response to the Motion, the Plan Proponents have made certain revisions to the Plan, some of which are discussed in the latter of the Debtors' Omnibus Replies filed on April 7, 2010 [Docket No. 2029]. These revisions are reflected in the *First Amended Joint Plan Of Liquidation Of Fleetwood Enterprises, Inc. And Its Affiliated Debtors And The Official Committee of Creditors Holding Unsecured Claims Dated April 12, 2010*, (the "First Amended Plan") a clean version of which is attached hereto as **Exhibit A** and a "track changes" version of which is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the First Amended Plan is accessible at the Court's Internet site, www.cacb.uscourts.gov, through an account obtained from Pacer Service Center by dialing 1-800-676-6856 (from the United States) or (210) 301-6440 (from outside the United States). You may also obtain a copy *free of charge* by accessing the website maintained by the Debtors' claims and noticing agent, Kurtzman Carson Consultants, LLC, at www.kccllc.net/fleetwood.

Gibson, Dunn & Crutcher LLP

2

Dated: April 12, 2010

          CRAIG MILLET
          SOLMAZ KRAUS
          KENNETH A. GLOWACKI JR.
          GIBSON, DUNN & CRUTCHER LLP

By:    /S/ Kenneth A. Glowacki Jr.
        Kenneth A. Glowacki Jr.

Attorneys for Debtors and Debtors in Possession

Gibson, Dunn &
Crutcher LLP