UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

**BANKRUPTCY MINUTES - GENERAL**



FILED
APR 14 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

ADV. NO. RS
CASE NO. RS09-14254 MJ          DATE APR 14 2010          117

TITLE: FLEETWOOD ENTERPRISES INC

DOCKET ENTRY: MOTION FOR APPROVAL OF CHAPTER 11 DISCLOSURE STATEMENT DEBTORS NOTICE OF MOTION AND MOTION FOR ORDER (I) APPROVING DISCLOSURE STATEMENT; (II) APPROVING SOLICITATION PROCEDURES, FORMS OF BALLOTS, MANNER OF NOTICE AND VOTE TABULATION PROCEDURES; (III) ESTABLISHING VOTING RECORD DATE AND DEADLINE FOR RECEIPT OF BALLOTS; AND (IV) FIXING DATE, TIME AND PLACE TO CONFIRMATION HEARING AND DEADLINE TO FILE OBJECTIONS TO CONFIRMATION DISCLOSURE STATEMENT DESCRIBING JOINT PLAN OF LIQUIDATION OF FLEETWOOD ENTERPRISES, INC AND ITS AFFILIATED DEBTORS AND THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

MTN FLD 3-3-10

PRESENT:
    HON. MEREDITH A. JURY, JUDGE

PRESENT FOR PLAINTIFFS/MOVANTS:        ATTORNEYS FOR DEFENDANTS/RESPONDENTS:

Millet                                  Rafajoo - UCC
                                        Kennedy - DB
                                        Winthrop - Ace
                                        Callahan - 1st Am Trust
                                        Mandalcar - Schechter
                                        Morrisoff - Schechter
                                        Drlick - ISIS
                                        Wool - Bank of New York
                                        Dossen - Bank of America
                                        Lossing - US Trustee
                                        Levy - Brownder
PROCEEDINGS:                            Leberman - 5% Notes


        Approved with further modifications

        Confirmation Hearing June 9 at 1:30 pm

( ) **ORDER TO FOLLOW**    ( ) **TO BE LODGED**    ( ) **NO LODGEMENT NECESSARY**

( ) **WALK THROUGH**    ( ) **CLERK'S ORDER VAN 153**    ( ) **CHAMBER'S ORDER**
                        **[CHAPTER 13'S ONLY]**

GENMIN1