FILED
JUL 01 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:         Deputy Clerk

ENTERED
JUL 02 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:         Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re

FLEETWOOD ENTERPRISES, INC.,

Debtor(s).

Case No. RS 09-14254 MJ

Chapter 11

Memorandum of Decision re
Interim Fee Application of
Pachulski Stang Ziehl & Jones

DATE: March 31, 2010
TIME:  1:30 PM
CTRM: 301

The first interim fee application of Pachulski Stang Ziehl & Jones, attorneys for the Official Committee of Creditors Holding Unsecured Claims, came on regularly for hearing on March 31, 2010 in courtroom 301 of above-entitled court, the Honorable Meredith Jury presiding. Pachulski was represented by Hamid R. Rafatjoo. The United States Trustee, objecting party, was represented by Abram S Feuerstein. Other appearances were as noted on the record. After hearing argument of counsel, the court took the matter under submission and now issues this brief explanation of the adjustments it has made to the fees requested in the application.

(1) The U.S. Trustee objected to certain of the billing entries as duplicative of others. Pachulski stipulated in its reply that duplicate entries appeared for a total of $1704.70 in fees. The court has deducted this sum from the fees requested.

(2) The U.S. Trustee objected to certain of the billing entries for partner Richard Pachulski because they lacked sufficient detail to communicate the work performed on behalf of the Committee.

1  The court agrees with this assessment, while noting that all other billing personnel at Pachulski did
2  provide detailed time entries that allowed reviewing parties, including the court, to understand the exact
3  services provided. For that reason, the court has deducted the sum of $10,561.00 in fees due to this
4  inadequate detail. Although a similar argument was made for one billing entry of Pamela Singer, the
5  court finds this slight oversight inconsequential and has not deducted any fees for this error.
6      (3)  The U.S. Trustee objected to the time billed for the calendaring function because it
7  included excessive attorney time and appeared to include time spent correcting prior calendaring errors.
8  The court agrees that time billed for calendaring matters appears excessive with a blended hourly rate
9  that reflects too much attorney time versus paralegal time. Striking a compromise because it is
10 extremely difficult to measure the precise value of this function, the court has deducted $7000.00 from
11 the total fees billed for this activity.
12     (4)  The U.S. Trustee objected to secretarial overtime. The court agrees that secretarial work,
13 whether regular time or overtime, is clerical work, part of a firm's administrative overhead, and not
14 compensable. The court has deducted the sum of $764.07 from the requested expenses.
15     (5)  The U.S. Trustee objected to the business meals billed to the estate because the entries
16 failed to include who was dining and what business function was being accomplished at these meals.
17 The court agrees that the details to justify this expense to the estate are totally lacking. The court has
18 deducted half of these expenses, the sum of $1314.00
19     The above-stated adjustments result in total fees allowed of $1,455,858.80 and total expenses
20 allowed of $84,241.37, for a total award of $1,540,100.17. The deductions total $21,343.77. The
21 accompanying order reflects these awards.

25  Dated: 7-1-10

MEREDITH A. JURY
United States Bankruptcy Judge

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

### NOTE TO USERS OF THIS FORM:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that the attached order was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), I, deputy clerk who is making this entry; certify that service on all parties under Section II was completed, the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. The following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Andrew K Alper on behalf of Creditor GE Commercial Distribution Finance Corporation and GELCO Corporation dba GE Capital Fleet Services
aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com

Lawrence Bass on behalf of Creditor Philips Products, Inc.
lbass@faegre.com

Dennis G Bezanson on behalf of Creditor Flexsteel Industries, Inc.
dennis.bezanson@bbklaw.com, arthur.johnston@bbklaw.com;kenneth.burgess@bbklaw.com;bknotices@bbklaw.co

Mark S Blackman on behalf of Creditor 21st Mortgage Corporation
MBlackman@AlpertBarr.Com

Bradley D Blakeley on behalf of Defendant Gibraltar Insurance Company, Ltd., a corporation
bblakeley@blakeleyllp.com

William C Bollard on behalf of Debtor Fleetwood Enterprises, Inc.
eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com

Timothy Bortz on behalf of Creditor Timothy Bortz
tbortz@state.pa.us

John A Boyd on behalf of Interested Party Courtesy NEF
fednotice@tclaw.net

Mark Bradshaw on behalf of Interested Party Courtesy NEF

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

mbradshaw@shbllp.com

Bradley E Brook on behalf of Defendant Kelly Schalmo
bbrook@bbrooklaw.com, jimmy@bbrooklaw.com

Rebecca J Callahan on behalf of Creditor First American Trust Company, as Trustee of the Century Trust
rcallahan@callahanlaw.biz

Charles Canter on behalf of Interested Party National Highway Traffic Safety Administration
charles.canter@usdoj.gov

Craig C Chiang on behalf of Interested Party Courtesy NEF
cchiang@buchalter.com

Louis J Cisz on behalf of Creditor California Self-Insurers' Security Fund
lcisz@nixonpeabody.com

Fred M Cohen on behalf of Creditor Sandra Dinsmore
fmcbktaxlaw@hotmail.com

Sidney A Cotlar on behalf of Creditor Conrad Budd
scotlar@hhkc.com

Peter A Davidson on behalf of Plaintiff Alicia Rice
pdavidson@ecjlaw.com

Melissa Davis on behalf of Creditor Encore Partners, LLC
mdavis@shbllp.com

Caroline Djang on behalf of Creditor Atwood Mobile Products LLC
crd@jmbm.com

Lynsey M Eaton on behalf of Creditor Tristar Distributing Inc
leaton@gglts.com

Richard T Egger on behalf of Interested Party Courtesy NEF
richard.egger@bbklaw.com

Amanda N Ferns on behalf of Defendant Bluelinx Corporation
aferns@fernslaw.com

Travis W Feuerbacher on behalf of Defendant Cast Products Corporation
tfeuerbacher@gglts.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

| In re: | CHAPTER: |
|--------|----------|
| Debtor(s). | CASE NUMBER: |

Abram Feuerstein on behalf of U.S. Trustee United States Trustee (RS)
abram.s.feuerstein@usdoj.gov

Wayne S Flick on behalf of Creditor Bank of America, N.A.
wayne.s.flick@lw.com, colleen.rico@lw.com

Donald L Gaffney on behalf of Interested Party Courtesy NEF
dgaffney@swlaw.com

Jeffrey K Garfinkle on behalf of Creditor Oracle USA, Inc.
bkgroup@buchalter.com, jgarfinkle@buchalter.com

Matthew B George on behalf of Creditor Ronald Doud
mbg@girardgibbs.com

Kenneth A Glowacki on behalf of Debtor Fleetwood Enterprises, Inc.
kglowacki@gibsondunn.com

Julian I Gurule on behalf of Interested Party Courtesy NEF
jgurule@milbank.com

Jeffrey T Gwynn on behalf of Creditor Dave Carter & Associates, Inc.
jgwynn@gwynn-law.com

Michael J Heyman on behalf of Creditor AL-KO Kober Corporation
michael.heyman@klgates.com

Mark D Houle on behalf of Interested Party New York Mellon Trust Co., N.A.
mark.houle@pillsburylaw.com

Sophie A Hubscher on behalf of Creditor Peggy Richan
sophie@korperlemonlaw.com

Jay W Hurst on behalf of Creditor Texas Comptroller of Public Accounts
jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Yale K Kim on behalf of Creditor Brigade Capital Management, LLC
ykim@allenmatkins.com

Alan J Kornfeld on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
akornfeld@pszjlaw.com, akornfeld@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

Solmaz Kraus on behalf of Debtor Fleetwood Enterprises, Inc.
skraus@gibsondunn.com, skraus@gibsondunn.com

John F Kurtz on behalf of Creditor Boise Cascade, L.L.C.
jkurtz@hawleytroxell.com

Daniel C Lapidus on behalf of Plaintiff Robert Myers
dan@lapiduslaw.com

Jean LeBlanc on behalf of Creditor Power Gear, a division of Actuant Corporation
jleblanc@mwe.com

Scott Lee on behalf of Creditor Philips Products, Inc.
slee@lbbslaw.com

Matthew A Lesnick on behalf of Creditor AT&T Capital Services Inc.
matt@lesnicklaw.com

Ira M Levee on behalf of Creditor Browder Class Representatives
ilevee@lowenstein.com

Gabriel Liao on behalf of Creditor CRIC YUMA, LLC
gliao@perkinscoie.com

Elizabeth A Lossing on behalf of U.S. Trustee United States Trustee (RS)
elizabeth.lossing@usdoj.gov

Donald K Ludman on behalf of Creditor SAP America, Inc.
dludman@brownconnery.com

Gregory O Lunt on behalf of Creditor Bank of America, N.A.
gregory.lunt@lw.com

Rose D Manos on behalf of Creditor FEMA Trailer
rmanos@nexsenpruet.com

Rose D Manos on behalf of Defendant Allen Dailet
manos@nexsenpruet.com

Frank F McGinn on behalf of Interested Party Courtesy NEF
ffm@bostonbusinesslaw.com

David W. Meadows on behalf of Creditor American Electric Power

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

david@davidwmeadowslaw.com

James P Menton on behalf of Debtor Fleetwood Enterprises, Inc.
jmenton@pwkllp.com

Craig Millet on behalf of Debtor Continental Lumber Products, Inc.
cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com

Christopher Minier on behalf of Creditor Courtesy Ford, Inc.
becky@ringstadlaw.com

Byron Z Moldo on behalf of Plaintiff Alicia Rice
bmoldo@ecjlaw.com, tmelendez@ecjlaw.com

John D Monte on behalf of Creditor Maytag Corporation
montelaw@earthlink.net

Harvey M Moore on behalf of Interested Party Progressive Casualty Insurance Company
hmoore@bidnakeys.com

Randall P Mroczynski on behalf of Defendant Fluor Corporation, a corporation
randym@cookseylaw.com

Randy P Orlik on behalf of Creditor ISIS Lending, LLC
rorlik@coxcastle.com

Todd L Padnos on behalf of Creditor Deutsche Bank Trust Company Americas
tpadnos@dl.com, dkennedy@dl.com;sholstrom@dl.com;;tboothe@dl.com

Leo D Plotkin on behalf of Creditor Textron Financial Corporation
lplotkin@lsl-la.com, dsmall@lsl-la.com

David M Poitras on behalf of Creditor Atwood Mobile Products LLC
dpoitras@jmbm.com

Kimberly A Posin on behalf of Creditor Latham & Watkins LLP
kim.posin@lw.com

Samuel Price on behalf of Creditor National General Assurance Company
sprice@pooleshaffery.com

Hamid R Rafatjoo on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
hrafatjoo@venable.com, ataylor@venable.com;revey@venable.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

Michael Reed on behalf of Creditor Bell County TAD, et al
othercourts@mvbalaw.com

Jeffrey H. Reeves on behalf of Defendant Fleetwood Enterprises, Inc.
jreeves@gibsondunn.com

Michael B Reynolds on behalf of Creditor Cavco Industries
mreynolds@swlaw.com, kcollins@swlaw.com

Christopher P Ridout on behalf of Creditor Conrad Budd
c.ridout@ridoutlyonlaw.com

Martha E Romero on behalf of Creditor Riverside County Treasurer-Tax
Romero@mromerolawfirm.com

Diane W Sanders on behalf of Creditor McLennan County
austin.bankruptcy@publicans.com

Scott A Schiff on behalf of Creditor Maricopa County Treasurer
sas@soukup-schiff.com

Mark C Schnitzer on behalf of Creditor Esco Industries, Inc.
mschnitzer@rhlaw.com

Daniel R Shapiro on behalf of Creditor Christie Davis
dnalaw@sbcglobal.net

Pamela E Singer on behalf of Plaintiff Official Committee of Creditors Holding Unsecured Claims
psinger@pszjlaw.com, ksuk@pszjlaw.com

Ramesh Singh on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

Howard Steinberg on behalf of Other Professional Greenhill & Co. LLC
hsteinberg@irell.com, awsmith@irell.com

Jason D Strabo on behalf of Creditor Power Gear, a division of Actuant Corporation
jstrabo@venable.com, losangelestrialdocket@mwe.com

Derrick Talerico on behalf of Interested Party Thor Tech, Inc.
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

Michael H Traison on behalf of Creditor Bluelinx Corporation
traison@millercanfield.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Anne A Uyeda on behalf of Debtor Fleetwood Enterprises, Inc.
auyeda@gibsondunn.com

Gary R Wallace on behalf of Creditor Shaw Industries, Inc.
gwallace@hbblaw.com

Madeleine C Wanslee on behalf of Creditor Maricopa County Treasurer
mwanslee@gustlaw.com, rstein@gustlaw.com

Michael D Warner on behalf of Creditor IDG USA LLC d/b/a Boring-Smith an Industrial Distribution Group, Inc. Company
echou@warnerstevens.com

Martha A Warriner on behalf of Creditor Esco Industries, Inc.
mwarriner@rhlaw.com

Sharon Z Weiss on behalf of Creditor LazyDays RV Supercenter, Inc.
sharon.weiss@hro.com

Joseph M Welch on behalf of Creditor Flexsteel Industries, Inc.
jwelch@buchalter.com

Elizabeth Weller on behalf of Creditor Dallas County - Tarrant County
dallas.bankruptcy@publicans.com

Christopher T Williams on behalf of Plaintiff Official Committee of Creditors Holding Unsecured Claims of Fleetwood Enterprises, Inc., et al.
ctwilliams@venable.com, jcontreras@venable.com

Rebecca J Winthrop on behalf of Creditor Westchester Fire Insurance Company
winthropr@ballardspahr.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** I deputy clerk who is making this entry; certify that service on all parties under Section II was completed, A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

| | |
|---|---|
| Terry L Baker on behalf of Plaintiff Robert Barabino<br>Makler & Baker LLP<br>820 Bay Ave Ste 230J<br>Capitola, CA 95010 | John T Banks on behalf of Creditor Kendall County<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 |

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**