RICHARD M. PACHULSKI (CA Bar No. 90073)
SHIRLEY S. CHO (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: rpachulski@pszjlaw.com
  scho@pszjlaw.com



**FILED & ENTERED**

JUL 02 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkenso DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | CASE NO. 09-14254-MJ |
| FLEETWOOD ENTERPRISES, INC., et al., | Chapter 11 |
| Debtors. | [Jointly Administered] |
| | **ORDER APPROVING FIRST INTERIM FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP PURSUANT TO STIPULATION [RE: DOCKET NO. 1833]** |
| | Hearing: March 31, 2010<br>Time: 1:30 pm<br>Courtroom: Courtroom 302<br>3420 Twelfth Street<br>Riverside, CA  92501 |

Upon consideration of the *Stipulation Regarding First Interim Fee Application of Pachulski Stang Ziehl & Jones LLP*, a copy of which is attached hereto as Exhibit A (the "Stipulation"), entered into by Pachulski Stang Ziehl & Jones LLP ("PSZJ") and the Office of the United States Trustee, the Court having reviewed the Stipulation, and good cause appearing therefore,

IT IS ORDERED as follows:

1. The Stipulation is approved.

2. PSZJ is awarded, on an interim basis, fees in the amount of $1,455,858.80 and expenses in the amount of $84,241.37, for total compensation of $1,540,100.17.

28464-002\DOCS_LA:220692.1

3. The Debtors are authorized to pay to PSZJ any unreimbursed amounts owing.

* * *

DATED: July 2, 2010

_____
United States Bankruptcy Judge

28464-002\DOCS_LA:220692.1                                    2

# EXHIBIT A

RICHARD M. PACHULSKI (CA Bar No. 90073)
SHIRLEY S. CHO (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: rpachulski@pszjlaw.com
       scho@pszjlaw.com

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | CASE NO. 09-14254-MJ |
| FLEETWOOD ENTERPRISES, INC., et al., | Chapter 11 |
| Debtors. | [Jointly Administered] |
| | **STIPULATION REGARDING FIRST INTERIM FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP** |
| | Hearing:    March 31, 2010<br>Time:         1:30 pm<br>   Courtroom:   Courtroom 302<br>                      3420 Twelfth Street<br>                      Riverside, CA  92501 |

Pachulski Stang Ziehl & Jones LLP ("PSZJ") and the Office of the United States Trustee (the "UST" and PSZJ, the "Parties"), hereby enter into the following stipulation (the "Stipulation"):

**RECITALS**

A.   On March 10, 2009 (the "Petition Date") and subsequent dates thereafter, the above-captioned Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California. The Debtors continue to operate their business and manage their affairs as debtors in possession in accordance with sections 1107(a) and 1108 of the Bankruptcy Code.  The Debtors' chapter 11 cases are being jointly administered for procedural purposes.

28464-002\DOCS_LA:220693.1                                  1

B.    On March 19, 2009, the Office of the United States Trustee appointed the Committee [Docket Entry No. 73].

C.    On May 22, 2009, the Court granted the Committee's application to employ PSZJ [Docket Entry No. 614].

D.    On February 10, 2010, PSZJ filed its *First Application for Interim Approval of Compensation and Reimbursement of Expenses* for the time period commencing March 20, 2009 through and including December 31, 2009 (the "Fee Application") [Docket Entry No. 1833]. In the First Interim Application, PSZJ requested fees for professional services in the amount of $1,475,124.50 and reimbursement of actual, necessary expenses in the amount of $86,319.44, for total compensation of $1,561,443.94.

E.    On March 16, 2010, the UST filed an opposition to the Fee Application (the "Opposition") [Docket Entry No. 1926].

F.    On March 24, 2010, PSZJ filed a reply to the Opposition [Docket Entry No. 1950].

G.    On March 31, 2010, a hearing was held on the Fee Application, at which time the Court encouraged the Parties to settle the matter and requested that the Parties provide the Court with notice of any settlement within five days of the hearing.

H.    On April 8, 2010, the Court entered an order awarding, on an interim basis, fees in the amount of $1,455,858.80 and expenses in the amount of $84,241.37, for total compensation of $1,540,100.17 [Docket Entry No. 2033]. Thereafter, the Court withdrew the Order from the docket.

I.    The Parties agree with the Order.

AGREEMENT

IT IS HEREBY STIPULATED by and between PSZJ and the UST, through their respective counsel, that:

1.    The Parties agree to the reductions in PSZJ's fees and expenses as provided in the Order; to wit, PSZJ shall be awarded, on an interim basis, fees in the amount of $1,455,858.80 and expenses in the amount of $84,241.37, for total compensation of $1,540,100.17.

2. This Stipulation may be executed by counterpart originals, electronic copies, or facsimiles, and each such counterpart shall be deemed an original instrument, but all such counterparts together shall constitute one agreement.

3. The persons executing this Stipulation represent and warrant that they have the authority and capacity to act on behalf of the party for which each person is signing and to bind that party to the terms of this Stipulation.

DATED: June 24, 2010         OFFICE OF THE UNITED STATES TRUSTEE

By: /s/ *Abram S. Feuerstein*
    Abram S. Feuerstein
    Trial Attorney (CA Bar No. 133775)
    United States Department of Justice
    Office of the United States Trustee
    3685 Main Street, Suite 300
    Riverside, California 92501

*Counsel for the Office of the United States Trustee*

DATED: June 2, 2010         PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *Shirley S. Cho*
    Richard M. Pachulski (CA Bar No. 90073)
    Shirley S. Cho (CA Bar No. 192616)
    PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 11th Floor
    Los Angeles, California 90067-4100

| In re:<br>FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 6:09-bk-14254-MJ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Pachulski Stang Ziehl & Jones, LLP, 10100 Santa Monica Blvd., Suite 1100, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **ORDER APPROVING STIPULATION REGARDING FIRST INTERIM FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP [RE: DOCKET NO. 1833]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 25, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery**
Hon. Meredith A. Jury
United States Bankruptcy Court
3420 Twelfth Street, Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 25, 2010 | Sophia L. Lee | /s/Sophia L. Lee |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

| In re:<br>FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 6:09-bk-14254-MJ |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER APPROVING STIPULATION REGARDING FIRST INTERIM FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP [RE: DOCKET NO. 1833]** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 25, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**
28464-002\DOCS_LA:220692.1

| In re:<br>FLEETWOOD ENTERPRISES, INC., et al.,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 6:09-bk-14254-MJ |
|---|---|

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

*Andrew K Alper on behalf of Creditor GE Commercial Distribution Finance Corporation and GELCO Corporation dba GE Capital Fleet Services*
*aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com*

*Lawrence Bass on behalf of Creditor Philips Products, Inc.*
*lbass@faegre.com*

*Dennis G Bezanson on behalf of Creditor Flexsteel Industries, Inc.*
*dennis.bezanson@bbklaw.com,*
*arthur.johnston@bbklaw.com;kenneth.burgess@bbklaw.com;bknotices@bbklaw.com;dennis.bezanson@bbklaw.com*

*Mark S Blackman on behalf of Creditor 21st Mortgage Corporation*
*MBlackman@AlpertBarr.Com*

*Bradley D Blakeley on behalf of Defendant Gibraltar Insurance Company, Ltd., a corporation*
*bblakeley@blakeleyllp.com*

*William C Bollard on behalf of Debtor Fleetwood Enterprises, Inc.*
*eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com*

*Timothy Bortz on behalf of Creditor Timothy Bortz*
*tbortz@state.pa.us*

*John A Boyd on behalf of Interested Party Courtesy NEF*
*fednotice@tclaw.net*

*Mark Bradshaw on behalf of Interested Party Courtesy NEF*
*mbradshaw@shbllp.com*

*Bradley E Brook on behalf of Defendant Kelly Schalmo*
*bbrook@bbrooklaw.com, jimmy@bbrooklaw.com*

*Andrew W Caine on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims*
*acaine@pszyjw.com*

*Rebecca J Callahan on behalf of Creditor First American Trust Company, as Trustee of the Century Trust*
*rcallahan@callahanlaw.biz*

*Craig C Chiang on behalf of Interested Party Courtesy NEF*
*cchiang@buchalter.com*

*Louis J Cisz on behalf of Creditor California Self-Insurers' Security Fund*
*lcisz@nixonpeabody.com*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    **F 9013-3.1**
28464-002\DOCS_LA:220692.1

| In re:<br>FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 6:09-bk-14254-MJ |
|---|---|

*Fred M Cohen on behalf of Creditor Sandra Dinsmore*
*fmcbktaxlaw@hotmail.com*

*Sidney A Cotlar on behalf of Creditor Conrad Budd*
*scotlar@hhkc.com*

*Peter A Davidson on behalf of Plaintiff Alicia Rice*
*pdavidson@ecjlaw.com*

*Melissa Davis on behalf of Creditor Encore Partners, LLC*
*mdavis@shbllp.com*

*Caroline Djang on behalf of Creditor Atwood Mobile Products LLC*
*crd@jmbm.com*

*Lynsey M Eaton on behalf of Creditor Tristar Distributing Inc*
*leaton@gglts.com*

*Richard T Egger on behalf of Interested Party Courtesy NEF*
*richard.egger@bbklaw.com*

*Amanda N Ferns on behalf of Defendant Bluelinx Corporation*
*aferns@fernslaw.com*

*Travis W Feuerbacher on behalf of Defendant Cast Products Corporation*
*tfeuerbacher@gglts.com*

*Abram Feuerstein on behalf of U.S. Trustee United States Trustee (RS)*
*abram.s.feuerstein@usdoj.gov*

*Wayne S Flick on behalf of Creditor Bank of America, N.A.*
*wayne.s.flick@lw.com, colleen.rico@lw.com*

*Donald L Gaffney on behalf of Interested Party Courtesy NEF*
*dgaffney@swlaw.com*

*Jeffrey K Garfinkle on behalf of Creditor Oracle USA, Inc.*
*bkgroup@buchalter.com, jgarfinkle@buchalter.com*

*Matthew B George on behalf of Creditor Ronald Doud*
*mbg@girardgibbs.com*

*Kenneth A Glowacki on behalf of Debtor Fleetwood Enterprises, Inc.*
*kglowacki@gibsondunn.com*

*Julian I Gurule on behalf of Interested Party Courtesy NEF*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
28464-002\DOCS_LA:220692.1

**F 9013-3.1**

| In re:<br>FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER:  6:09-bk-14254-MJ |
|---|---|

jgurule@milbank.com

Jeffrey T Gwynn on behalf of Creditor Dave Carter & Associates, Inc.
jgwynn@gwynn-law.com

Michael J Heyman on behalf of Creditor AL-KO Kober Corporation
michael.heyman@klgates.com

Mark D Houle on behalf of Interested Party New York Mellon Trust Co., N.A.
mark.houle@pillsburylaw.com

Sophie A Hubscher on behalf of Creditor Peggy Richan
sophie@korperlemonlaw.com

Jay W Hurst on behalf of Creditor Texas Comptroller of Public Accounts
jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Yale K Kim on behalf of Creditor Brigade Capital Management, LLC
ykim@allenmatkins.com

Alan J Kornfeld on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
akornfeld@pszjlaw.com, akornfeld@pszjlaw.com

Solmaz Kraus on behalf of Debtor Fleetwood Enterprises, Inc.
skraus@gibsondunn.com, skraus@gibsondunn.com

John F Kurtz on behalf of Creditor Boise Cascade, L.L.C.
jkurtz@hawleytroxell.com

Mary D Lane on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
mlane@pszjlaw.com

Daniel C Lapidus on behalf of Plaintiff Robert Myers
dan@lapiduslaw.com

Jean LeBlanc on behalf of Creditor Power Gear, a division of Actuant Corporation
jleblanc@mwe.com

Scott Lee on behalf of Creditor Philips Products, Inc.
slee@lbbslaw.com

Matthew A Lesnick on behalf of Creditor AT&T Capital Services Inc.
matt@lesnicklaw.com

Ira M Levee on behalf of Creditor Browder Class Representatives

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

28464-002\DOCS_LA:220692.1

F 9013-3.1

| In re:<br>FLEETWOOD ENTERPRISES, INC., et al.,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER:  6:09-bk-14254-MJ |
|---|---|

*ilevee@lowenstein.com*

*Gabriel Liao on behalf of Creditor CRIC YUMA, LLC*
*gliao@perkinscoie.com*

*Elizabeth A Lossing on behalf of U.S. Trustee United States Trustee (RS)*
*elizabeth.lossing@usdoj.gov*

*Donald K Ludman on behalf of Creditor SAP America, Inc.*
*dludman@brownconnery.com*

*Gregory O Lunt on behalf of Creditor Bank of America, N.A.*
*gregory.lunt@lw.com*

*Rose D Manos on behalf of Creditor FEMA Trailer*
*rmanos@nexsenpruet.com*

*Rose D Manos on behalf of Defendant Allen Dailet*
*manos@nexsenpruet.com*

*Frank F McGinn on behalf of Interested Party Courtesy NEF*
*ffm@bostonbusinesslaw.com*

*David W. Meadows on behalf of Creditor American Electric Power*
*david@davidwmeadowslaw.com*

*James P Menton on behalf of Debtor Fleetwood Enterprises, Inc.*
*jmenton@pwkllp.com*

*Craig Millet on behalf of Debtor Continental Lumber Products, Inc.*
*cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com*

*Christopher Minier on behalf of Creditor Courtesy Ford, Inc.*
*becky@ringstadlaw.com*

*Byron Z Moldo on behalf of Plaintiff Alicia Rice*
*bmoldo@ecjlaw.com, tmelendez@ecjlaw.com*

*John D Monte on behalf of Creditor Maytag Corporation*
*montelaw@earthlink.net*

*Harvey M Moore on behalf of Interested Party Progressive Casualty Insurance Company*
*hmoore@bidnakeys.com*

*Randall P Mroczynski on behalf of Defendant Fluor Corporation, a corporation*
*randym@cookseylaw.com*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                  **F 9013-3.1**
28464-002\DOCS_LA:220692.1

| | |
|---|---|
| In re:<br>FLEETWOOD ENTERPRISES, INC., et al.,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 6:09-bk-14254-MJ |

*Randy P Orlik on behalf of Creditor ISIS Lending, LLC*
*rorlik@coxcastle.com*

*Todd L Padnos on behalf of Creditor Deutsche Bank Trust Company Americas*
*tpadnos@dl.com, dkennedy@dl.com;sholstrom@dl.com;;tboothe@dl.com*

*Leo D Plotkin on behalf of Creditor Textron Financial Corporation*
*lplotkin@lsl-la.com, dsmall@lsl-la.com*

*David M Poitras on behalf of Creditor Atwood Mobile Products LLC*
*dpoitras@jmbm.com*

*Kimberly A Posin on behalf of Creditor Latham & Watkins LLP*
*kim.posin@lw.com*

*Samuel Price on behalf of Creditor National General Assurance Company*
*sprice@pooleshaffery.com*

*Hamid R Rafatjoo on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims*
*hrafatjoo@venable.com, ataylor@venable.com;revey@venable.com*

*Michael Reed on behalf of Creditor Bell County TAD, et al*
*othercourts@mvbalaw.com*

*Jeffrey H. Reeves on behalf of Defendant Fleetwood Enterprises, Inc.*
*jreeves@gibsondunn.com*

*Michael B Reynolds on behalf of Creditor Cavco Industries*
*mreynolds@swlaw.com, kcollins@swlaw.com*

*Christopher P Ridout on behalf of Creditor Conrad Budd*
*c.ridout@ridoutlyonlaw.com*

*Martha E Romero on behalf of Creditor Riverside County Treasurer-Tax*
*Romero@mromerolawfirm.com*

*Diane W Sanders on behalf of Creditor McLennan County*
*austin.bankruptcy@publicans.com*

*Scott A Schiff on behalf of Creditor Maricopa County Treasurer*
*sas@soukup-schiff.com*

*Mark C Schnitzer on behalf of Creditor Esco Industries, Inc.*
*mschnitzer@rhlaw.com*

*Daniel R Shapiro on behalf of Creditor Christie Davis*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
28464-002\DOCS_LA:220692.1

**F 9013-3.1**

| | |
|---|---|
| In re:<br>**FLEETWOOD ENTERPRISES, INC., et al.,**<br>                                                Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 6:09-bk-14254-MJ |

*dnalaw@sbcglobal.net*

*Pamela E Singer on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims*
*psinger@pszjlaw.com, ksuk@pszjlaw.com*

*Ramesh Singh on behalf of Interested Party Courtesy NEF*
*claims@recoverycorp.com*

*Howard Steinberg on behalf of Other Professional Greenhill & Co. LLC*
*hsteinberg@irell.com, awsmith@irell.com*

*Jason D Strabo on behalf of Creditor Power Gear, a division of Actuant Corporation*
*jstrabo@venable.com, losangelestrialdocket@mwe.com*

*Derrick Talerico on behalf of Interested Party Thor Tech, Inc.*
*dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com*

*Michael H Traison on behalf of Creditor Bluelinx Corporation*
*traison@millercanfield.com*

*United States Trustee (RS)*
*ustpregion16.rs.ecf@usdoj.gov*

*Anne A Uyeda on behalf of Debtor Fleetwood Enterprises, Inc.*
*auyeda@gibsondunn.com*

*Gary R Wallace on behalf of Creditor Shaw Industries, Inc.*
*gwallace@hbblaw.com*

*Madeleine C Wanslee on behalf of Creditor Maricopa County Treasurer*
*mwanslee@gustlaw.com, rstein@gustlaw.com*

*Michael D Warner on behalf of Creditor IDG USA LLC d/b/a Boring-Smith an Industrial Distribution Group, Inc. Company*
*echou@warnerstevens.com*

*Martha A Warriner on behalf of Creditor Esco Industries, Inc.*
*mwarriner@rhlaw.com*

*Sharon Z Weiss on behalf of Creditor LazyDays RV Supercenter, Inc.*
*sharon.weiss@hro.com*

*Joseph M Welch on behalf of Creditor Flexsteel Industries, Inc.*
*jwelch@buchalter.com*

*Elizabeth Weller on behalf of Creditor Dallas County - Tarrant County*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                **F 9013-3.1**
28464-002\DOCS_LA:220692.1

| In re:                                      |            | CHAPTER 11                       |
|---------------------------------------------|------------|----------------------------------|
| FLEETWOOD ENTERPRISES, INC., et al.,        | Debtor(s). | CASE NUMBER: 6:09-bk-14254-MJ    |

*dallas.bankruptcy@publicans.com*

*Christopher T Williams on behalf of Plaintiff Official Committee of Creditors Holding Unsecured Claims of Fleetwood Enterprises, Inc., et al.*
*ctwilliams@venable.com, jcontreras@venable.com*

*Rebecca J Winthrop on behalf of Creditor Westchester Fire Insurance Company*
*winthropr@ballardspahr.com*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

28464-002\DOCS_LA:220692.1

**F 9013-3.1**