Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-220-8112

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| | |
|---|---|
| In re: | ) CASE NO. 09-14254-MJ |
| | ) |
| | ) CHAPTER 11 |
| FLEETWOOD ENTERPRISES, INC., et al., | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtor | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE** |
| Fleetwood Travel Trailers of Indiana Inc 09-14401 | ) |
| | ) Bankruptcy Rule 3001(e)(2) |

PLEASE TAKE NOTICE that the *Filed* claim of **PRANGER MECHANICAL INC** ("Transferor") against the Debtor in the amount of **$4,386.00**, ( claim No. 6860 ) as listed within the claims register, and all other claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than **$4,386.00** and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**PRANGER MECHANICAL INC**
**521 LEY ROAD  FORT WAYNE IN 46825**

Print Name: John Pranger          Title: President
Signature: /s/ John Pranger        Date: 7/26/2010

Updated Address if needed) _____

Phone 260.482.3107    Fax 260.484.6068    E-Mail jbp@prangergroup.com

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: /s/ Andrew Whatnall

Mail Ref# 1-439
2676657