1  CRAIG H. MILLET, SBN 106027, CMillet@gibsondunn.com
   SOLMAZ KRAUS, SBN 223117, SKraus@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   3161 Michelson Drive
3  Irvine, California 92612 -4412
   Telephone: (949) 451 -3800
4  Facsimile: (949) 451 -4220
   Attorneys for
5  Debtors and Debtors in Possession

6

**FILED & ENTERED**

**AUG 02 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tolleson   DEPUTY CLERK

7              UNITED STATES BANKRUPTCY COURT

8            FOR THE CENTRAL DISTRICT OF CALIFORNIA

9                      RIVERSIDE DIVISION

10 In re                              CASE NO. 09 -14254-MJ

11 FLEETWOOD ENTERPRISES, INC., et al.,    Chapter 11

12        Debtor                      [Jointly Administered]

13                                    **ORDER EXTENDING THE DEBTORS'**
                                      **AUTHORIZATION TO USE CASH**
14                                    **COLLATERAL TO EARLIER OF**
                                      **AUGUST 20, 2010 AND THE EFFECTIVE**
15                                    **DATE OF A PLAN OF LIQUIDATION**

16                                    **No Hearing Requested**

17

18      Upon consideration of the "Stipulation Extending the Debtors' Authorization to Use Cash

19 Collateral to Earlier of August 20, 2010 and the Effective Date of a Plan of Liquidation" (the "Third

20 Extension Stipulation") between Fleetwood Enterprises, Inc. and its affiliated debtors and debtors in

21 possession in the above -captioned chapter 11 cases (collectively, the "Debtors") and Bank of

22 America, N.A., as Postpetition Agent (all capitalized terms used herein without definition shall have

23 the meanings given to them in the Third Extension Stipulation or, if not defined in the Third

24 Extension Order, in the "Order Extending the Debtors' Aut horization to Use Cash Collateral to the

25 Earlier of January 31, 2010 and the Effective Date of a Plan of Liquidation " (the "Final Cash

26 Collateral Use Order"), entered by this Court on September 10, 2009)  for the Secured Parties (as

27 defined below) and the arguments made by counsel relating to the Stipulation , the Debtors' motion to

28 use cash collateral , the Final Cash Collateral Use Order  and the prior interim order s authorizing the

LA\2124173.1

1    use of cash collateral, and good cause appearing for entry of this order (the "Third Extension Order")

2    authorizing the Debtors' use of cash collateral on the terms set forth in the Third Extension

3    Stipulation, pursuant to Rule 9013-1(m)(2) of the Local Rules of Bankruptcy Practice of the United

4    States Bankruptcy Court for the Central District of California:

5        **IT IS HEREBY ORDERED:**

6        1.    The Third Extension Stipulation is approved and the Debtors are authorized to use

7    Cash Collateral on a final basis on the terms set forth herein.

8        2.    The period during which the Debtors may use Cash Collateral as provided in (and

9    subject to the limitations of) the Interim DIP Order, as modified by the Final Cash Collateral Use

10   Order, is extended such that the day on which the Debtors' right to use Cash Collateral is to terminate

11   (such date, the "Cash Use Termination Date") is extended up to and including the earlier to occur of

12   (i) 5:00 p.m. PDT on August 20, 2010 and (ii) a Termination Date (as defined in the Interim DIP

13   Order, as modified by the Final Cash Collateral Use Order, the First Extension Order, the Second

14   Extension Order and this Third Extension Order).

15       3.    Except as otherwise set forth herein, all provisions of the Interim DIP Order (as

16   modified by the Final Cash Collateral Use Order, the First Extension Order and the Second Extension

17   Order), the Final Cash Collateral Use Order (as modified by the First Extension Order and the Second

18   Extension Order), the First Extension Order (as modified by the Second Extension Order), the

19   Second Extension Order and the DIP Credit Agreement shall remain in full force and effect and be

20   binding on the Prepetition Agent, the Prepetition Credit Facility Lenders, the Postpetition Agent and

21   the DIP Lenders (as such terms are defined in the Interim DIP Order) (collectively, the "Secured

22   Parties"), the Debtors and all other parties as provided therein.

23       4.    Section 20 of the Interim DIP Order is amended by deleting in their entirety

24   subclauses (b), (f), (i), (k) and (m) thereof and inserting in lieu thereof the following:

25       "(b)    the Debtors breach any of their obligations under the Stipulation Extending the

26   Debtors Authorization to Use Cash Collateral to Earlier of January 31, 2010, and the Effective Date

27   of a Plan of Liquidation (the 'Stipulation'), the order approving the Stipulation (the 'Stipulated

28   Order'), the Stipulation Extending the Debtors Authorization to Use Cash Collateral to Earlier of

2

1  April 30, 2010, and the Effective Date of a Plan of Liquidation (the 'First Extension Stipulation'), the

2  order approving the First Extension Stipulation (the 'First Extension Order'), the Stipulation

3  Extending the Debtors' Authorization to Use Cash Collateral to Earlier of July 15, 2010, and the

4  Effective Date of a Plan of Liquidation (the 'Second Extension Stipulation'), the order approving the

5  Second Extension Stipulation (the 'Second Extension Order'), the Stipulation Extending the Debtors'

6  Authorization to Use Cash Collateral to Earlier of August 20, 2010, and the Effective Date of a Plan

7  of Liquidation (the 'Third Extension Stipulation'), the order approving the Third Extension

8  Stipulation (the 'Third Extension Order') or the Interim DIP Order (as amended by the Stipulation,

9  the Stipulated Order, the First Extension Stipulation, the First Extension Order, the Second Extension

10  Stipulation, the Second Extension Order, the Third Extension Stipulation and the Third Extension

11  Order);"

12            .        .        .

13            "(f)        except to the extent that the Postpetition Agent has agreed in writing in its sole

14  discretion (and except pursuant to any order, decree or judgment entered in connection with the

15  Committee's appeal of the Order on Motion for the Turnover of Property of the Estate Pursuant to 11

16  U.S.C. § 542 Filed by the Official Committee of Creditors Holding Unsecured Claims [D.I. 2083]

17  (the 'Turnover Order Appeal')), (1) any stay, vacatur, reversal, modification or other amendment in

18  any respect of the Stipulated Order, the First Extension Order, the Second Extension Order, the Third

19  Extension Order or the Interim DIP Order (except to the extent amended by the Stipulated Order, the

20  First Extension Order, the Second Extension Order, the Third Extension Order or otherwise herein),

21  (2) the filing of a motion or other pleading by any Debtor seeking the entry of any order providing for

22  any such stay, vacatur, reversal, modification or other amendment with respect to the Stipulated

23  Order, the First Extension Order, the Second Extension Order, the Third Extension Order or the

24  Interim DIP Order or challenging any of the Postpetition Liens, or (3) the filing of a motion for

25  reconsideration by any Debtor with respect to the Stipulated Order, the First Extension Order, the

26  Second Extension Order, the Third Extension Order or the Interim DIP Order;"

27            .        .        .

28

3

1    "(i)    Ten (10) business days after the Secured Parties give the Debtors and the

2    Committee written notice that they cont end that  a plan of reorganization or liquidation filed by the

3    Debtors (i) does not provide for  payment in full of all Postpetition Obligations then outstanding

4    (including, without limitation, all costs, fees and/or expenses of the Secured Parties payable   by the

5    Debtors in accordance with the Interim DIP Order, the DIP Credit Agreement  , the Stipulated Order

6    the First Extension Order and the Second Extension Order  (in each case modified by the  Third

7    Extension Order) which have been invoiced to the Debtors an d which are neither contested nor

8    disputed by either the Debtors or the Committee), does not provide  cash collateralization  of all costs,

9    fees and/or expenses of the Secured Parties payable by the Debtors in accordance with the Interim

10    DIP Order, the DIP C redit Agreement , the Stipulated Order, the Extension Order , the Second

11    Extension Order  (in each case modified by the  Third Extension Order) which have been invoiced to

12    the Debtors and which are contested or disputed by any party, or does not provide    treatment of any

13    unliquidated or contingent claims of the Secured Parties, including, without limitation, any claims for

14    indemnification that any of them might have asserted or may assert, from the Segregated Cash

15    Collateral Account in the first instance and th e Debtors' other Postpetition Blocked Accounts and

16    other Postpetition Collateral in the second instance, all  in a manner acceptable  to the Postpetition

17    Agent in its reasonable discretion or ( ii) is not otherwise acceptable to the Secured Parties in their

18    sole discretion ;"

19                .         .         .

20    "(k)    any person or entity, including, without limitation, the Debtors or the

21    Creditors' Committee, files a motion or takes any other action to use, control or take possession of

22    any cash or other assets held in the Segregated Cas h Collateral Account (as defined in the

23    Stipulation) other than in accordance with the terms of the Stipulated Order  , the First Extension

24    Order, the Second Extension Order  and the Third Extension Order ;"

25                .         .         .

26    "(m)    the entry of an order by the Court g ranting relief from or modifying the

27    automatic stay of Section 362 of the Bankruptcy Code to allow any creditor to execute upon or

28    enforce a lien or security interest on any Postpetition Collateral, which  would have a material

1  adverse effect on (i) any De btor or its financial condition, business, prospects or assets or (ii) any

2  Secured Party under the Stipulation, the Stipulated Order, the  First Extension Stipulation, the  First

3  Extension Order,  the Second Extension Stipulation, the Second Extension Order,   the Third Extension

4  Stipulation, the Third Extension Oder,  the DIP Credit Agreement or the Interim DIP Order (as

5  amended by the Stipulated Order , the First Extension Order , the Second Extension Order  and the

6  Third Extension Order )."

7       5.      Except as may be su perseded by an Order confirming a plan of reorganization or

8  liquidation, the Final Cash Collateral Use Order  and the Interim DIP Order are amended to provide

9  that the Required Amount required to be maintained at all times in the Segregated Cash Collateral

10  Account will be an amount equal to (a) an amount equal to all costs, fees and/or expenses of the

11  Secured Parties (including costs, fees and/or expenses of its counsel) not reimbursed by the Debtors

12  in accordance with the Interim DIP Order, the DIP Credit A greement, the Final Cash Collateral Use

13  Order, the Extension Order  and the Second Extension Order  (in each case to the extent modified by

14  the Third Extension Order) within 10 days of  receipt by the  Debtors of any applicable invoices,

15  statements, receipts  or other documents,  plus (b) an amount equal to  $5,000,000.00 (constituting an

16  estimate of the Secured Parties' potential exposure and legal  fees, costs and expenses  under or

17  incurred in connection with  the adversary proceeding captioned  *First American Tru st Company v.*

18  *Fleetwood Enterprises, Inc. et al* ., Case Number 09 -01415 MJ and other potential claims that might

19  be brought or asserted against them ); plus (d) an amount equal to  $600,000 to cover costs, fees and/or

20  expenses of the Secured Parties (includin g, without limitation, costs, fees and/or expenses of their

21  counsel) incurred by the Secured Parties in relation to the Turnover  Order Appeal until such time as

22  the Turnover Order Appeal and any matters related thereto  have been resolved by a Final Order o f a

23  court of competent jurisdiction (including any appellate court) (the "Turnover Motion Costs")  ;

24  provided that any Turnover Motion Costs in excess of $ 600,000 that are not disputed in writing by

25  the Debtors or the Committee  within ten (10) Business Days  after submission by the Postpetition

26  Agent of applicable invoices, statements, receipts or other documents supporting such costs, fees

27  and/or expenses or, to the extent disputed by the  Debtors or the Committee  within such ten (10)

28  Business Day period, are  either approved by a Final Order of the Bankruptcy Court or other court of

competent jurisdiction (including any appellate court) or are no longer disputed by the  Debtors or the

Committee, as applicable,  (as reflected in a written notice from the  Debtors or the Committee, as

applicable), shall be immediately paid by the Debtors.  For the avoidance of doubt (but without

prejudice to any Postpetition Lien in favor of the Secured Parties  on such Real Estate or otherwise ),

"Real Estate Availability" shall be ze ro, and no Real Estate shall form the basis of any support for

any outstanding Borrowings.   The collateralization of any disputed costs, fees and/or expenses of the

Secured Parties (including costs, fees and/or expenses of its counsel), what the  Secured Pa rties' assert

are their potential exposure and legal  fees, costs and expenses  under or incurred in connection with

the adversary proceeding captioned  *First American Trust Company v. Fleetwood Enterprises, Inc. et

al*., Case Number 09 -01415 MJ or any other u nliquidated or contingent claims of the Secured Parties,

including, without limitation, any claims for indemnification that any of them might have asserted or

may assert, shall not be deemed to be an admission by the Debtors or the Committee that any of th e

costs, fees, expenses, unliquidated or contingent claims or claims for indemnification collateralized

are valid and proper claims against the Debtors either in the amount collateralized or in any other

amount.

6.     Notwithstanding anything herein, or in t he Final Cash Collateral Use Order or in the

Interim DIP Order (including, without limitation, paragraph 4 thereof) to t he contrary, the definition

of "Maximum Amount" as used in the DIP Credit Agreement mean  s $0.

7.     Attached hereto as Exhibit A  is a rol ling 13-week budget setting forth all projected

cash receipts and cash disbursements (by line item) on a weekly basis for the time period set forth

therein.  Such budget shall constitute the current Approved DIP Budget prepared by the Debtors and

approved by the Postpetition Agent  and the Required Lenders,  which shall be updated monthly  in

accordance with the terms of the DIP Credit Agreement, except as modified by this   Third Extension

Order.

8.     Notwithstanding anything  herein, in the Final Cash Collater al Use Order,  in the First

Extension Order,  in the Interim DIP Order or the DIP Credit Agreement (including, without

limitation, Section 5.2 thereof) to the contrary, each Weekly Borrowing Base Certificate and each

thirteen week cash flow budget  required to be delivered pursuant to Sections  5.2(l) and (r) of the DIP

Credit Agreement is instead be required to be delivered (a) within 5 days after the end of each fiscal month and (b) in addition, solely with respect to the Weekly Borrowing Base Certificate, if and to the extent that there is any change to the calculation of the Borrowing Base, within 5 days after such change. In addition, the report stating whether the Borrowers are in compliance with the conditions set forth in Section 7.22 of the DIP Credit Agreement (and related support) which was required to be delivered by the end of the day four (4) Business Days following the last day of each Measurement Period under section 5.2(s) of the DIP Credit Agreement is now instead required to be delivered monthly within 15 days after the end of each fiscal month.

9.      Notwithstanding anything herein, any reference to the Final Cash Collateral Use Order, the First Extension Order, the Second Extension Order, the Interim DIP Order or the DIP Credit Agreement in an y of the foregoing orders or agreements shall mean such order or agreement as modified by this Third Extension Order.

10.     To the extent that any provisions of this Third Extension Order conflict with any provisions of the Final Cash Collateral Use Order, Interim DIP Order, the First Extension Stipulation, the First Extension Order, the Second Extension Stipulation, the Second Extension Order, the Third Extension Stipulation or any interim orders authorizing the use of cash collateral in the Chapter 11 Cases, the provisions of this Third Extension Order shall control and govern to the extent of such conflict.

11.     Nothing contained in this Third Extension Order or the Third Extension Stipulation shall constitute or be deemed to constitute a release or waiver of any rights or remedies that any of the Secured Parties might have pursuant to the Final Cash Collateral Use Order, the First Extension Order, the Second Extension Order, the Interim DIP Order, the DIP Credit Agreement or the Bankruptcy Code except as e xpressly set forth otherwise in the Third Extension Stipulation, including, without limitation, any rights, objections or remedies that they might have with respect to or in connection with the sale of any asset or any plan of liquidation that has been fil ed or might be filed in the Debtors' cases, and nothing contained herein shall constitute or be deemed to constitute consent to any such sale or the acceptance of any such plan by or on behalf of any of the Secured Parties.

1     12.    The Debtors are authorized and empowered to take all actions necessary to implement

2  the relief granted in this Third Extension Order.

3     13.    The terms and conditions of this Third Extension Order shall be immediately effective

4  and enforceable upon its entry.

5     14.    This Court retains jurisdiction with respect to all matters arising from and related to

6  the implementation of this Third Extension Order.

7  100911371_1.DOC

8                  ###

8

DATED: August 2, 2010

_____
United States Bankruptcy Judge

**EXHIBIT A**

Fleetwood Enterprises, Inc.
Consolidated Cash Flow Forecast
Week Ending 8/23/09 - 10/24/10

| Date | 8/23/09-7/25/10 | 08/01/10 | 08/08/10 | 08/15/10 | 08/22/10 | 08/29/10 | 09/05/10 | 09/12/10 | 09/19/10 | 09/26/10 | 10/03/10 | 10/10/10 | 10/17/10 | 10/24/10 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Budget/Actual | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget |
| **CASH FLOW** | | | | | | | | | | | | | | | |
| **GROSS SALES** | | | | | | | | | | | | | | | |
| GROSS SALES/BILLINGS | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Sales | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **RECEIPTS** | | | | | | | | | | | | | | | |
| A  RECEIPTS | 1,352,750 | - | 7,075 | - | - | 6,267 | - | - | - | - | 4,973 | - | - | 1,371,064 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | |
| B  Incentives and Discounts | | | | | | | | | | | | | | | |
| Incentives | 1,500,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,500,000 |
| C  Purchases | | | | | | | | | | | | | | | |
| Materials | 565,664 | - | - | - | - | - | - | - | - | - | - | - | - | - | 565,664 |
| D  Payroll and Benefits | | | | | | | | | | | | | | | |
| Total Payroll and Benefits | 18,495,282 | 18,629 | 18,629 | 18,629 | 18,629 | 16,094 | 16,094 | 16,094 | 16,094 | 16,094 | 16,094 | 16,094 | 16,094 | 16,094 | 18,714,643 |
| E  Operating Expenditures | | | | | | | | | | | | | | | |
| Operating Expenditures | 9,459,013 | 12,000 | 19,500 | 27,600 | 279,697 | 12,000 | 19,500 | 12,000 | 62,000 | 12,000 | 12,000 | 181,691 | 12,000 | 39,500 | 10,160,501 |
| F  Non-Recurring Expenses | | | | | | | | | | | | | | | |
| Non-Recurring Expenses | 17,194,005 | 8,773 | 8,773 | 8,773 | 611,173 | 15,000 | 15,000 | 15,000 | 617,400 | 15,000 | 15,000 | 15,000 | 15,000 | 617,400 | 19,171,297 |
| G  Warranty and Service Expense | | | | | | | | | | | | | | | |
| Warranty and Service Expense | 42,499 | - | - | - | - | - | - | - | - | - | - | - | - | - | 42,499 |
| H  Debt Service | | | | | | | | | | | | | | | |
| Debt Service | 1,521,727 | 8,097 | - | 50,000 | - | - | - | - | - | - | - | - | - | - | 1,579,824 |
| I  Other (Income) and Expense | | | | | | | | | | | | | | | |
| Other (Income) - and Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DISBURSEMENTS | 48,778,189 | 47,499 | 46,902 | 105,002 | 909,500 | 43,094 | 50,594 | 43,094 | 695,494 | 43,094 | 43,094 | 212,784 | 43,094 | 672,994 | 51,734,427 |
| NET CASH FLOW | (47,425,440) | (47,499) | (39,827) | (105,002) | (909,500) | (43,094) | (44,327) | (43,094) | (695,494) | (43,094) | (43,094) | (207,812) | (43,094) | (672,994) | (50,363,363) |
| Receipts from Asset Sales | 33,459,787 | 900,000 | - | - | - | - | - | - | - | - | - | - | - | - | 34,359,787 |
| LC Reduction/ Cash Collateralization to Agent | (21,032,016) | - | - | - | - | - | - | - | - | - | - | - | - | - | (21,032,016) |
| NET CASH FLOW - Incl. Asset Sales | (34,997,669) | 852,501 | (39,827) | (105,002) | (909,500) | (43,094) | (44,327) | (43,094) | (695,494) | (43,094) | (43,094) | (207,812) | (43,094) | (672,994) | (37,035,593) |
| Accrued Prof. Fees (net of retainers) | 1,260,509 | 1,373,909 | 1,487,309 | 1,600,709 | 1,260,509 | 1,260,509 | 1,411,709 | 1,562,909 | 1,260,509 | 1,260,509 | 1,373,909 | 1,487,309 | 1,600,709 | 1,260,509 | 1,260,509 |

Note:
The Debtor filed the "Disclosure Statement Describing the Joint Plan of Liquidation of Fleetwood Enterprises, Inc. and Its Affiliated Debtors and the Official Committee of Creditors Holding Claims Dated March 3, 2010" and subsequent amended
filings. The cash flow activity in the current budget does not reflect the Plan Confirmation, but rather indicates the budget assuming no confirmation. As a result, cash activity which would occur as of Plan Confirmation is not reflected here.

Draft - Subject to Change

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proc eeding.  My business address is:

**3161 Michelson Drive, Irvine, CA 92612**

A true and correct copy of the foregoing document described as:  **ORDER EXTENDING THE DEBTORS' AUTHORIZATION TO USE CASH COLLATERAL TO  EARLIER OF AUGUST 20, 2010 AND THE EFFECTIVE DATE  OF A PLAN OF LIQUIDATION** will be served or was served (a) on the judge in chambers in the  form and manner required by LBR 5005 -2(d); and (b) in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 29, 2010 **,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding an d determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served ):
On  July 29, 2010,  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a s ealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge  will be  completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**  (indicate method for each person or entity served) : Pursuant to F.R.Civ.P. 5 and/or controlling LBR,  on July 29, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.    Listing the judge here constitutes a declaration that personal delivery on the judge  will be  completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America  that the foregoing is true and correct.

| July 29, 2010 | Pam Crawford | /s/ Pam Crawford |
|---|---|---|
| Date | Type Name | Signature |

9

LA\2124173.1

# I.

*Service via ECF*

| Company | Contact | Email |
|---|---|---|
| Abram Feuerstein on behalf of U.S. Trust ee United States Trustee (RS) | | abram.s.feuerstein@usdoj.gov |
| AL-KO Kober Corporation | Michael J Heyman | michael.heyman@klgates.com |
| Allen Matkins Leek Gamble Mallory & Natsis LLP | Yale K Kim & David R Zaro | ykim@allenmatkins.com; dzaro@allenmatkins.com |
| Alpert  Barr & Grant APLC | Mark S Blackman | Mblackman@AlpertBarr.com |
| Amanda N Ferns on behalf of Defendant Bluelinx Corporation | | aferns@fernslaw.com |
| American Electric Power | David W Meadows | david@davidwmeadowslaw.com |
| Andrew K Alper on behalf of Creditor GE Comme rcial Distribution Finance Corporation and GELCO Corporation dba GE Capital Fleet Services | | aalper@frandzel.com; efiling@frandzel.com; ekidder@frandzel.com |
| Ballard Spahr Andrews & Ingersoll LLP | Rebecca J Winthrop | winthrop@ballardspahr.com; boote@ballards pahr.com |
| Best Best & Krieger | Richard T Egger | richard.egger@bbklaw.com |
| Bradley D Blakeley on behalf of Defendant Gibraltar Insurance Company, Ltd., a corporation | | bblakeley@blakeleyllp.com |
| Bradley E Brook on behalf of Defendant Kelly Schalmo | | bbrook@bbro oklaw.com; jimmy.bbrooklaw.com |
| Brown & Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Charles E. Canter on behalf of National Highway Traffic Safety Administration | Charles E. Canter | Charles.Canter@usdoj.gov |
| Christopher Minier on behalf of Creditor  Courtesy Ford, Inc. | | becky@ringstadlaw.com |
| Christopher P Ridout on behalf of Creditor Conrad Budd | | c.ridout@ridoutlyonlaw.com |
| Counsel to Atwood Mobile Products | Caroline Djang | crd@jmbm.com |
| Counsel to Other Prof Greenhill & Co LLC | Howard Steinberg | hsteinberg@irell.com; awsmith@irell.com |
| Counsel to Peggy Richan | Sophie A Hubscher | sophie@korperlemonlaw.com |
| Cox Castle & Nicholson | Randy P Orlik | rorlik@coxcastle.com |
| Craig C Chiang on behalf of Interested Party Courtesy NEF | | cchiang@buchalter.com |
| Craig Mille t on behalf of Debtor Continental Lumber Products, Inc. | | cmillet@gibsondunn.com; pcrawford@gibsondunn.com |
| Daniel C Lapidus | | dan@lapiduslaw.com |
| Daniel R Shapiro on behalf of Creditor Christie Davis | | dnalaw@sbcglobal.net |
| Danning Gill Diamond & Kollitz LLP | John J Bingham Jr | jbingham@dgdk.com |
| David M Poitras | | dpoitras@jmbm.com |
| Dennis G Bezanson on behalf of Creditor Flexsteel Industries, Inc. | | dennis.bezanson@bbklaw.com; arthur.johnston@bbklaw.com; kenneth.burgess@bbklaw.com; bknotices@bbklaw.com |
| Deutsche Bank Trust Company Americas | Todd Padnos | tpadnos@dl.com |
| Donahoe & Young LLP | Mark Young & Samuel Price | sprice@donahoeyoung.com; myoung@donahoeyoung.com |
| Donald L Gaffney on behalf of Interested Party Courtesy NEF | | dgaffney@swlaw.com |
| Faegre & Benson LLP | Lawrence Bass | lbass@faegre.com |
| Fleetwood Enterprises Inc | Craig Millet, Solmaz Kraus | skraus@gibsondunn.com; cmillet@gibsondunn.com |
| Frandzel Robins Bloom & Csato LC | Andrew K Alper | aalper@frandzel.com |
| Frank F McGinn on behalf of Interested Party Courtesy NEF | | ffm@bostonbusinesslaw.com |
| Fred M Cohen on behalf of Creditor Sandra Dinsmore | | fmcbktaxlaw@hotmail.com |
| Gabriel Liao on behalf of Creditor CRIC YUMA, LLC | | gliao@perkinscoie.com |
| Gary R Wallace on behalf of Creditor Shaw Industries, Inc. | | gwallace@hbblaw.com |

10

| Company | Contact | Email |
|---|---|---|
| Gibson Dunn | Anne A Uyeda | auyeda@gibsondunn.com |
| Gibson Dunn | Jeffrey H Reeves | jreeves@gibsondunn.com |
| Girard Gibbs LLP | Matthew B George & Eric H Gibbs | mbg@girardgibbs.com |
| Gust Rosenfeld PLC | Madeline C Wanslee | mwanslee@gustlaw.com |
| Harvey M Moore on be half of Interested Party Progressive Casualty Insurance Company | | hmoore@bidnakeys.com |
| Hewlett Packard Co | Ramona Neal | ramona.neal@hp.com |
| Holme Roberts & Owen LLP | Sharon Z Weiss | sharon.weiss@hro.com |
| Jay W Hurst on behalf of Creditor Texas Comptroller of Public Accounts | | jay.hurst@oag.state.tx.us; sherri.simpson@oag.state.tx.us |
| John D Monte on behalf of Creditor Maytag Corporation | | montelaw@earthlink.net |
| John F Kurtz on behalf of Creditor Boise Cascade, L.L.C. | | jkurtz@hawleytroxell.com |
| Julander Brown & Bollard LLP | William C Bollard | eal@jbblaw.com |
| Kenneth A Glowacki on behalf of Debtor Fleetwood Enterprises, Inc. | | kglowacki@gibsondunn.com |
| Latham & Watkins LLP | Gregory O Lunt | gregory.lunt@lw.com |
| Latham & Watkins LLP | Kimberly A Posin | kim.posin@lw.com |
| Leo D Plotkin on behalf of Creditor Textron Financial Corporation | | lplotkin@lsl-la.com; dsmall@lsl -la.com |
| Lesnick Law | Matthew A Lesnick | matt@lesnicklaw.com |
| Levy Small & Lallas | Leo D Plotkin | lplotkin@lsl-la.com |
| Linebarger Goggan Blair & Sampson LLP | Diane Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Lynsey M Eaton on behalf of Creditor Cast P roducts Corporation | | leaton@ggfts.com |
| Madeleine C Wanslee on behalf of Creditor Maricopa County Treasurer | | mwanslee@gustlaw.com; rstein@gustlaw.com |
| Mark Bradshaw on behalf of Interested Party Courtesy NEF | | mbradshaw@shbllp.com |
| Maytag Corporation | John D Monte | montelaw@earthlink.net |
| McCreary Veselka Bragg & Allen PC | Michael Reed | kmorriss@mvbalaw.com |
| Michael B Reynolds on behalf of Creditor Cavco Industries | | mreynolds@swlaw.com; kcollins@swlaw.com |
| Michael Reed on behalf of Creditor Bell County TAD, et al | | othercourts@mvbalaw.com |
| Michael H. Traison, on behalf of Bluelinx | Michael Traison | traison@millercanfield.com |
| Nexsen Pruet LLC | Rose D Manos | manos@nexsenpruet.com |
| Nixon Peabody LLP | Louis J Cisz III | lcisz@nixonpeabody.com |
| Peitzman Weg & Kempinsky LLP | James P Menton Jr | jmenton@pwkllp.com |
| Peitzman Weg & Kempinsky LLP | Julian I Gurule | jgurule@pwkllp.com |
| Peter A Davidson | | pdavidson@ecjlaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Mark Houle & Craig Barbarosh | mark.houle@pillsburylaw.com; craig.barbarosh@pills burylaw.com |
| Ramesh Singh on behalf of Interested Party Courtesy NEF | | claims@recoverycorp.com |
| Randall P Mroczynski on behalf of Defendant Fluor Corporation, a corporation | | randym@cookseylaw.com |
| Rebecca J Callahan on behalf of Creditor First American Trust Company, as Trustee of the Century Trust | | rcallahan@callahanlaw.biz |
| Reid & Hellyer A Professional Corp | Mark C Schnitzer | mschnitzer@rhlaw.com |
| Romero Law Firm | Martha E Romero | Romero@mromerolawfirm.com |

| Company | Contact | Email |
|---|---|---|
| Rose D Manos on behalf of Creditor FEMA Trailer | | rmanos@nexsenpruet.com |
| Scott A Schiff on behalf of Creditor Maricopa County Treasurer | | sas@soukup-schiff.com |
| Scott Lee on behalf of Creditor Philips Products, Inc. | | slee@lbbslaw.com |
| Sharon Z Weiss on behalf of Creditor LazyDays RV Supercenter, Inc. | | sweiss@richardsonpatel.com; bkdeptnef@richardsonpatel.com |
| Sidney A Cotlar on behalf of Creditor Conrad Budd | | scotlar@hhkc.com |
| The Gwynn Law Law Firm PC | Jeffrey T Gwynn | jgwynn@gwynn-law.com |
| Thompson & Colgate LLP | John A Boyd | fednotice@tclaw.net |
| Todd L Padnos on behalf of Creditor Deutsche Bank Trust Company Americas | | tpadnos@dl.com; dkennedy@dl.com; sholstrom@dl.com; rkeenan@dl.com; tboothe@dl.com |
| United States Trustee | Elizabeth A Lossing | elizabeth.lossing@usdoj.gov |
| United States Trustee | | ustpregion16.rs.ecf@usdoj.gov |
| Venable LLP | Hamid Rafatjoo | hrrafatjoo@venable.com |
| Warner Stevens | Michael D Warner | echou@warnerstevens.com |
| Wayne S Flick on behalf of Creditor Bank of America, N.A. | | wayne.s.flick@lw.com; colleen.rico@lw.com |
| William C Bollard on behalf of De btor Fleetwood Enterprises, Inc. | | eal@jbblaw.com; kmg@jbblaw.com; dritchie@jbblaw.com; william@jbblaw.com |

LA\2124173.1

## II.
### *Service via U.S. Mail*

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---------|---------|-----------|-----------|------|-------|-----|---------|
| Attorney General | Eric Holder | US DOJ Ben Franklin Station PO Bo x 683 | | Washington | DC | 20044 | US |
| Brayton Purcell LLP | Alan R Brayton & Christina C Skubic | 222 Rush Landing Rd | | Novato | CA | 94945 | US |
| Department of Defense | Robert Gates Secretary | 1000 Defense Pentagon | | Washington | DC | 20301 | US |
| Deutsche Bank Trust Co | Americas Trust & Securities Svs | 60 Wall St MS NYC 60 2710 | | New York | NY | 10005 | US |
| Farrar Holliman & Butler | E Guy Holliman | PO Box 280 | | Lafayette | TN | 37083 | US |
| Franchise Tax Board | Bankruptcy Unit | PO Box 2953 | | Sacramento | CA | 95812-2952 | US |
| Howrey LLP | Richard J Burdge | 550 S Hope St | | Los Angeles | CA | 90071 | US |
| Internal Revenue Service | | PO Box 21126 | | Philadelphia | PA | 19114 | US |
| Law Office of Dean P Sperling | Dean P Sperling | 201 E Sandpointe Ste 220 | | Santa Ana | CA | 92707 | US |
| Owens Corning | Attn Karen Sprenger 1D 5 | 1 Owens Corni ng Pkwy | | Toledo | OH | 43659 | US |
| Perdue Brandon Fielder Collins & Mott LLP | John T Banks | 3301 Northland Dr Ste 505 | | Austin | TX | 78731 | US |
| Securities and Exchange Commission | | 233 Broadway 13th Fl | | New York | NY | 10279 | US |
| Securities and Exchange Commission | | 5670 Wilshire Blvd 11th Fl | | Los Angeles | CA | 90036 | US |
| Tennessee Department of Revenue | c o TN Attorney Generals Office | PO Box 20207 | | Nashville | TN | 37202-0207 | US |
| The Bank of New York Melon Trust Co | Attn Corporate Trust Administration | 101 Barclay St 21 W | | New York | NY | 10286 | US |
| The Bank of New York Melon Trust Co | Attn Corporate Trust Administration | 101 Barclay St Fl 8W | | New York | NY | 10286 | US |
| Travelers | Attn Chantel Pinnock | 1 Tower Sq 5MN | National Accounts | Hartford | CT | 06183-4044 | US |
| United States Attorneys Office | Civil Process Clerk | 300 N Los Angeles St | Federal Building Rm 7516 | Los Angeles | CA | 90012 | US |
| US Bankruptcy Court | Hon Meredith A Jury | 3420 Twelfth St | | Riverside | CA | 92501-3819 | US |

## III.
### *Service via Email*

| Company | Contact | Email |
|---|---|---|
| Ballard Spahr Andrews & Ingerso ll LLP | Robert McL Boote | boote@ballardspahr.com |
| Bank of America NA | Attn Todd R Eggertsen | todd.r.eggertsen@bankofamerica.com |
| Cadwalader Wickersham & Taft LLP | John J Rapisardi Esq | john.rapisardi@cwt.com |
| Cadwalader Wickersham & Taft LLP | Peter M Friedman Esq | peter.friedman@cwt.com |
| City of Fort Worth | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| Comptroller of Public Accounts of Texas | Jay W Hurst | jay.hurst@oag.state.tx.us |
| Deutsche Bank Trust Company Americas | Rodney Gaughan | Rodney.Gaughan@db.com |
| Deutsche Bank Trust Company Americas | Stanley Burg | stan.burg@db.com |
| Dewey & LeBoeuf LLP | Allison Weiss & Peter Ivanick | pivanick@dl.com; aweiss@dl.com |
| Dewey & LeBoeuf LLP | Todd Padnos & Danielle Kennedy | tpadnos@dl.com; dkennedy@dl.com |
| Dunn Carney Allen Higgins & Tongue LLP | Daniel F Vidas | dfv@dunn-carney.com |
| Emmet Marvin & Martin LLP | Attn Bayard S Chapin Esq | bchapin@emmetmarvin.com |
| Employment Development Dept | Bankruptcy Group MIC 92E | Don.McKinney@edd.ca.gov |
| Fleetwood | Andrew Griffiths | Andrew.Griffiths@fleetwood.com |
| Fox Hefter Swibel Levin & Carroll LLP | Margaret M Anderson | panderson@fhslc.com |
| Hewlett Packard Co | Esmeralda Vargas | esmere.vargas@hp.com |
| IBM Corporation | Beverly H Shideler | bhshide@us.ibm.com |
| IKON Office Solutions Inc | Katrina Rumph | krumph@ikon.com |
| Latham & Watkins LLP | Andrew Faye Gregory Lunt | andrew.faye@lw.com; gregory.lunt@lw.com |
| Law Office of Christopher J Morosoff | Christopher J Morosoff | cjmorosoff@morosofflaw.com |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com; ilevee@lo wenstein.com |
| McDermott Will & Emery LLP | Jean B LeBlanc | jleblanc@mwe.com |
| McDermott Will & Emery LLP | Nathan F Coco & Emily K Harring | ncoco@mwe.com; eharring@mwe.com |
| Nixon Peabody LLP | Daniel Sovocool & Gina Fornario | dsovocool@nixonpeabody.com; gfornario@ni xonpeabody.com |
| Nixon Peabody LLP | Victor G Milione | vmilione@nixonpeabody.com |
| Pima County Treasurer | Patti Davidson | pcaocvbk@pcao.pima.gov |
| Quarles & Brady LLP | John Collen | jcollen@quarles.com |
| Reading Bankruptcy & Compliance Unit | Timothy A Bortz | tbortz@state.pa.us |
| Reid & Hellyer A Professional Corp | Martha A Warriner | mwarriner@rhlaw.com |
| Riverside District Attorney | Attn Dale Hoy | dhoy@rivcoda.org |
| The Bank of New York Melon Trust Co | Attn J Chris Matthews | j.chris.matthews@bnymellon.com |
| Themis PLLC | Ray A Mandlekar | rmandlekar@themis.us.com |
| United States Trustee | Attn Frank Cadigan & Elizabeth A Lossing | Frank.Cadigan@usdoj.gov; elizabeth.lossing@usdoj.gov |
| Venable LLP | Hamid Rafatjoo | HRRafatjoo@venable.com |
| Venable LLP | David E. Rice | DERice@venable.com |
| Weyerhaeuse r | Rusty Boldin | rusty.boldin@weyerhaeuser.com |

| In re: | | CHAPTER | 11 |
| Fleetwood Enterprises, Inc. | Debtors: | CASE NUMBER | 09-14254-MJ |

### SERVICE LIST FOR THE ENTERED ORDER

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER EXTENDING THE DEBTORS' AUTHORIZATION TO USE CASH COLLATERAL TO EARLIER OF AUGUST 20, 2010 AND THE EFFECTIVE DATE OF A PLAN OF LIQUIDATION** was entered on the date indicated as "Entered" on the first page of this judgment or o rder and will be serve d in the manner indicated below:

I.    **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by t  he court via NEF and hyperlink to the judgment or order.  As of ( *insert date of service* ), the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

☒    Service information continued on attached page

II.    **SERVED BY THE COURT VIA U.S. MAIL** :  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage pr epaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page

III.    **TO BE SERVED BY THE LODGING PARTY** :  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the follow ing person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒    Service information continued on attached page

LA\2124173.1

## I.
### *Service via ECF*

| Company | Contact | Email |
|---|---|---|
| Abram Feuerstein o n behalf of U.S. Trustee United States Trustee (RS) | | abram.s.feuerstein@usdoj.gov |
| AL-KO Kober Corporation | Michael J Heyman | michael.heyman@klgates.com |
| Allen Matkins Leek Gamble Mallory & Natsis LLP | Yale K Kim & David R Zaro | ykim@allenmatkins.com; dzaro@al lenmatkins.com |
| Alpert  Barr & Grant APLC | Mark S Blackman | Mblackman@AlpertBarr.com |
| Amanda N Ferns on behalf of Defendant Bluelinx Corporation | | aferns@fernslaw.com |
| American Electric Power | David W Meadows | david@davidwmeadowslaw.com |
| Andrew K Alper on behal f of Creditor GE Commercial Distribution Finance Corporation and GELCO Corporation dba GE Capital Fleet Services | | aalper@frandzel.com; efiling@frandzel.com; ekidder@frandzel.com |
| Ballard Spahr Andrews & Ingersoll LLP | Rebecca J Winthrop | winthrop@ballardspa hr.com; boote@ballardspahr.com |
| Best Best & Krieger | Richard T Egger | richard.egger@bbklaw.com |
| Bradley D Blakeley on behalf of Defendant Gibraltar Insurance Company, Ltd., a corporation | | bblakeley@blakeleyllp.com |
| Bradley E Brook on behalf of Defendant Kell y Schalmo | | bbrook@bbrooklaw.com; jimmy@bbrooklaw.com |
| Brown & Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Charles Canter on behalf of National Highway Traffic Safety Administration | Charles E. Canter | Charles.Canter@usdoj.gov |
| Christopher Minier on  behalf of Creditor Courtesy Ford, Inc. | | becky@ringstadlaw.com |
| Christopher P Ridout on behalf of Creditor Conrad Budd | | c.ridout@ridoutlyonlaw.com |
| Counsel to Atwood Mobile Products | Caroline Djang | crd@jmbm.com |
| Counsel to Other Prof Greenhill & Co LLC | Howard Steinberg | hsteinberg@irell.com; awsmith@irell.com |
| Counsel to Peggy Richan | Sophie A Hubscher | sophie@korperlemonlaw.com |
| Cox Castle & Nicholson | Randy P Orlik | rorlik@coxcastle.com |
| Craig C Chiang on behalf of Interested Party Courtesy NEF | | cchiang@buchalt er.com |
| Craig Millet on behalf of Debtor Continental Lumber Products, Inc. | | cmillet@gibsondunn.com; pcrawford@gibsondunn.com |
| Daniel C Lapidus | | dan@lapiduslaw.com |
| Daniel R Shapiro on behalf of Creditor Christie Davis | | dnalaw@sbcglobal.net |
| Danning Gill Di amond & Kollitz LLP | John J Bingham Jr | jbingham@dgdk.com |
| David M Poitras | | dpoitras@jmbm.com |
| Dennis G Bezanson on behalf of Creditor Flexsteel Industries, Inc. | | dennis.bezanson@bbklaw.com; arthur.johnston@bbklaw.com; kenneth.burgess@bbklaw.com; bknotices@b bklaw.com |
| Deutsche Bank Trust Company Americas | Todd Padnos | tpadnos@dl.com |
| Donahoe & Young LLP | Mark Young & Samuel Price | sprice@donahoeyoung.com; myoung@donahoeyoung.com |
| Donald L Gaffney on behalf of Interested Party Courtesy NEF | | dgaffney@swlaw.com |
| Faegre & Benson LLP | Lawrence Bass | lbass@faegre.com |
| Fleetwood Enterprises Inc | Craig Millet, Solmaz Kraus | skraus@gibsondunn.com; cmillet@gibsondunn.com |
| Frandzel Robins Bloom & Csato LC | Andrew K Alper | aalper@frandzel.com |
| Frank F McGinn on behalf of Interested  Party Courtesy NEF | | ffm@bostonbusinesslaw.com |
| Fred M Cohen on behalf of Creditor Sandra Dinsmore | | fmcbktaxlaw@hotmail.com |
| Gabriel Liao on behalf of Creditor CRIC YUMA, LLC | | gliao@perkinscoie.com |
| Gary R Wallace on behalf of Creditor Shaw Industries, Inc. | | gwallace@hbblaw.com |

| Company | Contact | Email |
|---|---|---|
| Gibson Dunn | Anne A Uyeda | auyeda@gibsondunn.com |
| Gibson Dunn | Jeffrey H Reeves | jreeves@gibsondunn.com |
| Girard Gibbs LLP | Matthew B George & Eric H Gibbs | mbg@girardgibbs.com |
| Gust Rosenfeld PLC | Madeline C Wanslee | mwanslee@gustlaw.com |
| Harvey M Moore on behalf of Interested Party Progressive Casualty Insurance Company | | hmoore@bidnakeys.com |
| Hewlett Packard Co | Ramona Neal | ramona.neal@hp.com |
| Holme Roberts & Owen LLP | Sharon Z Weiss | sharon.weiss@hro.com |
| Jay W Hurst on behalf of Creditor Tex as Comptroller of Public Accounts | | jay.hurst@oag.state.tx.us; sherri.simpson@oag.state.tx.us |
| John D Monte on behalf of Creditor Maytag Corporation | | montelaw@earthlink.net |
| John F Kurtz on behalf of Creditor Boise Cascade, L.L.C. | | jkurtz@hawleytroxell.com |
| Julander Brown & Bollard LLP | William C Bollard | eal@jbblaw.com |
| Kenneth A Glowacki on behalf of Debtor Fleetwood Enterprises, Inc. | | kglowacki@gibsondunn.com |
| Latham & Watkins LLP | Gregory O Lunt | gregory.lunt@lw.com |
| Latham & Watkins LLP | Kimberly A Posin | kim.posin@lw.com |
| Leo D Plotkin on behalf of Creditor Textron Financial Corporation | | lplotkin@lsl-la.com; dsmall@lsl -la.com |
| Lesnick Law | Matthew A Lesnick | matt@lesnicklaw.com |
| Levy Small & Lallas | Leo D Plotkin | lplotkin@lsl-la.com |
| Linebarger Goggan Blair & Sa mpson LLP | Diane Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Lynsey M Eaton on behalf  of Creditor Cast Products Corporation | | leaton@ggfts.com |
| Madeleine C Wanslee on behalf of Creditor Maricopa County Treasurer | | mwanslee@gustlaw.com; rstein@gustlaw.com |
| Mark Bradshaw on behalf of Interested Party Courtesy NEF | | mbradshaw@shbllp.com |
| Maytag Corporation | John D Monte | montelaw@earthlink.net |
| McCreary Veselka Bragg & Allen PC | Michael Reed | kmorriss@mvbalaw.com |
| Michael B Reynolds on behalf of Creditor Cavco Industries | | mreynolds@swlaw.com; kcollins@swlaw.com |
| Michael Reed on behalf of Creditor Bel I County TAD, et al | | othercourts@mvbalaw.com |
| Michael H. Traison, on behalf of Bluelinx | Michael H. Traison | traison@millercanfield.com |
| Nexsen Pruet LLC | Rose D Manos | manos@nexsenpruet.com |
| Nixon Peabody LLP | Louis J Cisz III | lcisz@nixonpeabody.com |
| Peitzman Weg & Kempinsky LLP | James P Menton Jr | jmenton@pwkllp.com |
| Peitzman Weg & Kempinsky LLP | Julian I Gurule | jgurule@pwkllp.com |
| Peter A Davidson | | pdavidson@ecjlaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Mark Houle & Craig Barbarosh | mark.houle@pillsburylaw.com; craig.barbarosh@pillsburylaw.com |
| Ramesh Singh on behalf of Interested Party Courtesy NEF | | claims@recoverycorp.com |
| Randall P Mroczynski on behalf of Defendant Fluor Corporation, a corporation | | randym@cookseylaw.com |
| Rebecca J Callahan on behalf of Credit or First American Trust Company, as Trustee of the Century Trust | | rcallahan@callahanlaw.biz |
| Reid & Hellyer A Professional Corp | Mark C Schnitzer | mschnitzer@rhlaw.com |
| Romero Law Firm | Martha E Romero | Romero@mromerolawfirm.com |

| Company | Contact | Email |
|---------|---------|-------|
| Rose D Manos on behalf of Cred itor FEMA Trailer | | rmanos@nexsenpruet.com |
| Scott A Schiff on behalf of Creditor Maricopa County Treasurer | | sas@soukup -schiff.com |
| Scott Lee on behalf of Creditor Philips Products, Inc. | | slee@lbbslaw.com |
| Sharon Z Weiss on behalf of Creditor LazyDays RV Supercenter, Inc. | | sweiss@richardsonpatel.com; bkdeptnef@richardsonpatel.com |
| Sidney A Cotlar on behalf of Creditor Conrad Budd | | scotlar@hhkc.com |
| The Gwynn Law Law Firm PC | Jeffrey T Gwynn | jgwynn@gwynn -law.com |
| Thompson & Colgate LLP | John A Boyd | fednotice@tclaw.net |
| Todd L Padnos on behalf of Creditor Deutsche Bank Trust Company Americas | | tpadnos@dl.com; dkennedy@dl.com; sholstrom@dl.com; rkeenan@dl.com; tboothe@dl.com |
| United States Trustee | Elizabeth A Lossing | elizabeth.lossing@usdoj.gov |
| United States Truste e | | ustpregion16.rs.ecf@usdoj.gov |
| Venable LLP | Hamid Rafatjoo | hrrafatjoo@venable.com |
| Warner Stevens | Michael D Warner | echou@warnerstevens.com |
| Wayne S Flick on behalf of Creditor Bank of America, N.A. | | wayne.s.flick@lw.com; colleen.rico@lw.com |
| William C B ollard on behalf of Debtor Fleetwood Enterprises, Inc. | | eal@jbblaw.com; kmg@jbblaw.com; dritchie@jbblaw.com; william@jbblaw.com |

18

LA\2124173.1

**II.**
*Service via U.S. Mail*

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Attorney General | Eric Holder | US DOJ Ben Franklin Station PO Box 683 | | Washington | DC | 20044 | US |
| Brayton Purcell LLP | Alan R Brayton & Christina C Skubic | 222 Rush Landing Rd | | Novato | CA | 94945 | US |
| Department of Defense | Robert Gates Secretary | 1000 Defense Pentagon | | Washington | DC | 20301 | US |
| Deutsche Bank Trust Co | Americas Trust & Securities Svs | 60 Wall St MS NYC 60 2710 | | New York | NY | 10005 | US |
| Farrar Holliman & Butler | E Guy Holliman | PO Box 280 | | Lafayette | TN | 37083 | US |
| Franchise Tax Board | Bankruptcy Unit | PO Box 2953 | | Sacramento | CA | 95812-2952 | US |
| Howrey LLP | Richard J Burdge | 550 S Hope St | | Los Angeles | CA | 90071 | US |
| Internal Revenue Service | | PO Box 21126 | | Philadelphia | PA | 19114 | US |
| Law Office of Dean P Sperling | Dean P Sperling | 201 E Sandpointe Ste 220 | | Santa Ana | CA | 92707 | US |
| Owens Corning | Attn Karen Sprenger 1D 5 | 1 Owens Corning Pkwy | | Toledo | OH | 43659 | US |
| Perdue Brandon Fielder Collins & Mott LLP | John T Banks | 3301 Northland Dr Ste 505 | | Austin | TX | 78731 | US |
| Securities and Exchange Commission | | 233 Broadway 13th Fl | | New York | NY | 10279 | US |
| Securities and Exchange Commission | | 5670 Wilshire Blvd 11th Fl | | Los Angeles | CA | 90036 | US |
| Tennessee Department of Revenue | c o TN Attorney Generals Office | PO Box 20207 | | Nashville | TN | 37202-0207 | US |
| The Bank of New York Melon Trust Co | Attn Corporate Trust Administration | 101 Barclay St 21 W | | New York | NY | 10286 | US |
| The Bank of New York Melon Trust Co | Attn Corporate Trust Administration | 101 Barclay St Fl 8W | | New York | NY | 10286 | US |
| Travelers | Attn Chantel Pinnock | 1 Tower Sq 5MN | National Accounts | Hartford | CT | 06183-4044 | US |
| United States Attorneys Office | Civil Process Clerk | 300 N Los Angeles St | Federal Building Rm 7516 | Los Angeles | CA | 90012 | US |
| US Bankruptcy Court | Hon Meredith A Jury | 3420 Twelfth St | | Riverside | CA | 92501-3819 | US |

LA\2124173.1

### III.
### *Service via Email*

| Company | Contact | Email |
|---|---|---|
| Ballard Spahr Andrews & Ingersoll LLP | Robert McL Boote | boote@ballardspahr.com |
| Bank of America NA | Attn Todd R Eggertsen | todd.r.eggertsen@bankofamerica.com |
| Cadwalader Wickersham & Taft LLP | John J Rapisardi Esq | john.rapisardi@cwt.com |
| Cadwalader Wickersham & Taft LL P | Peter M Friedman Esq | peter.friedman@cwt.com |
| City of Fort Worth | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| Comptroller of Public Accounts of Texas | Jay W Hurst | jay.hurst@oag.state.tx.us |
| Deutsche Bank Trust Company Americas | Rodney Gaughan | Rodney.Gaughan@db.com |
| Deutsche Bank Trust Company Americas | Stanley Burg | stan.burg@db.com |
| Dewey & LeBoeuf LLP | Allison Weiss & Peter Ivanick | pivanick@dl.com; aweiss@dl.com |
| Dewey & LeBoeuf LLP | Todd Padnos & Danielle Kennedy | tpadnos@dl.com; dkennedy@dl.com |
| Dunn Carney Allen Higgins & Tongue LLP | Daniel F Vidas | dfv@dunn-carney.com |
| Emmet Marvin & Martin LLP | Attn Bayard S Chapin Esq | bchapin@emmetmarvin.com |
| Employment Development Dept | Bankruptcy Group MIC 92E | Don.McKinney@edd.ca.gov |
| Fleetwood | Andrew Griffiths | Andrew.Griffiths @fleetwood.com |
| Fox Hefter Swibel Levin & Carroll LLP | Margaret M Anderson | panderson@fhslc.com |
| Hewlett Packard Co | Esmeralda Vargas | esmere.vargas@hp.com |
| IBM Corporation | Beverly H Shideler | bhshide@us.ibm.com |
| IKON Office Solutions Inc | Katrina Rump h | krumph@ikon.com |
| Latham & Watkins LLP | Andrew Faye Gregory Lunt | andrew.faye@lw.com; gregory.lunt@lw.com |
| Law Office of Christopher J Morosoff | Christopher J Morosoff | cjmorosoff@morosofflaw.com |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com; ilevee@lowenstein.com |
| McDermott Will & Emery LLP | Jean B LeBlanc | jleblanc@mwe.com |
| McDermott Will & Emery LLP | Nathan F Coco & Emily K Harring | ncoco@mwe.com; eharring@mwe.com |
| Nixon Peabody LLP | Daniel Sovocool & Gina Fornario | dsovocool@nixonpea body.com; gfornario@nixonpeabody.com |
| Nixon Peabody LLP | Victor G Milione | vmilione@nixonpeabody.com |
| Pima County Treasurer | Patti Davidson | pcaocvbk@pcao.pima.gov |
| Quarles & Brady LLP | John Collen | jcollen@quarles.com |
| Reading Bankruptcy & Compliance Unit | Timothy A Bortz | tbortz@state.pa.us |
| Reid & Hellyer A Professional Corp | Martha A Warriner | mwarriner@rhlaw.com |
| Riverside District Attorney | Attn Dale Hoy | dhoy@rivcoda.org |
| The Bank of New York Melon Trust Co | Attn J Chris Matthews | j.chris.matthews@bnymellon.com |
| Themis PLLC | Ray A Mandlekar | rmandlekar@themis.us.com |
| United States Trustee | Attn Frank Cadigan & Elizabeth A Lossing | Frank.Cadigan@usdoj.gov; elizabeth.lossing@usdoj.gov |
| Venable LLP | Hamid Rafatjoo | hrrafatjoo@venable.com |
| Venable LLP | David E. Rice | derice@venable.com |
| Weyerhaeuser | Rusty Boldin | rusty.boldin@weyerhaeuser.com |