# JUDGE'S INSTRUCTIONS FOR ENTERING DISCHARGE IN CHAPTER 11 CASES

FILED
AUG 6 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

| DEBTOR'S NAME: | CASE NO.: |
|---|---|
| FLEETWOOD ENTERPRISES INC | 6:09-14254 MJ |

**PLEASE ENTER AND CAUSE TO BE SERVED ON ALL CREDITORS AND PARTIES IN INTEREST AN ORDER OF DISCHARGE**

☐ ON THE SAME DATE AS THE ENTRY OF THE ORDER CONFIRMING THE CHAPTER 11 PLAN;

☐ ON ___/___/___, THE EFFECTIVE DATE OF THE PLAN;

☐ UPON THE GRANTING OF A MOTION FOR ORDER OF DISCHARGE;

☐ CONCURRENTLY WITH THE ENTRY OF THE FINAL DECREE;

☐ OTHER:
_____
_____
_____

☒ NO DISCHARGE WILL BE ENTERED BECAUSE THE DEBTOR IS NOT ELIGIBLE FOR ONE.

**Docketing Instructions:**

1. Docket the Order Confirming Plan using event code *Order Confirming Chapter 11 Plan*, and if applicable the Post Confirmation Status Conference Hearing using event code *Post Confirmation Status Conference*.

2. Docket the Judge's Instructions form regarding Chapter 11 discharge using event code *Judges Instructions for Entering Chapter 11 Discharge* ensuring to enter the specific instruction in secondary text.

Judge: _____Jury_____    Judge's Signature: _____
                         Date signed: 8-6-10

*March 2010*