STEVEN T. GUBNER - Bar No. 156593
SUSAN K. SEFLIN - Bar No. 213865
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:   sgubner@bg.law
         sseflin@bg.law

Attorneys for SltnTrst LLC, the duly appointed
Liquidating Trustee for the Fleetwood Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re | Case No. 6:09-bk-14254-MW |
| FLEETWOOD ENTERPRISES, INC., et al., | Chapter 11 |
| Debtors. | **NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL DECREE; DECLARATION OF PETER S. KRAVITZ IN SUPPORT THEREOF** |
| | **Hearing**: |
| | Date: December 15, 2020 (Via CourtCall)<br>Time: 9:00 a.m.<br>Place: Courtroom 301<br>   United States Bankruptcy Court<br>   3420 Twelfth Street<br>   Riverside, CA 92501 |

1

1912011

**PLEASE TAKE NOTICE** that on <u>**December 15, 2020 at 9:00 a.m.**</u>, a telephonic hearing will be held before the Honorable Mark S. Wallace, United States Bankruptcy Judge for the Central District of California, in his Courtroom 301 located at 3420 Twelfth Street, Riverside, California 92501, for the Court to consider the motion ("Motion") brought by SltnTrst, LLC, in its capacity as the duly authorized and acting Liquidating Trustee ("Liquidating Trustee") of the Fleetwood Liquidating Trust ("Liquidating Trust"), for entry of a final decree closing the above-captioned chapter 11 cases of Fleetwood Enterprises, Inc. ("Fleetwood") and its related debtor entities (the "Subsidiary Debtors" and collectively, with Fleetwood, the "Debtors").

The *Fourth Amended Joint Plan of Liquidation of Fleetwood Enterprises, Inc. and Its Affiliated Debtors and the Official Committee of Creditors Holding Unsecured Claims Dated August 5, 2010* [Doc. #2433](the "Plan") was confirmed pursuant to Court order entered on August 6, 2010 [Doc. #2436] (the "Confirmation Order"). Pursuant to the Plan and the Confirmation Order, the Debtors were substantively consolidated under the Fleetwood bankruptcy case; however, the Subsidiary Debtors' bankruptcy cases have not yet been closed. Therefore, the Liquidating Trustee is including the Subsidiary Debtors in this Motion to ensure that the Subsidiary Debtors' bankruptcy cases are also closed. The list of all of the Debtors' bankruptcy cases is included in the annexed Memorandum of Points and Authorities.

At this point in time, the provisions of the Plan have been substantially consummated. All distributions pursuant to the Plan have been made, and all outstanding litigation has been fully resolved. There are no pending or open matters or proceedings and all final motions for approval of compensation and reimbursement of expenses incurred by professionals employed in the Debtors' cases have been filed and approved by the Court. In sum, the Debtors' bankruptcy estates have been fully administered, and the Debtors' bankruptcy cases should be closed.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon the attached Memorandum of Points and Authorities and the annexed declaration of Peter Kravitz, the entire record in these cases, and such other and further evidence as may be provided at any hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that distributions to all allowed claims in these cases have been completed per their treatment in the Plan, and that the Liquidating Trustee does not expect to make any further claim distributions.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 9013(1)(f) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California, any response or opposition to the Motion must be in writing and must be filed with the Court, the United States Trustee, and served upon the undersigned counsel at least 14 days before the hearing date.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file and serve a written response may be deemed by the Court to be consent to the granting of the Motion.

**PLEASE TAKE FURTHER NOTICE** that, unless a tentative ruling states "Appearances Not Required," telephonic appearances are required for this matter. As set forth more fully in this Court's *Announcement Regarding Court Procedures During the Coronavirus Pandemic,* located at https://www.cacb.uscourts.gov/sites/cacb/files/documents/judges/instructions/MW_Coronavirusannouncement.pdf, "persons appearing telephonically are deemed to have assumed the risk of a faulty, disconnected or missed connection. Hearings generally will not be rescheduled due to faulty, disconnected or missed connections. Online registration with CourtCall is available. For those who want to register online, simply go to www.CourtCall.com and there you can follow the instructions for online registration. It is imperative that parties register with CourtCall as early as possible to permit sufficient time for CourtCall to process your request and for the Court to be notified by CourtCall that you are appearing in a matter. You can also contact CourtCall directly by telephoning (866) 582-6878. Please use a landline for higher reception and clarity. Speaker phones are prohibited. After CourtCall has connected your phone line to the Courtroom, please put your phone on mute until your calendar number is called to avoid interfering with other hearings in progress."

**WHEREFORE**, the Liquidating Trustee respectfully requests that the Court (i) enter a final decree closing the Debtors' chapter 11 bankruptcy cases, (ii) enter an order that the Liquidating Trustee is not required to pay quarterly U.S. Trustee fees beyond those for the fourth quarter 2020,

1912011

1 and (iii) grant such other and further relief as the Court deems just and proper under the

2 circumstances.

3 DATED: November 24, 2020                    BRUTZKUS GUBNER

By: /s/ Susan K. Seflin
      Susan K. Seflin
Attorneys for, SltnTrst LLC, the duly appointed
Liquidating Trustee for the Fleetwood Liquidating
Trust

1912011

# **MEMORANDUM OF POINTS AND AUTHORITIES**

## I. INTRODUCTION

Pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules 3022-1 and 9013-1(d), SltnTrst, LLC, in its capacity as the duly authorized and acting Liquidating Trustee ("Liquidating Trustee") of the Fleetwood Liquidating Trust ("Liquidating Trust"), successor in interest to Fleetwood Enterprises, Inc. ("Fleetwood") and its related debtor entities (the "Subsidiary Debtors" and collectively, with Fleetwood, the "Debtors"), hereby moves (the "Motion") this Court for the entry of a final decree closing the Debtors' chapter 11 bankruptcy cases.

The *Fourth Amended Joint Plan of Liquidation of Fleetwood Enterprises, Inc. and Its Affiliated Debtors and the Official Committee of Creditors Holding Unsecured Claims Dated August 5, 2010* [Doc. #2433](the "Plan") was confirmed pursuant to Court order entered on August 6, 2010 [Doc. #2436] (the "Confirmation Order").  Pursuant to the Plan and the Confirmation Order, the Debtors were substantively consolidated under the Fleetwood bankruptcy case; however, the Subsidiary Debtors' bankruptcy cases have not yet been closed.  Therefore, the Liquidating Trustee is including the Subsidiary Debtors in this Motion to ensure that the Subsidiary Debtors' bankruptcy cases are also closed.  The following is a list of all of the Debtors' bankruptcy cases:

| Debtor Case Number and Name |
|---|
| 6:09-bk-14254-MW Fleetwood Enterprises, Inc. |
| 6:09-bk-14255-MW Fleetwood Holdings Inc. |
| 6:09-bk-14262-MW Continental Lumber Products, Inc. |
| 6:09-bk-14268-MW Fleetwood General Partner of Texas, Inc. |
| 6:09-bk-14277-MW Fleetwood Home Centers of Texas, Inc. |
| 6:09-bk-14282-MW Fleetwood Homes Investment, Inc. |
| 6:09-bk-14293-MW Fleetwood Homes of Arizona, Inc. |
| 6:09-bk-14314-MW Fleetwood Homes of California, Inc. |
| 6:09-bk-14319-MW Fleetwood Homes of Florida, Inc. |
| 6:09-bk-14321-MW Fleetwood Homes of Georgia, Inc. |
| 6:09-bk-14322-MW Fleetwood Homes of Idaho, Inc. |
| 6:09-bk-14325-MW Fleetwood Homes of Indiana, Inc. |
| 6:09-bk-14327-MW Fleetwood Homes of Kentucky, Inc. |
| 6:09-bk-14330-MW Fleetwood Homes of Mississippi, Inc. |
| 6:09-bk-14334-MW Fleetwood Homes of North Carolina, Inc. |
| 6:09-bk-14337-MW Fleetwood Homes of Oregon, Inc. |
| 6:09-bk-14346-MW Fleetwood Homes of Pennsylvania, Inc. |

1912011

| Debtor Case Number and Name |
| --- |
| 6:09-bk-14351-MW Fleetwood Homes of Tennessee, Inc. |
| 6:09-bk-14359-MW Fleetwood Homes of Texas, L.P. |
| 6:09-bk-14365-MW Fleetwood Homes of Virginia, Inc. |
| 6:09-bk-14371-MW Fleetwood Homes of Washington, Inc. |
| 6:09-bk-14374-MW Fleetwood International Inc. |
| 6:09-bk-14382-MW Fleetwood Motor Homes of California, Inc. |
| 6:09-bk-14383-MW Fleetwood Motor Homes of Indiana, Inc. |
| 6:09-bk-14385-MW Fleetwood Motor Homes of Pennsylvania, Inc. |
| 6:09-bk-14392-MW Fleetwood Retail Corp of Illinois |
| 6:09-bk-14398-MW Fleetwood Retail Corp. of West Virginia |
| 6:09-bk-14400-MW Fleetwood Travel Trailers of California, Inc. |
| 6:09-bk-14401-MW Fleetwood Travel Trailers of Indiana, Inc. |
| 6:09-bk-14402-MW Fleetwood Travel Trailers of Kentucky, Inc. |
| 6:09-bk-14403-MW Fleetwood Travel Trailers of Maryland, Inc. |
| 6:09-bk-14404-MW Fleetwood Travel Trailers of Ohio, Inc. |
| 6:09-bk-14406-MW Fleetwood Travel Trailers of Oregon, Inc. |
| 6:09-bk-14407-MW Fleetwood Travel Trailers of Texas, Inc. |
| 6:09-bk-14408-MW Gold Shield of Indiana, Inc. |
| 6:09-bk-14411-MW Gold Shield, Inc. |
| 6:09-bk-14413-MW Hauser Lake Lumber Operation, Inc. |
| 6:09-bk-14415-MW Fleetwood Retail Corporation |
| 6:09-bk-14417-MW Fleetwood Retail Corp. of California |
| 6:09-bk-14419-MW Fleetwood Retail Corp. of North Carolina |
| 6:09-bk-14420-MW Fleetwood Retail Corp. of Tennessee |
| 6:09-bk-14421-MW Fleetwood Retail Corp. of Virginia |
| 6:09-bk-14422-MW Trendsetter Homes, Inc. |
| 6:09-bk-14423-MW Fleetwood Capital Trust |
| 6:09-bk-27248-MW Fleetwood Retail Corp. of Arizona |
| 6:09-bk-28439-MW Fleetwood Retail Corp. of Arkansas |
| 6:09-bk-28440-MW Fleetwood Retail Corp. of Florida |
| 6:09-bk-28441-MW Fleetwood Retail Corp. of Georgia |
| 6:09-bk-28443-MW Fleetwood Retail Corp. of South Carolina |
| 6:09-bk-14254-MW Fleetwood Enterprises, Inc. |
| 6:09-bk-14255-MW Fleetwood Holdings Inc. |
| 6:09-bk-14262-MW Continental Lumber Products, Inc. |
| 6:09-bk-14268-MW Fleetwood General Partner of Texas, Inc. |
| 6:09-bk-14277-MW Fleetwood Home Centers of Texas, Inc. |
| 6:09-bk-14282-MW Fleetwood Homes Investment, Inc. |
| 6:09-bk-14293-MW Fleetwood Homes of Arizona, Inc. |
| 6:09-bk-14314-MW Fleetwood Homes of California, Inc. |
| 6:09-bk-14319-MW Fleetwood Homes of Florida, Inc. |
| 6:09-bk-14321-MW Fleetwood Homes of Georgia, Inc. |
| 6:09-bk-14322-MW Fleetwood Homes of Idaho, Inc. |

1912011

| Debtor Case Number and Name |
| --- |
| 6:09-bk-14325-MW Fleetwood Homes of Indiana, Inc. |
| 6:09-bk-14327-MW Fleetwood Homes of Kentucky, Inc. |
| 6:09-bk-14330-MW Fleetwood Homes of Mississippi, Inc. |
| 6:09-bk-14334-MW Fleetwood Homes of North Carolina, Inc. |
| 6:09-bk-14337-MW Fleetwood Homes of Oregon, Inc. |
| 6:09-bk-14346-MW Fleetwood Homes of Pennsylvania, Inc. |
| 6:09-bk-14351-MW Fleetwood Homes of Tennessee, Inc. |
| 6:09-bk-14359-MW Fleetwood Homes of Texas, L.P. |
| 6:09-bk-14365-MW Fleetwood Homes of Virginia, Inc. |
| 6:09-bk-14371-MW Fleetwood Homes of Washington, Inc. |
| 6:09-bk-14374-MW Fleetwood International Inc. |
| 6:09-bk-14382-MW Fleetwood Motor Homes of California, Inc. |
| 6:09-bk-14383-MW Fleetwood Motor Homes of Indiana, Inc. |
| 6:09-bk-14385-MW Fleetwood Motor Homes of Pennsylvania, Inc. |
| 6:09-bk-14392-MW Fleetwood Retail Corp of Illinois |
| 6:09-bk-14398-MW Fleetwood Retail Corp. of West Virginia |
| 6:09-bk-14400-MW Fleetwood Travel Trailers of California, Inc. |
| 6:09-bk-14401-MW Fleetwood Travel Trailers of Indiana, Inc. |
| 6:09-bk-14402-MW Fleetwood Travel Trailers of Kentucky, Inc. |
| 6:09-bk-14403-MW Fleetwood Travel Trailers of Maryland, Inc. |
| 6:09-bk-14404-MW Fleetwood Travel Trailers of Ohio, Inc. |
| 6:09-bk-14406-MW Fleetwood Travel Trailers of Oregon, Inc. |
| 6:09-bk-14407-MW Fleetwood Travel Trailers of Texas, Inc. |
| 6:09-bk-14408-MW Gold Shield of Indiana, Inc. |
| 6:09-bk-14411-MW Gold Shield, Inc. |
| 6:09-bk-14413-MW Hauser Lake Lumber Operation, Inc. |
| 6:09-bk-14415-MW Fleetwood Retail Corporation |
| 6:09-bk-14417-MW Fleetwood Retail Corp. of California |
| 6:09-bk-14419-MW Fleetwood Retail Corp. of North Carolina |
| 6:09-bk-14420-MW Fleetwood Retail Corp. of Tennessee |
| 6:09-bk-14421-MW Fleetwood Retail Corp. of Virginia |
| 6:09-bk-14422-MW Trendsetter Homes, Inc. |
| 6:09-bk-14423-MW Fleetwood Capital Trust |
| 6:09-bk-27248-MW Fleetwood Retail Corp. of Arizona |
| 6:09-bk-28439-MW Fleetwood Retail Corp. of Arkansas |
| 6:09-bk-28440-MW Fleetwood Retail Corp. of Florida |
| 6:09-bk-28441-MW Fleetwood Retail Corp. of Georgia |
| 6:09-bk-28443-MW Fleetwood Retail Corp. of South Carolina |

1912011

At this point in time, the provisions of the Plan have been substantially consummated and the only outstanding tasks relate to the winding down of the Liquidating Trust (which necessarily has to take place after the final decree has been entered closing the Debtors' bankruptcy cases). All distributions pursuant to the Plan have been made, and all outstanding litigation has been fully resolved. There are no pending or open matters or proceedings and all final motions for approval of compensation and reimbursement of expenses incurred by professionals employed in the Debtors' cases have been filed and approved by the Court. In sum, the Debtors' bankruptcy estates have been fully administered, and the Debtors' bankruptcy cases should be closed.

These cases have remained open because the Liquidating Trustee and its staff and professionals were diligently liquidating the Debtors' assets and administering claims. The distribution to holders of allowed general unsecured claims far exceeded the 8-14.7% estimated in the Plan – with a final distribution percentage of 97%.

For the reasons set forth herein, the Liquidating Trustee respectfully requests that the Court enter a final decree closing the Debtors' bankruptcy cases.

## II. RELEVANT FACTS

On March 10, 2009, and subsequent dates thereafter, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code thereby commencing the above-captioned cases. Until the sale of substantially all of their assets, the Debtors operated their businesses and managed their financial affairs. The Debtors in these cases included forty-nine separate affiliated entities that were substantively consolidated pursuant to Article VI.A of the Plan, and the Confirmation Order. The Plan became effective on August 23, 2010. As of the Effective Date and except as otherwise set forth in the Plan, all of the Debtors' assets were transferred to the Liquidating Trust.

Pursuant to the Plan, the Confirmation Order and the Liquidating Trust Agreement, the Liquidating Trustee succeeded to all of the property, rights, and powers of the Debtors and is entrusted to administer the Liquidating Trust, and its assets and make distributions from the proceeds of the Trust and take other actions in accordance with the Plan and the Liquidating Trust Agreement. The Liquidating Trustee is authorized, empowered and directed to take all actions necessary to comply with the Plan and exercise and fulfill the duties and obligations thereunder.

1912011

In accordance with the Plan and the Liquidating Trust Agreement, the Liquidating Trustee has paid all allowed secured, priority, administrative and unsecured claims in accordance with the terms of the Plan. In particular, the Liquidating Trustee has paid holders of allowed general unsecured claims a 97% pro rata distribution (or approximately 82% more than the high end estimate under the Plan). There are no more claim distributions to be made under the Plan.

There are no open or pending matters before this Court, and all litigation has been fully resolved. In sum, other than winding down and fully administering the Liquidating Trust, the Liquidating Trustee has performed all of its obligations under the Plan, the Confirmation Order and the Liquidating Trust Agreement.

## III.    DISCUSSION

The Bankruptcy Code defines "substantial consummation" of a plan of reorganization as follows:

(A) transfer of all or substantially all of the property proposed by the plan to be transferred;

(B) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and

(C) commencement of distribution under the plan.

11 U.S.C. §1101(2). Whether a plan has been "substantially consummated" is a question of fact to be determined upon the circumstances of each case. *In re Antiquities of Nevada, Inc.*, 173 B.R. 926, 928 (9th Cir. BAP 1994). "The word 'substantial' suggests more than halfway, more than a mere preponderance." *In re Jorgensen,* 66 B.R. 104, 107 (9th Cir. BAP 1986).

As set forth above, the Plan has been substantially consummated as all allowed claims have been paid according to their treatment in the Plan, and there are no more Plan distributions to be made. Furthermore, all applications concerning professionals' compensation have been resolved, and there are no pending or open matters or proceedings before this Court. Accordingly, the Plan is substantially consummated.

Rule 3022 of the Federal Rules of Bankruptcy Procedure provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed.R.Bankr.P. 3022. Here, the

Debtors' cases are fully administered as allowed claims have been paid according to their treatment under the Plan, and all other open matters and litigation have been resolved. Under these circumstances, the Liquidating Trustee respectfully submits that these bankruptcy cases have now been fully administered and that the Debtors' bankruptcy cases should be closed, and that the Liquidating Trustee should not be required to pay quarterly U.S. Trustee fees beyond those for the fourth quarter of 2020.

## IV. CONCLUSION

**WHEREFORE**, for the foregoing reasons, the Liquidating Trustee respectfully requests that the Court (i) enter a final decree closing the Debtors' chapter 11 bankruptcy cases, (ii) enter an order that the Liquidating Trustee is not required to pay quarterly U.S. Trustee fees beyond those for the fourth quarter 2020, and (iii) grant such other and further relief as the Court deems just and proper under the circumstances.

DATED: November 24, 2020                BRUTZKUS GUBNER

By: /s/ Susan K. Seflin
    Susan K. Seflin
Attorneys for, SltnTrst LLC, the duly appointed Liquidating Trustee for the Fleetwood Liquidating Trust

1912011

## DECLARATION OF PETER S. KRAVITZ

1. I am the managing principal of SltnTrst, LLC *dba* Solution Trust, which is the duly appointed liquidating trustee ("Liquidating Trustee") for the Fleetwood Liquidating Trust ("Liquidating Trust") and I am the individual charged with acting on SltnTrst LLC's behalf. Unless indicated otherwise, I have personal knowledge of the facts set forth below and, if called to testify, I would and could competently testify thereto.

2. I submit this declaration in support of the Motion to which this declaration is annexed. Unless otherwise defined herein, all capitalized terms shall have the same meaning ascribed to them in the Motion.

3. I have reviewed the Motion and believe all factual statements contained therein are true and correct to the best of my knowledge, information and belief.

4. The *Fourth Amended Joint Plan of Liquidation of Fleetwood Enterprises, Inc. and Its Affiliated Debtors and the Official Committee of Creditors Holding Unsecured Claims Dated August 5, 2010* [Doc. #2433](the "Plan") was confirmed pursuant to Court order entered on August 6, 2010 [Doc. #2436] (the "Confirmation Order"). Pursuant to the Plan and the Confirmation Order, the Debtors were substantively consolidated under the Fleetwood bankruptcy case; however, the Subsidiary Debtors' bankruptcy cases have not yet been closed. Therefore, the Liquidating Trustee is including the Subsidiary Debtors in this Motion to ensure that the Subsidiary Debtors' bankruptcy cases are also closed. The following is a list of all of the Debtors' bankruptcy cases:

| Debtor Case Number and Name |
|---|
| 6:09-bk-14254-MW Fleetwood Enterprises, Inc. |
| 6:09-bk-14255-MW Fleetwood Holdings Inc. |
| 6:09-bk-14262-MW Continental Lumber Products, Inc. |
| 6:09-bk-14268-MW Fleetwood General Partner of Texas, Inc. |
| 6:09-bk-14277-MW Fleetwood Home Centers of Texas, Inc. |
| 6:09-bk-14282-MW Fleetwood Homes Investment, Inc. |
| 6:09-bk-14293-MW Fleetwood Homes of Arizona, Inc. |
| 6:09-bk-14314-MW Fleetwood Homes of California, Inc. |
| 6:09-bk-14319-MW Fleetwood Homes of Florida, Inc. |
| 6:09-bk-14321-MW Fleetwood Homes of Georgia, Inc. |
| 6:09-bk-14322-MW Fleetwood Homes of Idaho, Inc. |
| 6:09-bk-14325-MW Fleetwood Homes of Indiana, Inc. |
| 6:09-bk-14327-MW Fleetwood Homes of Kentucky, Inc. |
| 6:09-bk-14330-MW Fleetwood Homes of Mississippi, Inc. |

1912011

| Debtor Case Number and Name |
|---|
| 6:09-bk-14334-MW Fleetwood Homes of North Carolina, Inc. |
| 6:09-bk-14337-MW Fleetwood Homes of Oregon, Inc. |
| 6:09-bk-14346-MW Fleetwood Homes of Pennsylvania, Inc. |
| 6:09-bk-14351-MW Fleetwood Homes of Tennessee, Inc. |
| 6:09-bk-14359-MW Fleetwood Homes of Texas, L.P. |
| 6:09-bk-14365-MW Fleetwood Homes of Virginia, Inc. |
| 6:09-bk-14371-MW Fleetwood Homes of Washington, Inc. |
| 6:09-bk-14374-MW Fleetwood International Inc. |
| 6:09-bk-14382-MW Fleetwood Motor Homes of California, Inc. |
| 6:09-bk-14383-MW Fleetwood Motor Homes of Indiana, Inc. |
| 6:09-bk-14385-MW Fleetwood Motor Homes of Pennsylvania, Inc. |
| 6:09-bk-14392-MW Fleetwood Retail Corp of Illinois |
| 6:09-bk-14398-MW Fleetwood Retail Corp. of West Virginia |
| 6:09-bk-14400-MW Fleetwood Travel Trailers of California, Inc. |
| 6:09-bk-14401-MW Fleetwood Travel Trailers of Indiana, Inc. |
| 6:09-bk-14402-MW Fleetwood Travel Trailers of Kentucky, Inc. |
| 6:09-bk-14403-MW Fleetwood Travel Trailers of Maryland, Inc. |
| 6:09-bk-14404-MW Fleetwood Travel Trailers of Ohio, Inc. |
| 6:09-bk-14406-MW Fleetwood Travel Trailers of Oregon, Inc. |
| 6:09-bk-14407-MW Fleetwood Travel Trailers of Texas, Inc. |
| 6:09-bk-14408-MW Gold Shield of Indiana, Inc. |
| 6:09-bk-14411-MW Gold Shield, Inc. |
| 6:09-bk-14413-MW Hauser Lake Lumber Operation, Inc. |
| 6:09-bk-14415-MW Fleetwood Retail Corporation |
| 6:09-bk-14417-MW Fleetwood Retail Corp. of California |
| 6:09-bk-14419-MW Fleetwood Retail Corp. of North Carolina |
| 6:09-bk-14420-MW Fleetwood Retail Corp. of Tennessee |
| 6:09-bk-14421-MW Fleetwood Retail Corp. of Virginia |
| 6:09-bk-14422-MW Trendsetter Homes, Inc. |
| 6:09-bk-14423-MW Fleetwood Capital Trust |
| 6:09-bk-27248-MW Fleetwood Retail Corp. of Arizona |
| 6:09-bk-28439-MW Fleetwood Retail Corp. of Arkansas |
| 6:09-bk-28440-MW Fleetwood Retail Corp. of Florida |
| 6:09-bk-28441-MW Fleetwood Retail Corp. of Georgia |
| 6:09-bk-28443-MW Fleetwood Retail Corp. of South Carolina |
| 6:09-bk-14254-MW Fleetwood Enterprises, Inc. |
| 6:09-bk-14255-MW Fleetwood Holdings Inc. |
| 6:09-bk-14262-MW Continental Lumber Products, Inc. |
| 6:09-bk-14268-MW Fleetwood General Partner of Texas, Inc. |
| 6:09-bk-14277-MW Fleetwood Home Centers of Texas, Inc. |
| 6:09-bk-14282-MW Fleetwood Homes Investment, Inc. |
| 6:09-bk-14293-MW Fleetwood Homes of Arizona, Inc. |
| 6:09-bk-14314-MW Fleetwood Homes of California, Inc. |

1912011

| Debtor Case Number and Name |
| --- |
| 6:09-bk-14319-MW Fleetwood Homes of Florida, Inc. |
| 6:09-bk-14321-MW Fleetwood Homes of Georgia, Inc. |
| 6:09-bk-14322-MW Fleetwood Homes of Idaho, Inc. |
| 6:09-bk-14325-MW Fleetwood Homes of Indiana, Inc. |
| 6:09-bk-14327-MW Fleetwood Homes of Kentucky, Inc. |
| 6:09-bk-14330-MW Fleetwood Homes of Mississippi, Inc. |
| 6:09-bk-14334-MW Fleetwood Homes of North Carolina, Inc. |
| 6:09-bk-14337-MW Fleetwood Homes of Oregon, Inc. |
| 6:09-bk-14346-MW Fleetwood Homes of Pennsylvania, Inc. |
| 6:09-bk-14351-MW Fleetwood Homes of Tennessee, Inc. |
| 6:09-bk-14359-MW Fleetwood Homes of Texas, L.P. |
| 6:09-bk-14365-MW Fleetwood Homes of Virginia, Inc. |
| 6:09-bk-14371-MW Fleetwood Homes of Washington, Inc. |
| 6:09-bk-14374-MW Fleetwood International Inc. |
| 6:09-bk-14382-MW Fleetwood Motor Homes of California, Inc. |
| 6:09-bk-14383-MW Fleetwood Motor Homes of Indiana, Inc. |
| 6:09-bk-14385-MW Fleetwood Motor Homes of Pennsylvania, Inc. |
| 6:09-bk-14392-MW Fleetwood Retail Corp of Illinois |
| 6:09-bk-14398-MW Fleetwood Retail Corp. of West Virginia |
| 6:09-bk-14400-MW Fleetwood Travel Trailers of California, Inc. |
| 6:09-bk-14401-MW Fleetwood Travel Trailers of Indiana, Inc. |
| 6:09-bk-14402-MW Fleetwood Travel Trailers of Kentucky, Inc. |
| 6:09-bk-14403-MW Fleetwood Travel Trailers of Maryland, Inc. |
| 6:09-bk-14404-MW Fleetwood Travel Trailers of Ohio, Inc. |
| 6:09-bk-14406-MW Fleetwood Travel Trailers of Oregon, Inc. |
| 6:09-bk-14407-MW Fleetwood Travel Trailers of Texas, Inc. |
| 6:09-bk-14408-MW Gold Shield of Indiana, Inc. |
| 6:09-bk-14411-MW Gold Shield, Inc. |
| 6:09-bk-14413-MW Hauser Lake Lumber Operation, Inc. |
| 6:09-bk-14415-MW Fleetwood Retail Corporation |
| 6:09-bk-14417-MW Fleetwood Retail Corp. of California |
| 6:09-bk-14419-MW Fleetwood Retail Corp. of North Carolina |
| 6:09-bk-14420-MW Fleetwood Retail Corp. of Tennessee |
| 6:09-bk-14421-MW Fleetwood Retail Corp. of Virginia |
| 6:09-bk-14422-MW Trendsetter Homes, Inc. |
| 6:09-bk-14423-MW Fleetwood Capital Trust |
| 6:09-bk-27248-MW Fleetwood Retail Corp. of Arizona |
| 6:09-bk-28439-MW Fleetwood Retail Corp. of Arkansas |
| 6:09-bk-28440-MW Fleetwood Retail Corp. of Florida |
| 6:09-bk-28441-MW Fleetwood Retail Corp. of Georgia |
| 6:09-bk-28443-MW Fleetwood Retail Corp. of South Carolina |

1912011

5. At this point in time, the provisions of the Plan have been substantially consummated and the only outstanding tasks relate to the winding down of the Liquidating Trust (which necessarily has to take place after the final decree has been entered closing the Debtors' bankruptcy cases).

6. All distributions pursuant to the Plan have been made, and all outstanding litigation has been fully resolved. There are no pending or open matters or proceedings and all final motions for approval of compensation and reimbursement of expenses incurred by professionals employed in the Debtors' cases have been filed and approved by the Court.

7. These cases have remained open because the Liquidating Trustee and its staff and professionals were diligently liquidating the Debtors' assets and administering claims. The distribution to holders of allowed general unsecured claims far exceeded the 8-14.7% estimated in the Plan – with a final distribution percentage of 97%.

8. I believe that the Debtors' bankruptcy cases have been fully administered and I respectfully request that the Court enter a final decree closing the Debtors' bankruptcy cases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of November, 2020 at Las Vegas, Nevada.

_____
Peter S. Kravitz

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL DECREE AND RELATED RELIEF; ; DECLARATION OF PETER S. KRAVITZ IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On November 24, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Franklin C Adams    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com
- Franklin C Adams    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com
- Andrew K Alper    aalper@frandzel.com, rsantamaria@frandzel.com
- Andrew K Alper    aalper@frandzel.com, rsantamaria@frandzel.com
- Todd M Arnold    tma@lnbyb.com
- Craig H Averch    caverch@whitecase.com
- Brett A Axelrod    baxelrod@foxrothschild.com, pchlum@foxrothschild.com;msteen@foxrothschild.com
- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Wayne S Ball    wball@greenbass.com
- Carl J Basile    cbasile@mishkinduvall.com
- Christin A Batt    christinb@financiallawgroup.biz, sandray@flgsd.com;candic@flgsd.com
- Steven M Berman    sberman@slk-law.com, awit@shumaker.com
- Dennis G Bezanson    dennis.bezanson@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com
- Shraddha Bharatia    notices@becket-lee.com
- Stephen F Biegenzahn    efile@sfblaw.com, dionne@chorayoungllp.com
- Mark S Blackman    cdcaecf@bdfgroup.com, markbl@bdfgroup.com
- Bradley D Blakeley    bblakeley@blakeleyllp.com, bradleydblakeley@gmail.com
- William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com
- Timothy Bortz    ra-li-ucts-bankrupt@pa.gov
- Mark S Bostick    mbostick@wendel.com, bankruptcy@wendel.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com, sswartzell@shbllp.com;rhodges@shbllp.com
- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- Michael D Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- Bradley E Brook    bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com
- Andrew W Caine    acaine@pszjlaw.com
- Charles Canter    charles.canter@usdoj.gov
- Patrick J. Casey    notice@rhlawfirm.com
- Craig C Chiang    cchiang@buchalter.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Patricia A Cirucci    patricia.cirucci@sce.com
- Louis J. Cisz    lcisz@nixonpeabody.com, jzic@nixonpeabody.com
- Fred M Cohen    fmcbktaxlaw@hotmail.com
- Jeff Cohen    JC@SouthpawAsset.com
- Thomas H Coleman    tom@thecolemanlaw.com
- John Collen    jcollen@salawus.com, jadams@salawus.com;rneace@salawus.com;celliott@salawus.com
- Robert F Conte    robert.conte@usdoj.gov, USACAC.criminal@usdoj.gov;CaseView.ECF@usdoj.gov
- Mark D Conzelmann    mconzelmann@tresslerllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- Penny M Costa   penny.costa@ffslaw.com
- Sidney A Cotlar   scotlar@hhkc.com
- Nicolas A Daluiso   ndaluiso@robinsontait.com, ievans@robinsontait.com;njohnson@robinsontait.com
- Peter A Davidson   pdavidson@ecjlaw.com, amatsuoka@ecjlaw.com
- Victor Delaglio   nef@processgeneral.com
- John P Dillman   houston_bankruptcy@publicans.com
- John P Dillman   houston_bankruptcy@publicans.com
- Ted A Dillman   Ted.dillman@lw.com
- Caroline Djang   caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- Richard E Donahoo   rdonahoo@donahoo.com, kung@donahoo.com;aduncan@donahoo.com
- Donald T Dunning   ddunning@dunninglaw.com, jmacleod@dunninglaw.com
- Heather M Durian   durianh@michigan.gov
- Lynsey M Eaton - INACTIVE -   leaton@gglts.com
- Pamela M Egan   pegan@ckrlaw.com
- Richard T Egger   richard.egger@bbklaw.com, cheryl.madaris@bbklaw.com
- Robert L Eisenbach   reisenbach@cooley.com, efiling-notice@ecf.pacerpro.com
- Joseph A Eisenberg   jae@jmbm.com, vr@jmbm.com;bt@jmbm.com;jae@ecf.inforuptcy.com
- Emery F El Habiby   eelhabiby@counsel.lacounty.gov
- Donald F Ennis   donald.ennis@wellsfargo.com
- Louis J Esbin   Louis@Esbinlaw.com
- Kristin Knox Esche   kristinknoxesche@dwt.com, lisahernandez@dwt.com
- Kathryn F Evans   kevans@klehr.com
- Hans F Famularo   Hans.F.Famularo@irscounsel.treas.gov
- Hans F Famularo   Hans.F.Famularo@irscounsel.treas.gov
- Amanda N Ferns   aferns@fernslaw.com, mmakalintal@fernslaw.com
- Charles D Ferrari   cferrari@vlrlaw.com, mhernandez@vlrlaw.com
- Travis W Feuerbacher   tfeuerbacher@gglts.com
- Abram Feuerstein   abram.s.feuerstein@usdoj.gov
- Abram Feuerstein   abram.s.feuerstein@usdoj.gov
- Ryan S Fife   ryanfife55@gmail.com, cesar.ibanez@dbr.com;docketgeneral@dbr.com;ryan.salzman@dbr.com
- Wayne S Flick   wayne.s.flick@lw.com, colleen.rico@lw.com;cathy.molina@lw.com
- Alan W Forsley   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com,laura.rucker@flpllp.com
- Keith D Fraser   kfraser@cblh.com
- Kenneth J Freed   KFREED@KJFESQ.COM, rbarlongo@kjfesq.com
- Eric J Fromme   efromme@tocounsel.com, stena@tocounsel.com
- Brian C Frontino   bfrontino@stroock.com, lacalendar@stroock.com
- Lauren C Fujiu-Berger   lfujiu@whitecase.com
- Donald L Gaffney   dgaffney@swlaw.com, jrogalla@swlaw.com
- Jeffrey K Garfinkle   bkgroup@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Jeffrey K Garfinkle   jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Robert S Gebhard   robert.gebhard@clydeco.us, trish.marwedel@clydeco.us;gloria.zwibel@clydeco.us
- Matthew B George   mgeorge@kaplanfox.com, spowley@kaplanfox.com
- Robert P Goe   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Leon B Gordon   bankruptcy@mvbalaw.com;jwilliams@mvbalaw.com;alocklin@mvbalaw.com;tleday@ecf.courtdrive.com;kmorriss@mvbalaw.com
- Everett L Green   everett.l.green@usdoj.gov
- Everett L Green   everett.l.green@usdoj.gov
- Lance G Greene   , lgglaw@sbcglobal.net
- Carl Grumer   cgrumer@manatt.com, mchung@manatt.com;cderecat@manatt.com;dmoran@manatt.com;bscoggins@manatt.com
- Steven T Gubner   sgubner@bg.law, ecf@bg.law
- Julian I Gurule   jgurule@buchalter.com, smartin@buchalter.com
- Jeffrey T Gwynn   jgwynn@gwynn-law.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                   **F 9013-3.1.PROOF.SERVICE**

- Paul R Hage    , tneddermeyer@jaffelaw.com
- Leslie C Heilman    heilmanl@ballardspahr.com, carbonej@ballardspahr.com
- Eric M Heller    eric.m.heller@irscounsel.treas.gov
- Lydia A Hewett    lydia.hewett@cpa.state.tx.us
- Michael J Heyman    michael.heyman@klgates.com
- Brian L Holman    b.holman@mpglaw.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Sophie A Hubscher    sophie@korperlemonlaw.com
- Rosslyn Hummer    , rosslyn.hummer@gmail.com
- Jay W Hurst - SUSPENDED -    jay.hurst@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
- John C Keith    john_keith@fenkauf.com
- Richard D Keys    rkeys@bidnakeys.com
- John H Kim    jkim@cookseylaw.com, jhkim@ecf.courtdrive.com
- John W Kim    johnkim@jwklawgroup.com
- Yale K Kim    ykim@allenmatkins.com
- Yale K Kim    ykkim@cbbank.com
- Metiner G Kimel    mkimel@mkimellaw.com
- Andy Kong    Kong.Andy@ArentFox.com
- Alan J Kornfeld    akornfeld@pszjlaw.com, mdj@pszjlaw.com
- Solmaz Kraus    skraus@gibsondunn.com, skraus@gibsondunn.com
- Kelly L Kress    kkress@arentfox.com
- Jeanne S Kuo    jkuo@tresslerllp.com
- John F Kurtz    jkurtz@hawleytroxell.com
- Sarah H Lanham    , acesario@klinedinstlaw.com
- Jean LeBlanc    jleblanc@mwe.com
- Scott Lee    scott.Lee@lewisbrisbois.com
- Leib M Lerner    leib.lerner@alston.com, autodockettest-lax@alston.com
- Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Ira M Levee    ilevee@lowenstein.com, ehorn@lowenstein.com
- Douglas G Levin    dlevin@gibsondunn.com
- Jennifer Levin    jlevin@venable.com, hedmonds@venable.com
- James F Lewin    james.lewin@mtglawfirm.com, jimlewin7@gmail.com;renee.parker@mtglawfirm.com;bankruptcy@mtglawfirm.com
- Adam A Lewis    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- Yosina M Lissebeck    ylissebeck@lissebecklaw.com, ylissebeck@ecf.inforuptcy.com;wyones@swsslaw.com
- Zaher Lopez    zlopez@manatt.com
- Melissa Davis Lowe    mlowe@shulmanbastian.com, salarcon@shulmanbastian.com
- Donald K Ludman    dludman@brownconnery.com
- Gregory O Lunt    gregory.lunt@lw.com
- Ray A Mandlekar    raym@mandlekarlaw.com
- Rose D Manos    manos@nexsenpruet.com
- Rose D Manos    rmanos@nexsenpruet.com
- Frank F McGinn    ffm@bostonbusinesslaw.com
- David W. Meadows    david@davidwmeadowslaw.com
- C John M Melissinos    jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- James P Menton    JPMenton@rkmc.com, dvaughn@robinskaplan.com
- Krsto Mijanovic    kmijanovic@hbblaw.com
- Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- John W Mills    jmills@seyfarth.com, mwilson@taylorenglish.com;bjones@taylorenglish.com
- Christopher Minier    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Robert K Minkoff    rminkoff@jefferies.com
- Byron Z Moldo    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com
- John D Monte    johnmontelaw@gmail.com
- Harvey M Moore    hmoore@Moore-Law-Group.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- Kerry A. Moynihan    kerry.moynihan@bryancave.com
- Randall P Mroczynski    randym@cookseylaw.com
- Timothy D Murphy    t_murphylaw@hotmail.com
- Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
- Christopher R Nelson    cnelson@erlaw.com
- Michael S Neumeister    mneumeister@omm.com
- Robert C Newark    robert.newark@oesc.state.ok.us, legal-bk@oesc.state.ok.us
- Christopher E Ng    cng@gglts.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Vincent J Novak    vnovak@mofo.com
- Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Randy P Orlik    rorlik@coxcastle.com
- Keith C Owens    kowens@foxrothschild.com, khoang@foxrothschild.com
- Todd L Padnos    tpadnos@sheppardmullin.com, jgorsi@sheppardmullin.com
- Carmela Pagay    ctp@lnbyb.com
- Eric Peterson    ecp@greensfelder.com
- David M Poitras    dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com;jchoi@wedgewood-inc.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Kimberly A Posin    kim.posin@lw.com
- Samuel Price    sprice@pooleshaffery.com, mvalenti@pooleshaffery.com
- Samuel Price    sprice@pooleshaffery.com, mvalenti@pooleshaffery.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Michael Reed    othercourts@mvbalaw.com
- Jeffrey H. Reeves    jreeves@gibsondunn.com
- Jeffrey S Renzi    jrenzi@ssd.com, clopez@ssd.com;ptsui@ssd.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Cameron C Ridley    Cameron.Ridley@usdoj.gov
- Christopher P Ridout    c.ridout@ridoutlyonlaw.com
- Matthew J Riopelle    mriopelle@foley.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Ronald Rus    rrus@brownrudnick.com, tlangford@brownrudnick.com
- Diane W Sanders    austin.bankruptcy@publicans.com
- Scott A Schiff    sas@soukup-schiff.com
- Mark C Schnitzer    mschnitzer@rhlaw.com, mcschnitzer@gmail.com
- Steven A Schwaber    schwaberlaw@sbcglobal.net, bklawr@bklaw.com
- Susan K Seflin    sseflin@bg.law
- Stephanie M Seidl - INACTIVE -    stephanie.seidl@btlaw.com
- Daniel R Shapiro    dnalaw@sbcglobal.net
- Ramesh Singh    claims@recoverycorp.com
- Richard A Solomon    richard@sgswlaw.com
- James E Sorenson    bk@wggdlaw.com, bk@wggdlaw.com
- Adam D Stein-Sapir    info@pfllc.com
- Jason D Strabo    jstrabo@mwe.com, cfuraha@mwe.com;rorloff@mwe.com
- Marc N Swanson    swansonm@millercanfield.com
- Cathy Ta    cathyta@cathyta.net
- Mougeh Tala-Ahmari    mtalaahmari@solutiontrust.net
- Derrick Talerico    dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com
- Jolene Tanner    jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
- John B Taylor    taylaw@gte.net
- James E Till    james.till@limnexus.com, john.yoo@limnexus.com;martha.araki@limnexus.com;myrtle.john@limnexus.com
- James A Timko    jtimko@shutts.com
- Todd J Uhlick    todd.uhlick@fleetwood.com, tuhlick@aol.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                            **F 9013-3.1.PROOF.SERVICE**

- Anne A Uyeda    auyeda@bmkattorneys.com, admin@bmkattorneys.com;4579179420@filings.docketbird.com
- Gary R Wallace    garyrwallace@ymail.com
- Madeleine C Wanslee    mwanslee@gustlaw.com, slonon@gustlaw.com
- Michael D Warner    mwarner@coleschotz.com, klabrada@coleschotz.com
- Martha A Warriner    martha.warriner@gmail.com
- Martha A Warriner    mwarriner@rhlaw.com
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Steven Werth    swerth@sulmeyerlaw.com, cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com
- Andrew F Whatnall    awhatnall@daca4.com
- Dennis C. Winters    winterslawfirm@cs.com
- Rebecca J Winthrop    rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- Brandon J Witkow    bw@witkowlaw.com, tg@witkowlaw.com
- Arnold H. Wuhrman    Arnold@WuhrmanLaw.com
- Amy Yeh    ayeh@amyyehlaw.com
- Mark T Young    myoung@dywlaw.com
- Adam M Zolonz    ams@saccullolegal.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 24, 2020 | SUSAN K. SEFLIN | /s/ Susan K. Seflin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**